AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| CITY OF FRESNO, et. al.<br>*Plaintiff(s)*<br>v.<br>SCOTT TURNER; U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SEAN DUFFY; U.S. DEPARTMENT OF TRANSPORTATION; MARCUS J. MOLINARO; FEDERAL TRANSIT ADMINISTRATION; GLORIA M. SHEPHERD; FEDERAL HIGHWAY ADMINISTRATION; BRYAN BEDFORD; FEDERAL AVIATION ADMINISTRATION; ROBERT F. KENNEDY, JR.; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; LEE ZELDIN; U.S. ENVIRONEMENTAL PROTECTION AGENCY<br>*Defendant(s)* | ))))))))))))) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
   See Attachment A.


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JONATHAN V. HOLTZMAN (SBN 99795)
JAMES R. ROSS (SBN 149199)
RYAN P. McGINLEY-STEMPEL (SBN 296182)
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300, San Francisco, California 94104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: _____                    _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____                              _____
                                                  *Server's signature*

                                                  _____
                                                  *Printed name and title*

                                                  _____
                                                  *Server's address*

Additional information regarding attempted service, etc:

**Attachment A to Form AO 440, Summons in a Civil Action**

City of Fresno, et. al. v. Scott Turner, et al.

SCOTT TURNER in his official capacity as
Secretary of the U.S. Department of Housing and Urban Development
The Associate General Counsel for Litigation
Office of Litigation
U.S. Department of Housing and Urban Development
451 Seventh Street, S.W.
Washington, DC 20410

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
The Associate General Counsel for Litigation
Office of Litigation
U.S. Department of Housing and Urban Development
451 Seventh Street, S.W.
Washington, DC 20410

SEAN DUFFY in his official capacity as
Secretary of the U.S. Department of Transportation
Office of the General Counsel
1200 New Jersey Avenue, SE
Washington, DC 20590

U.S. DEPARTMENT OF TRANSPORTATION
Office of the General Counsel
1200 New Jersey Avenue, SE
Washington, DC 20590

MARCUS J. MOLINARO in his official capacity as
Administrator of the Federal Transit Administration
Office of the General Counsel
U.S. Department of Transportation, East Building
1200 New Jersey Avenue, SE
Washington, DC 20590

FEDERAL TRANSIT ADMINISTRATION
Office of the General Counsel
U.S. Department of Transportation, East Building
1200 New Jersey Avenue, SE
Washington, DC 20590

GLORIA M. SHEPHERD in her official capacity as
Executive Director of the Federal Highway Administration
Office of the General Counsel
U.S. Department of Transportation, East Building
1200 New Jersey Avenue, SE
Washington, DC 20590

FEDERAL HIGHWAY ADMINISTRATION
Office of the General Counsel
U.S. Department of Transportation, East Building
1200 New Jersey Avenue, SE
Washington, DC 20590

BRYAN BEDFORD in his official capacity as
Administration of the Federal Aviation Administration
Office of the Chief Counsel
800 Independence Avenue SW
Washington, DC 20591

FEDERAL AVIATION ADMINISTRATION
Office of the Chief Counsel
800 Independence Avenue SW
Washington, DC 20591

ROBERT F. KENNEDY, JR. in his official capacity as
Secretary of the U.S. Department of Health and Human Services
200 Independence Ave. SW
Washington, DC 20201

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
200 Independence Ave. SW
Washington, DC 20201

LEE ZELDIN in his official capacity as
Administrator of the Environmental Protection Agency
1200 Pennsylvania Avenue N.W.
Washington, DC 20004

U.S. ENVIRONEMENTAL PROTECTION AGENCY
1200 Pennsylvania Avenue N.W.
Washington, DC 20004