| | |
|---|---|
| ANDREW JANZ (SBN 287672)* <br> City Attorney <br> CITY OF FRESNO <br> 2600 Fresno Street <br> Fresno, CA 93721 <br> Telephone: (559) 621-7500 <br> Facsimile: (559) 457-1084 <br> * *Application for admission pro hac vice forthcoming* <br><br> *Attorney for Plaintiff* <br> CITY OF FRESNO | JONATHAN V. HOLTZMAN (SBN 99795) <br> jholtzman@publiclawgroup.com <br> JAMES R. ROSS (SBN 149199) <br> jross@publiclawgroup.com <br> RYAN P. McGINLEY-STEMPEL (SBN 296182) <br> rmcginleystempel@publiclawgroup.com <br> JAKE D. FREITAS (SBN 341837) <br> jfreitas@publiclawgroup.com <br> MARIBEL LOPEZ (SBN 340907) <br> mlopez@publiclawgroup.com <br> RENNE PUBLIC LAW GROUP <br> 350 Sansome Street, Suite 300 <br> San Francisco, California 94104 <br> Telephone: (415) 848-7200 <br> Facsimile:  (415) 848-7230 <br><br> *Attorneys for Plaintiffs* <br> CITY OF FRESNO; CITY OF EUREKA; CITY OF SOUTH LAKE TAHOE; COUNTY OF SACRAMENTO; COUNTY OF MONROE; MONROE COUNTY AIRPORT AUTHORITY |
| LYNDSEY OLSON (MN Lic. #0332288)* <br> Saint Paul City Attorney <br> Lyndsey.olsen@ci.stpaul.mn.us <br> KELSEY MCELVEEN (MN Lic. #0396744)* <br> Assistant City Attorney <br> Kelsey.McElveen@ci.stpaul.mn.us <br> SAINT PAUL CITY ATTORNEY'S OFFICE <br> 400 City Hall and Courthouse <br> 15 Kellogg Boulevard West <br> Saint Paul, Minnesota 55102 <br> Telephone:  (651) 266-8710 <br> Facsimile  (651) 298-5619 <br> * *Application for admission pro hac vice forthcoming* <br><br> *Attorneys for Plaintiff* <br> CITY OF SAINT PAUL | MELISSA C. ALLISON (MA Bar No. 657470)* <br> mallison@andersonkreiger.com <br> CHRISTINA S. MARSHALL <br> (MA Bar No. 688348)* <br> cmarshall@andersonkreiger.com <br> ANDERSON & KREIGER LLP <br> 50 Milk Street, Floor 21 <br> Boston, MA 02109 <br> Telephone: (617) 621-6500 <br> * *Application for admission pro hac vice forthcoming* <br><br> *Attorneys for Plaintiffs* <br> COUNTY OF MONROE <br> MONROE COUNTY AIRPORT AUTHORITY |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO; CITY OF EUREKA; CITY OF SOUTH LAKE TAHOE; CITY OF SAINT PAUL; COUNTY OF SACRAMENTO; COUNTY OF MONROE; MONROE COUNTY AIRPORT AUTHORITY, <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and | Case No.: 3:25-cv-07070-RS <br><br> **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION** <br><br><br> Complaint Filed: August 20, 2025 <br><br> Hon. Richard Seeborg |

-1-

Urban Development; the U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SEAN DUFFY in his official capacity as Secretary of the U.S. Department of Transportation; the U.S. DEPARTMENT OF TRANSPORTATION; MARCUS J. MOLINARO in his official capacity as the Administrator of the Federal Transit Administration ; the FEDERAL TRANSIT ADMINISTRATION; GLORIA M. SHEPHERD in her official capacity as the Executive Director of the Federal Highway Administration; the FEDERAL HIGHWAY ADMINISTRATION; BRYAN BEDFORD in his official capacity as the Administration of the Federal Aviation Administration; the FEDERAL AVIATION ADMINISTRATION; ROBERT F. KENNEDY, JR. in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; LEE ZELDIN in his official capacity as Administrator of the Environmental Protection Agency; and the U.S. ENVIRONMENTAL PROTECTION AGENCY,

Defendants.

**NOTICE OF MOTION AND MOTION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

PLEASE TAKE NOTICE that as soon as counsel may be heard in the United States District Court for Northern District of California, Plaintiff City of Fresno, will, and hereby does, move the Court pursuant to Federal Rule of Civil Procedure 65 and Civil Local Rule 65-1 for a temporary restraining order enjoining Defendants U.S. Department of Housing and Urban Development ("HUD"), the Department of Health and Human Services ("HHS"), the Environmental Protection Agency ("EPA") and the U.S. Department of Transportation ("DOT"), including the Federal Transit Administration ("FTA"), Federal Highway Administration ("FHWA"), and Federal Aviation Administration ("FAA") (collectively, "Defendants") from imposing or enforcing the unlawful and unauthorized new grant conditions (collectively "Federal Grant Conditions") or any materially similar terms or conditions to any federal funds received by or awarded to Plaintiffs, directly or indirectly.

This Motion presents the following five issues to be decided: (1) whether Plaintiff has shown a likelihood of success on the merits of their claim that the Federal Grant Conditions are unconstitutionally

vague in violation of the Fifth Amendment and the Spending Clause of the United States Constitution; (2) whether Plaintiff has shown a likelihood of success on the merits of their claim that the Federal Grant Conditions violates the Separation of Powers Doctrine under the United States Constitution; (3) whether Plaintiff has shown a likelihood of success on the merits of its claim that the Federal Grant Conditions violates the Administrative Procedure Act, 5 U.S.C. § 706(2)(A)-(C); and (4) whether Plaintiff faces a likelihood of irreparable harm in the absence of a temporary restraining order; and (5) whether the balance of equities and public interest favor injunctive relief.

Plaintiff's Motion is based on the separate supporting Memorandum of Points and Authorities ("MPA") and Request for Judicial Notice filed concurrently herewith, declarations and exhibits in support of the MPA, and all pleadings, arguments, and matters before the Court.

Dated:  August 21, 2025                          RENNE PUBLIC LAW GROUP


By:  _____/s/ Jonathan V. Holtzman_____
         JONATHAN V. HOLTZMAN

Attorneys for Plaintiffs
City of Fresno; City of Eureka; City of South Lake Tahoe; County of Sacramento; County of Monroe; and Monroe County Airport Authority


Dated:  August 21, 2025                          SAINT PAUL CITY ATTORNEY'S OFFICE


By:  _____/s/ Lyndsey Olson_____
         LYNDSEY OLSON *
         KELSEY MCELVEEN *
* *Application for admission pro hac vice forthcoming*

Attorneys for Plaintiff
City of Saint Paul

**ECF ATTESTATION**

I, JONATHAN V. HOLTZMAN, am the ECF user whose identification and password are being used to file PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.

Dated:  August 21, 2025                                          RENNE PUBLIC LAW GROUP


                                                                 By:      */s/ Jonathan V. Holtzman*
                                                                          JONATHAN V. HOLTZMAN