# EXHIBIT B

🇺🇸 An official website of the United States Government    Here's how you know

Search



(/)

**U.S. Department of Housing and Urban Development**

News (/news)

/ HUD Delivers Mission-Minded Results in Trump Administration's First 100 Days

# HUD Delivers Mission-Minded Results in Trump Administration's First 100 Days

**WASHINGTON** - U.S. Department of Housing and Urban Development (HUD) Secretary Scott Turner today announced HUD delivered tangible wins for the American people during President Trump's first 100 days in office.

The results underscore how Secretary Turner renewed HUD's focus to its core objectives, further illustrated by the agency's new mission statement, unveiled as part of the 100-day milestone:

EN    Website Feedback

*The mission of the U.S. Department of Housing and Urban Development is to foster strong communities by supporting access to quality, affordable housing, expanding the housing supply, and unlocking homeownership opportunities for the American people. The Department is committed to furthering the promise of self-sufficiency in every American while promoting economic development to revitalize rural, tribal, and urban communities across the country.*

When speaking about the success and accomplishments of the first 100 days, Secretary Turner stated: "From Day one, we've been mission-minded at HUD. As we reflect on the extraordinary, lightning-speed results achieved by President Trump and his administration in the first 100 days, HUD is pleased to do our part to usher in the Golden Age of America," **said Secretary Turner.** "Actions taken by the Department include taking inventory of every dollar spent with an eye toward increasing the efficiency; reducing regulatory barriers to affordable homeownership; putting American citizens first; revitalizing urban, tribal and rural communities and so much more. HUD is back to work for the American people and as we look toward the years ahead, our accomplishments in the first 100 days will serve as a great foundation to build a lasting legacy for the posterity of our nation."

*Accomplishments at HUD in the first 100 days include:*

***HUD is carrying out President Trumps's executive orders, mission, and agenda, including streamlining the federal government.***

EN

Website Feedback

- Aligned all programs, trainings, and grant agreements with the President's Executive Orders, removing diversity, equity, inclusion (DEI) and Green New Deal programs from **HUD.gov (https://www.hud.gov/)**.

- **Executed new (https://x.com/SecretaryTurner/status/1900257331184570703)** and updated grant agreements to ensure recipients were fully aligned with the President's executive orders.

- **Launched a new, streamlined HUD.gov website (/news/hud-no-25-050)** that prioritizes the needs of the American public by consolidating 9,200 webpages and 120,000 documents to the top 400 pages and documents. The new website saves the American people more than $400,000 annually.

- **Streamlined the HUD workforce (https://www.foxnews.com/politics/scoop-hud-reveals-how-many-staffers-packed-bags-took-latest-deferred-resignation-offer)** by providing a pathway for employees who wish to seek new opportunities through deferred resignation opportunities.

*HUD is taking inventory of all programs to ensure the Department is a good steward of taxpayer dollars by eliminating waste, fraud, and abuse from its programs and processes.*

- **Recovered $1.9 billion of funds misplaced by the Biden administration (/news/hud-no-25-032)** with the U.S. Department of

EN

Website Feedback

Government Efficiency (DOGE) Task Force at HUD.

- **Trimmed the fat on $260 million (https://x.com/SecretaryTurner/status/1892220222649651382)** in wasteful contracts.

- **Launched a U.S. Department of Government Efficiency (DOGE) Task Force (/news/hud-no-25-030)** to review how HUD is spending American taxpayer dollars.

- **Announced the addition of HUD headquarters to the accelerated disposition list (/news/hud-no-25-056)** with the U.S. General Services Administration (GSA) in order to engage the market and reduce the burden on the American taxpayer while also delivering space that enables HUD to achieve its mission.

***HUD is restoring the American Dream of homeownership by reducing regulatory barriers to decrease the cost and increase the supply of affordable housing.***

- **Terminated the Biden-era 2021 Affirmatively Furthering Fair Housing (AFFH) rule (/news/hud-no-25-034)**, cutting costly red tape imposed on localities and returning decision-making power to local and state governments.

- Issued a Federal Housing Administration (FHA) temporary partial regulatory waiver and a single-family housing waiver to **expand the land available for development and decrease the cost of construction (/sites/dfiles/SFH/documents/SFH_FHA_INFO_2025-10.pdf)** for single-family properties.

EN    Website Feedback

- **Freed up more homes for purchase in America (/sites/dfiles/OCHCO/documents/2025-13hsgml.pdf)** through FHA's rescission of the prior administration's policies around the sale of HUD-owned homes, shortening the time foreclosed homes take to reach the market.

- **Provided more flexibility for the manufactured housing industry (https://www.federalregister.gov/documents/2025/02/25/2025-03038/manufactured-home-construction-and-safety-standards-postponing-effective-date)** by publishing a Federal Register Notice to delay the effective date for the Manufactured Home Construction and Safety Standards 4th and 5th Sets.

- **Engaged with homebuilders (https://www.nahb.org/news-and-economics/press-releases/2025/02/hud-secretary-vows-to-work-with-builders-to-cut-regulations-boost-housing-supply)** who have been directly impacted by burdensome regulations.

- **Announced a Joint Task Force with U.S. Department of Interior (DOI) Secretary Doug Burgum on Federal Land for Housing (/news/hud-no-25-042)** to identify underutilized federal lands suitable for residential development, streamline land transfer processes and promote policies that increase the availability of affordable housing.

EN

Website Feedback

***HUD took corrective action to ensure the American people are the only priority when it comes to HUD's programs, ending incentives for illegal aliens.***

- **Revised the Federal Housing Administration (FHA) residency requirements (/news/hud-no-25-048)** to ensure illegal aliens and non-permanent residents in the U.S. cannot access FHA-insured mortgage financing. The action refocuses the use of taxpayers' resources and federal housing programs to benefit U.S. citizens.

- **Issued a letter to grantees and stakeholders underscoring that federal housing assistance will no longer be granted to illegal aliens or sanctuary cities (/news/hud-no-25-051)**. The directive reinforces HUD programs are strictly reserved for the American people.

- **Signed the "American Housing Programs for American Citizens" (/news/hud-no-25-046)** Memorandum of Understanding (MOU) with Homeland Security (DHS) Secretary Kristi Noem to end the wasteful misappropriation of taxpayer dollars to benefit illegal aliens instead of American citizens.

***HUD ended DEI.***

- **Cancelled $4 million in contracts (/news/hud-no-25-031)** promoting "diversity, equity, and inclusion" (DEI).

- **Made clear the Department will not provide funding to any program or grantee that includes DEI criteria

EN  Website Feedback

- **(/news/hud-no-25-040)** in disaster draft action plans and those that do not comply with the President Trump's Executive Orders.

- Removed 295 DEI webpages from **HUD.gov (https://www.hud.gov/)**.

- Removed 77 DEI YouTube videos from the **HUD YouTube Channel (https://www.youtube.com/user/HUDchannel)**.

***HUD is restoring biological truth.***

- **Enacted an order (/news/hud-no-25-026)** ensuring housing programs, shelters and other HUD-funded providers offer services to Americans based on their sex at birth: male or female.

***HUD is supporting disaster recovery efforts by helping communities rebuild after hurricanes, wildfires, storms, and other natural disasters.***

- **Awarded nearly $2.5 million (/news/hud-no-25-035)** in Rapid Unsheltered Survivor Housing (RUSH) funding across four jurisdictions to assist Americans impacted by recent hurricanes and severe storms in North Carolina, South Carolina, and Texas.

- **Extended foreclosure relief to Americans impacted by wildfires in Los Angeles County, California (/news/hud-no-25-038)** and more than **one million FHA borrowers impacted by Hurricanes Helene and Milton. (/news/hud-no-25-052)**

- **Streamlined and simplified HUD's disaster recovery processes**

EN

Website Feedback

(/news/hud-no-25-043) to deliver disaster assistance more quickly to Americans recovering from catastrophic events.

- **Announced the availability of federal disaster assistance to Kentuckians (/news/hud-no-25-047)** and **West Virginians (/news/hud-delivers-disaster-aid-financial-flexibility-west-virginia)** affected by severe storms, straight-line winds, flooding, landslides and mudslides.

*HUD is forging public-private partnerships with faith-based and community organizations to address homelessness and rebuild American communities.*

- **Held listening sessions with faith leaders in North Carolina to hear about the critical role of churches and non-profits (/news/hud-no-25-041)** in disaster recovery and **Texas to discuss the importance of localized solutions to homelessness (/news/hud-no-25-045)**.

*Secretary Turner is on the ground in communities to see the importance of revitalization efforts and to ensure decision making happening in D.C. is driven by input from local leaders who know the needs of their communities best.*

- *Tribal*
  - **Toured the Seminole Tribe of Florida's Native Learning Center (NLC) (/news/hud-no-25-054)** to hear directly about the need to expand access to Tribal housing while considering

EN

Website Feedback

the unique challenges faced in Tribal communities.
- **Visited the Oneida Nation reservation in Wisconsin to meet Tribal veterans participating in the Tribal HUD-VASH program (/news/hud-no-25-058)**, view HUD-funded housing on the reservation, and announce an expansion of funding opportunities to support veteran housing on Tribal reservations.

- *Urban*
    - **Learned about how Philadelphia is utilizing the Opportunity Zones program (https://x.com/SecretaryTurner/status/19053303334965498** to transform an underserved community into a thriving one and met with Philadelphia Housing Authority leadership.
    - **Viewed workforce housing in Miami (https://x.com/SecretaryTurner/status/19107086328465614** to discuss the success of public-private partnerships.
    - **Toured a developing affordable housing complex and homeless family shelter in a Charleston Opportunity Zone (/news/hud-no-25-055)** serving vulnerable populations.
    - **Toured a disaster zone in Los Angeles County (/news/hud-no-25-038)** to announce HUD support for Californians impacted by the wildfires.

EN

Website Feedback

- *Rural*
    - **Visited Western North Carolina (/news/hud-no-25-041)** to meet with individuals and families devastated by Hurricane Helene and viewed rebuilding efforts
    - **Toured Opportunity Zones serving rural communities in Northwestern Arkansas (/news/hud-no-25-057)** to learn how the program spurred redevelopment.

###

*Follow @SecretaryTurner on* **X (https://x.com/SecretaryTurner)**, **FB (https://www.facebook.com/secretaryturner)**, *and* **Instagram (https://www.instagram.com/secretaryturner)**.

**HUD.gov (/)**

---

Helping Americans (/helping-americans)

HUD Partners (/hud-partners)

Researchers (/researchers)

News (/news)

About (/aboutus)

Contact (/contactus)

U.S. Department of
Housing and Urban Development

451 7th Street, S.W., Washington, DC 20410

T: (202) 402-3815

Find a HUD office near you (/contactus/local)

EN



Website Feedback



Office of Inspector General (https://www.hudoig.gov/) | No Fear Act (/no-fear-act) | FOIA (/foia) | Privacy (/aboutus/privacy-policy) | Accessibility (/accessibility) | Web Policies (/contactus/webmanagement) | Sitemap (/siteindex)

EN

**Website Feedback**