ANDREW JANZ (SBN 287672)*
City Attorney
CITY OF FRESNO
2600 Fresno Street
Fresno, CA 93721
Telephone: (559) 621-7500
Facsimile: (559) 457-1084
* *Application for admission pro hac vice forthcoming*

*Attorney for Plaintiff*
CITY OF FRESNO

JONATHAN V. HOLTZMAN (SBN 99795)
jholtzman@publiclawgroup.com
JAMES R. ROSS (SBN 149199)
jross@publiclawgroup.com
RYAN P. McGINLEY-STEMPEL (SBN 296182)
rmcginleystempel@publiclawgroup.com
JAKE D. FREITAS (SBN 341837)
jfreitas@publiclawgroup.com
MARIBEL LOPEZ (SBN 340907)
mlopez@publiclawgroup.com
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Facsimile:  (415) 848-7230

*Attorneys for Plaintiffs*
CITY OF FRESNO; CITY OF EUREKA; CITY OF SOUTH LAKE TAHOE; COUNTY OF SACRAMENTO; COUNTY OF MONROE; MONROE COUNTY AIRPORT AUTHORITY

LYNDSEY OLSON (MN Lic. #0332288)*
Saint Paul City Attorney
Lyndsey.olsen@ci.stpaul.mn.us
KELSEY MCELVEEN (MN Lic. #0396744)*
Assistant City Attorney
Kelsey.McElveen@ci.stpaul.mn.us
SAINT PAUL CITY ATTORNEY'S OFFICE
400 City Hall and Courthouse
15 Kellogg Boulevard West
Saint Paul, Minnesota 55102
Telephone:  (651) 266-8710
Facsimile  (651) 298-5619
* *Application for admission pro hac vice forthcoming*

*Attorneys for Plaintiff*
CITY OF SAINT PAUL

MELISSA C. ALLISON (MA Bar No. 657470)*
mallison@andersonkreiger.com
CHRISTINA S. MARSHALL
(MA Bar No. 688348)*
cmarshall@andersonkreiger.com
ANDERSON & KREIGER LLP
50 Milk Street, Floor 21
Boston, MA 02109
Telephone: (617) 621-6500
* *Application for admission pro hac vice forthcoming*

*Attorneys for Plaintiffs*
COUNTY OF MONROE
MONROE COUNTY AIRPORT AUTHORITY

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO, et al.<br><br>   Plaintiffs,<br><br>v.<br><br>SCOTT TURNER, et al.<br><br>   Defendants. | Case No.: 3:25-cv-07070-RS<br><br>**DECLARATION OF JAKE D. FREITAS IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**<br><br>Complaint Filed: August 20, 2025<br><br>Hon. Richard Seeborg |

-1-

I, Jake D. Freitas, declare and state the following:

1. I am an attorney at Renne Public Law Group. I represent the City of Fresno in the above-captioned matter.

2. Plaintiffs filed this action on Wednesday, August 20, 2025. On Thursday, August 21, 2025, I sent an email to the following people attaching a courtesy copy of the complaint and informing them that Plaintiffs "intend to file a motion in district court today seeking a temporary restraining order prohibiting Defendants from imposing or enforcing new grant conditions or any materially similar terms or conditions to any funds awarded to Plaintiff, directly or indirectly, and order to show cause why a preliminary injunction should not be issued"

- ERIC J. HAMILTON
  Deputy Assistant Attorney
  United States Department of Justice, Federal Programs Branch
  eric.hamilton@usdoj.gov

- ALEX HAAS
  Co-Director
  United States Department of Justice, Federal Programs Branch
  alex.haas@usdoj.gov

- DIANE KELLEHER
  Co-Director
  United States Department of Justice, Federal Programs Branch
  diane.kelleher@usdoj.gov

- JOHN GRIFFITHS
  Co-Director
  United States Department of Justice, Federal Programs Branch
  john.griffiths@usdoj.gov

- CRAIG H. MISSAKIAN
  United States Attorney
  United States Attorney's Office, Northern District of California
  craig.missakian@usdoj.gov

- PAMELA JOHANN
  Civil Division Chief
  United States Attorney's Office, Northern District of California
  pamela.johann@usdoj.gov

3. Attached to our concurrently filed request for judicial notice are true and correct copies of the following documents:

-2-
DECLARATION OF JAKE D. FREITAS IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE – CASE NO. 3:25-cv-07070-RS

- **Exhibit A**: U.S. Department of Housing & Urban Development, General Administrative, National, and Departmental Policy Requirements and Terms for HUD's Financial Assistance Programs (Revised April 22, 2025) https://www.hud.gov/sites/default/files/CFO/documents/Administrative-Requirements-Addendum-FY2025.pdf.
- **Exhibit B**: Press Release No. 25-059, HUD Delivers Mission-Minded Results in Trump Administration's First 100 Days, https://www.hud.gov/news/hud-no-25-059.
- **Exhibit C**: Applicant and Recipient Assurances and Certifications (HUD-424B), https://apply07.grants.gov/apply/forms/sample/HUD_424B-V1.0.pdf.
- **Exhibit D**: U.S. Department of Transportation, FTA Master Agreement (April 25, 2025) https://www.transit.dot.gov/sites/fta.dot.gov/files/2025-04/FTA-Master-Agreement-v33-04-25-2025.pdf.
- **Exhibit E**: U.S. Department of Transportation, FHWA Competitive Grant Program General Terms and Conditions (April 22, 2025) https://www.fhwa.dot.gov/grants/guidance/docs/FHWA_Grant_Program_General_Terms_and_Conditions.pdf.
- **Exhibit F**: U.S. Department of Transportation, Federal Aviation Administration FY2025 Grant Agreement Template (Updated May 6, 2025) https://www.faa.gov/airports/aip/grantapportion_data/fy-25-grant-agreement-template.
- **Exhibit G**: U.S. Department of Transportation, Federal Aviation Administration Air Port Improvement Program Grant Assurance for Airport Sponsors (Apr. 2025) https://www.faa.gov/airports/aip/grant_assurances/assurances-airport-sponsors-2025.
- **Exhibit H**: U.S. Department of Health & Human Services, HHS Grants Policy Statement (Apr. 2025), https://www.hhs.gov/sites/default/files/hhs-grants-policy-statement-april-2025.pdf. at 3.
- **Exhibit I**: U.S. Department of Health & Human Services, SAMHSA FY 2025 Standard Terms and Conditions, https://www.samhsa.gov/sites/default/files/fy25-award-standard-terms-conditions.pdf at 2.

- **Exhibit J**: U.S. Department of Health & Human Services FY2025 SAMHSA NOFO Application Guide, https://www.samhsa.gov/sites/default/files/grants/fy-2025-grant-application-guide.pdf#page=5 at 31
- **Exhibit K**: U.S. Environmental Protection Agency, EPA General Terms and Conditions effective October 1, 2024 or later, https://www.epa.gov/system/files/documents/2024-10/fy_2025_epa_general_terms_and_conditions_effective_october_1_2024_or_later.pdf.
- **Exhibit L**: Letter from Pam Bondi, Attorney General, to all Department of Justice Employees (Feb. 5, 2025), https://www.justice.gov/ag/media/1388501/dl?inline.  A
- **Exhibit M**: Letter from Pam Bondi, Attorney General, to all Federal Agencies (Jul. 29, 2025), https://www.justice.gov/ag/media/1409486/dl?inline.
- **Exhibit N**: Letter from Todd Blanche, Deputy Attorney General, to DOJ Offices, 19 Divisions, and U.S. Attorneys (May 19, 2025), https://www.justice.gov/dag/media/1400826/dl?inline.
- **Exhibit O**: Section 30 of the 2022 Grant Assurances for Airport Sponsors, https://www.faa.gov/airports/aip/grant_assurances/assurances-airport-sponsors
- **Exhibit P**: Letter from Sean Duffy, Department of Transportation Secretary, to All Recipients of DOT Funding (April 24, 2025) ("April Duffy Letter"), https://www.transportation.gov/sites/dot.gov/files/2025-04/Follow%20the%20Law%20Letter%20to%20Applicants%204.24.25.pdf.  U.S. Department of Housing & Urban Dev., General Administrative, National, and Departmental Police

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed in San Francisco, California, on August 21, 2025.

                                 */s/ Jake D. Frietas*
                                 Jake D. Freitas

DECLARATION OF JAKE D. FREITAS IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE – CASE NO. 3:25-cv-07070-RS