ANDREW JANZ (SBN 287672)*
City Attorney
CITY OF FRESNO
2600 Fresno Street
Fresno, CA 93721
Telephone: (559) 621-7500
Facsimile: (559) 457-1084
* Application for admission pro hac vice forthcoming

Attorney for Plaintiff
CITY OF FRESNO

JONATHAN V. HOLTZMAN (SBN 99795)
jholtzman@publiclawgroup.com
JAMES R. ROSS (SBN 149199)
jross@publiclawgroup.com
RYAN P. McGINLEY-STEMPEL (SBN 296182)
rmcginleystempel@publiclawgroup.com
JAKE D. FREITAS (SBN 341837)
jfreitas@publiclawgroup.com
MARIBEL LOPEZ (SBN 340907)
mlopez@publiclawgroup.com
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Facsimile: (415) 848-7230

Attorneys for Plaintiffs
CITY OF FRESNO; CITY OF EUREKA; CITY OF SOUTH LAKE TAHOE; COUNTY OF SACRAMENTO; COUNTY OF MONROE; MONROE COUNTY AIRPORT AUTHORITY

LYNDSEY OLSON (MN Lic. #0332288)*
Saint Paul City Attorney
Lyndsey.olsen@ci.stpaul.mn.us
KELSEY MCELVEEN (MN Lic. #0396744)*
Assistant City Attorney
Kelsey.McElveen@ci.stpaul.mn.us
SAINT PAUL CITY ATTORNEY'S OFFICE
400 City Hall and Courthouse
15 Kellogg Boulevard West
Saint Paul, Minnesota 55102
Telephone: (651) 266-8710
Facsimile (651) 298-5619
* Application for admission pro hac vice forthcoming

Attorneys for Plaintiff
CITY OF SAINT PAUL

MELISSA C. ALLISON (MA Bar No. 657470)*
mallison@andersonkreiger.com
CHRISTINA S. MARSHALL
(MA Bar No. 688348)*
cmarshall@andersonkreiger.com
ANDERSON & KREIGER LLP
50 Milk Street, Floor 21
Boston, MA 02109
Telephone: (617) 621-6500
* Application for admission pro hac vice forthcoming

Attorneys for Plaintiffs
COUNTY OF MONROE
MONROE COUNTY AIRPORT AUTHORITY

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO et al.<br><br>    Plaintiffs,<br><br>v.<br><br>SCOTT TURNER et al.<br><br>    Defendants. | Case No.: 3:25-cv-07070-RS<br><br>**DECLARATION OF GREGORY BARFIELD IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER OR, IN THE ALTERNATIVE, PRELIMINARY INJUNCTION**<br><br>Complaint Filed: August 20, 2025 |

-1-

BARFIELD DEC. ISO TRO & OSC – CASE NO. 3:25-cv-07070-RS

I, Gregory Barfield, declare:

1.    I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make this declaration based on my own personal knowledge.

2.    I am the Director of Transportation for the City of Fresno ("Fresno" or the "City"). I have been in this position since August 2018, and I have worked for the City in various positions since 2005, including as the Assistant City Manager and the Homeless Prevention Policy Manager.

3.    As the Director of Transportation, I oversee the planning, development, and management of the City's public transportation systems, including operations, maintenance, safety & security, infrastructure projects, capital equipment purchases, personnel and budget. My role involves ensuring that our transportation network is safe, efficient, and accessible for all residents and visitors. I am responsible for setting strategic goals, securing and managing federal, state and local transportation funding, coordinating with regional, state, and federal agencies, and guiding long-term mobility planning.

## FEDERAL FUNDING IN THE CITY OF FRESNO

5.    Fresno relies heavily on a wide range of federal transportation funding to support and sustain its transit operations and infrastructure development. Currently, the City has over $88.9 million in federal funding either under review or in the process of being obligated. These funds are essential for maintaining and improving the City's public transportation services, modernizing vehicle fleets, and investing in infrastructure that supports safe, efficient, and sustainable mobility.

6.    The Federal Transit Administration ("FTA") has allocated approximately $56.6 million to the City through various funding sources, including Sections 5307 and 5339 for fiscal years 2022 through 2025. Section 5307 formula funds, which total over $52 million across four fiscal years, are used primarily to support operating expenses, preventive maintenance, and capital investments in transit systems.

7.    The Section 5339 allocations, totaling nearly $3.6 million, are dedicated to the purchase and rehabilitation of buses and related equipment and facilities. All of these applications are currently in progress.

8.    In addition to FTA allocations, the City has submitted nearly $15 million in FHWA funds transferred through Caltrans for FTA processing. These include Congestion Mitigation and Air Quality

RENNE PUBLIC LAW GROUP
Attorneys at Law

1  ("CMAQ") and Carbon Reduction Program ("CRP") funds for various fiscal years. Once processed, these funds will support clean air and sustainability initiatives, including transit upgrades and emission-reducing projects.

9. Together, the funding form the financial backbone of Fresno's transportation strategy, enabling the City to maintain essential services, plan for future growth, and meet the evolving mobility needs of its residents.

10. The denial of these federal transportation funding sources or any circumstance that compels the City to forgo pursuing them would result in significant and far-reaching harm. The City would face a critical funding shortfall that would jeopardize essential public transit services relied upon by thousands of residents each day, particularly those in disadvantaged and transit-dependent communities. Planned investments in clean and reliable buses, safety improvements, infrastructure maintenance, and emissions reduction efforts would be halted, undermining the City's ability to provide safe, accessible, and environmentally responsible transportation. Without this federal support, Fresno's transit system would stagnate, service levels would decline, and the City's progress toward sustainability and regional mobility goals would be significantly set back. This loss would also have ripple effects throughout the local economy, reducing access to jobs, schools, healthcare, and other vital services.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. Executed at Fresno, California on August 21, 2025.

Signed by:

*Gregory Barfield*
Gregory Barfield
Director of Transportation
City of Fresno