ANDREW JANZ (SBN 287672)*
City Attorney
CITY OF FRESNO
2600 Fresno Street
Fresno, CA 93721
Telephone: (559) 621-7500
Facsimile: (559) 457-1084
* *Application for admission pro hac vice forthcoming*

*Attorney for Plaintiff*
CITY OF FRESNO

JONATHAN V. HOLTZMAN (SBN 99795)
jholtzman@publiclawgroup.com
JAMES R. ROSS (SBN 149199)
jross@publiclawgroup.com
RYAN P. McGINLEY-STEMPEL (SBN 296182)
rmcginleystempel@publiclawgroup.com
JAKE D. FREITAS (SBN 341837)
jfreitas@publiclawgroup.com
MARIBEL LOPEZ (SBN 340907)
mlopez@publiclawgroup.com
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Facsimile:  (415) 848-7230

*Attorneys for Plaintiffs*
CITY OF FRESNO; CITY OF EUREKA; CITY OF SOUTH LAKE TAHOE; COUNTY OF SACRAMENTO; COUNTY OF MONROE; MONROE COUNTY AIRPORT AUTHORITY

LYNDSEY OLSON (MN Lic. #0332288)*
Saint Paul City Attorney
Lyndsey.olsen@ci.stpaul.mn.us
KELSEY MCELVEEN (MN Lic. #0396744)*
Assistant City Attorney
Kelsey.McElveen@ci.stpaul.mn.us
SAINT PAUL CITY ATTORNEY'S OFFICE
400 City Hall and Courthouse
15 Kellogg Boulevard West
Saint Paul, Minnesota 55102
Telephone:  (651) 266-8710
Facsimile  (651) 298-5619
* *Application for admission pro hac vice forthcoming*

*Attorneys for Plaintiff*
CITY OF SAINT PAUL

MELISSA C. ALLISON (MA Bar No. 657470)*
mallison@andersonkreiger.com
CHRISTINA S. MARSHALL
(MA Bar No. 688348)*
cmarshall@andersonkreiger.com
ANDERSON & KREIGER LLP
50 Milk Street, Floor 21
Boston, MA 02109
Telephone: (617) 621-6500
* *Application for admission pro hac vice forthcoming*

*Attorneys for Plaintiffs*
COUNTY OF MONROE
MONROE COUNTY AIRPORT AUTHORITY

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT TURNER, et al.<br><br>Defendants. | Case No.: 3:25-cv-07070-RS<br><br>**DECLARATION OF EMILY HALCON IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER OR, IN THE ALTERNATIVE, PRELIMINARY INJUNCTION**<br><br>Complaint Filed: August 20, 2025<br><br>Hon. Richard Seeborg |

-1-

HALCON DEC. ISO TRO & OSC – CASE NO. 3:25-cv-07070-RS

I, Emily Halcon, declare as follows:

1. I am over 18 years of age. I have personal knowledge of the facts set forth in this declaration and am otherwise competent to testify to the matters contained herein.

2. I am the Director of the Department of Homeless Service and Housing ("DHSH") for the County of Sacramento ("County"). As the Director, I am the central coordinator and implementer of the County's policy and program development efforts to address homelessness, with the goal of aligning and integrating County policies, programs, services, and funding toward reducing the prevalence of homelessness in Sacramento County and its impact on communities, business districts, and people experiencing homelessness. In short, I am responsible for the management and operation of all of the County's homeless services and housing programs.

3. My duties and responsibilities further include ensuring the County is meeting its homelessness services responsibilities by evaluating department budgets that impact homelessness, making recommendations regarding their alignment with strategic efforts to achieve the County's homelessness initiative, and to seek and identify funding opportunities and resources at the federal, state and local levels that can expand and improve the County's capacity for addressing homelessness.

**FEDERAL FUNDING FOR THE COUNTY'S HOMELESS SERVICES**

4. The County receives United States Department of Housing and Urban Development (HUD) funding for the support of critical and essential homeless services and housing programs and projects as a passthrough subrecipient entity from Sacramento Housing and Redevelopment Agency ("SHRA") and Sacramento Steps Forward ("SSF", the lead agency for Sacramento's Continuum of Care (CoC).

5. The County relies on federal funding to support its goal at addressing the homelessness crisis.

**HUD ENTITLEMENT FUNDING**

6. The County receives HUD entitlement funding through SHRA. SHRA is a joint power agency created by the City of Sacramento, County of Sacramento, Housing Authority of the City of Sacramento, and the Housing Authority of the County of Sacramento to ensure the ongoing development

-2-

HALCON DEC. ISO TRO & OSC – CASE NO. 3:25-cv-07070-RS

of affordable housing and to continuously fund community redevelopment projects in the City and County of Sacramento.

7. SHRA administers HUD entitlement funding on behalf of Sacramento County. A portion of those funds are transferred to DHSH to support County projects.

8. Currently about $277,500 of Emergency Solutions Grant (ESG) and $363,000 Community Development Block Grant Programs (CDBG) Public Service funds are used to operate the Mather Community Campus Singles Shelter which provides shelter, supportive services, and re-housing for up to 150 adults. The ESG and CDBG funding supports approximately 18% of the total contract, and if the entitlement funding were lost, the County would need to cut the proportionate number of beds, approximately 27 beds.

9. SHRA also receives State of California ESG funds to support the County's North A Shelter, an 80-bed adult shelter that provides supportive services. While these funds are received competitively from the state, the state allocation is from the federal government, so presumably would have the same conditions. The Fiscal Year 2024 amount was approximately $123,200. While SHRA manages these funds directly (the funds do not flow through the County contract), these funds do augment the County's operational funds for this 80-bed shelter. If these funds were lost, essential services and/or beds would be reduced.

## HUD CONTINUUM OF CARE FUNDING

10. Sacramento Steps Forward ("SSF") is the lead agency for Sacramento's Continuum of Care (CoC), which is the regional planning body that coordinates housing and services for homeless families and individuals in Sacramento. In its leading role for the CoC, SSF receives and manages federal, state, and local funds for shelter and housing programs and coordinates services for people experiencing homelessness.

11. In the Fiscal Year 2024 Notice of Funding Opportunities ("NOFO"), the Sacramento CoC was awarded $40.5 million in grants. These funds do not come to the County directly, but CoC grant funds are combined with County funding to support local programs. Loss of CoC funding would place entire homeless services and housing projects at risk. Currently, CoC grants that are combined with County investments are:

-3-

HALCON DEC. ISO TRO & OSC – CASE NO. 3:25-cv-07070-RS

    a.    SSF as the Collaborative Applicant directly receives grants for system administration, including approximately $319,180 for Coordinated Entry system. The County of Sacramento, along with the City of Sacramento, supplement this funding with $600,000 to operate the Coordinated Access System.

    b.    SSF also receives planning grants to support a number of County initiatives, including preparation of the Regional Coordinated Action Plan ("RCHAP"), the point in time count, and other homeless services and projects. The total planning grant for these initiatives in Fiscal Year 2024 was $1.5 million.

    c.    CoC funding also provides the majority of funding used to support site-based permanent supportive housing projects. For example, CoC funding supports approximately two-thirds of the units at two local housing projects:

        i.    Mutual Housing at the Highlands, where sixty percent (60%) of the apartments are reserved as permanent housing for unhoused individuals and forty percent (40%) of the apartments serve families earning below 60% of the area median income. CoC funding provides approximately $587,000 to support 57 of the 90 units.

        ii.    Mercy Housing's Boulevard Court, which provides supportive housing for disabled homeless individuals. CoC funding of approximately $299,000 funds forty-nine (49) of seventy-four (74) units.[1]

## NEW CONDITIONS ON HUD GRANT FUNDING

12.    While DHSH is not a direct recipient of HUD funding and has not directly received notice of the new and different grant assurances or other award requirements, as a subrecipient entity, DHSH on behalf of the County will be required to make assurances that it is complying with all Executive Orders. However, due to the lack of clarity of these new and different requirements, it is impossible to accurately assert compliance and thereby, risks the County being the subject of future HUD audit and/or enforcement actions which may result in a loss or pullback of grant funding for homeless services and projects that are essential to the Sacramento community.

---

[1] The additional units are funded through the California's Mental Health Services Act.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed August 20, 2025, at Sacramento, California.

DocuSigned by:

*Emily Halcon*

F30C1284446C45B...

Emily Halcon
Director, Department of Homeless Services and Housing
County of Sacramento