| | |
|---|---|
| ANDREW JANZ (SBN 287672)* <br> City Attorney <br> CITY OF FRESNO <br> 2600 Fresno Street <br> Fresno, CA 93721 <br> Telephone: (559) 621-7500 <br> Facsimile: (559) 457-1084 <br> * *Application for admission pro hac vice forthcoming* <br><br> *Attorney for Plaintiff* <br> CITY OF FRESNO | JONATHAN V. HOLTZMAN (SBN 99795) <br> jholtzman@publiclawgroup.com <br> JAMES R. ROSS (SBN 149199) <br> jross@publiclawgroup.com <br> RYAN P. McGINLEY-STEMPEL (SBN 296182) <br> rmcginleystempel@publiclawgroup.com <br> JAKE D. FREITAS (SBN 341837) <br> jfreitas@publiclawgroup.com <br> MARIBEL LOPEZ (SBN 340907) <br> mlopez@publiclawgroup.com <br> RENNE PUBLIC LAW GROUP <br> 350 Sansome Street, Suite 300 <br> San Francisco, California 94104 <br> Telephone: (415) 848-7200 <br> Facsimile: (415) 848-7230 <br><br> *Attorneys for Plaintiffs* <br> CITY OF FRESNO; CITY OF EUREKA; CITY OF SOUTH LAKE TAHOE; COUNTY OF SACRAMENTO; COUNTY OF MONROE; MONROE COUNTY AIRPORT AUTHORITY |
| LYNDSEY OLSON (MN Lic. #0332288)* <br> Saint Paul City Attorney <br> Lyndsey.olsen@ci.stpaul.mn.us <br> KELSEY MCELVEEN (MN Lic. #0396744)* <br> Assistant City Attorney <br> Kelsey.McElveen@ci.stpaul.mn.us <br> SAINT PAUL CITY ATTORNEY'S OFFICE <br> 400 City Hall and Courthouse <br> 15 Kellogg Boulevard West <br> Saint Paul, Minnesota 55102 <br> Telephone: (651) 266-8710 <br> Facsimile (651) 298-5619 <br> * *Application for admission pro hac vice forthcoming* <br><br> *Attorneys for Plaintiff* <br> CITY OF SAINT PAUL | MELISSA C. ALLISON (MA Bar No. 657470)* <br> mallison@andersonkreiger.com <br> CHRISTINA S. MARSHALL <br> (MA Bar No. 688348)* <br> cmarshall@andersonkreiger.com <br> ANDERSON & KREIGER LLP <br> 50 Milk Street, Floor 21 <br> Boston, MA 02109 <br> Telephone: (617) 621-6500 <br> * *Application for admission pro hac vice forthcoming* <br><br> *Attorneys for Plaintiffs* <br> COUNTY OF MONROE <br> MONROE COUNTY AIRPORT AUTHORITY |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO et al. <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT TURNER et al. <br><br> Defendants. | Case No.: 3:25-cv-07070-RS <br><br> **DECLARATION OF PHILIP SKEI IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER OR, IN THE ALTERNATIVE, PRELIMINARY INJUNCTION** <br><br> Complaint Filed: August 20, 2025 |

SKEI DEC. ISO TRO & OSC – CASE NO. 3:25-cv-07070

I, Philip Skei, declare:

1. I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make this declaration based on my own personal knowledge.

2. I am the Assistant Director of Planning and Development for the City of Fresno ("Fresno" or the "City"), and I have held this position since November 2021. Prior to this position, I was the Neighborhood Initiatives Manager for Fresno Housing Authority.

3. As Assistant Director of Planning and Development for the City of Fresno, I oversee Affordable Housing Development and Homelessness Response among other programs, and I ensure those programs are properly funded.

## FEDERAL FUNDING IN THE CITY OF FRESNO

4. The City depends on federal funding from the United States Department of Housing and Urban Development ("HUD") to fund the City's housing and community development programs that assist low- and moderate-income households by providing decent, affordable housing, creating suitable living environments, and expanding economic opportunities. Fresno also relies on HUD federal entitlement programs to fund public services and promote fair housing through outreach, education and referral services for low-and moderate-income prospective homebuyers and tenants.

5. These programs are funded through Community Development Block Grant ("CDBG"), HOME Investment Partnerships Program ("HOME"), Emergency Solutions Grant ("ESG"), and Housing Opportunities for People with AIDS/HIV Grant ("HOPWA").

6. To access these federal funds, the City carries out a planning process to identify the scope of housing and community development needs in its jurisdiction and how the available funding can be used to meet those needs. The planning process is called the Consolidated Plan ("Plan"). The current Plan cycle began July 1, 2025 and ends June 30, 2030.

7. Annually, Fresno receives an allocation of approximately $11.7 million dollars in federal funding for housing and development projects.

8. Every year, Fresno prepares an Annual Action Plan that describes projects and actions Fresno will undertake to carry out the strategies outlined in the Plan.



-2-

9. For the City Program Year 2025, Fresno anticipates expending over $7 million in its CDBG allocation for public infrastructure projects, public services, micro-enterprise assistance, fair housing, Section 108 loan payment, and administration and compliance.

10. For the same Program Year, Fresno anticipates expending over $3 million in its HOME program allocation for affordable housing, CHDO housing development, Tenant-Based Rental Assistance, and administration and compliance.

11. In addition, Fresno anticipates expending approximately $616,000 in its ESG allocation for rapid rehousing projects, emergency shelter/street outreach, homelessness prevention, and administration and compliance.

12. The City estimated it would expend over $1,000,000 in its HOPWA allocation for housing opportunities for people with AIDS/HIV.

13. On or around August 18, 2025, the City received an email notification from HUD notifying it "that the Department is questioning the accuracy of the City of Fresno's certification that the Community Development Block Grant (CDBG) funds described in its Fiscal Year 2025 Consolidated Plan/Action Plan (the Plan) will be administered in conformity with applicable laws, including Executive Orders." In the email, HUD explained that it had "identified language in Fresno's 2025 Consolidated Plan/Action Plan "that is not consistent with Executive Order 14148 Additional Rescissions of Harmful Executive Orders and Actions, Executive Order 14151 Ending Radical and Wasteful Government DEI Programs and Preferencing, Executive Order 14173 Ending Illegal Discrimination and Restoring Merit-Based Opportunity, and Executive Order 14168 Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government." Specifically, HUD took issue with the following statements from Fresno's 2025 Consolidated Plan/Action Plan:

> "The DRIVE Plan has goals to improve housing affordability and stability, reduce **racial** and economic isolation and support **environmental justice** and sustainability, most of which are addressed in the strategic plan."

> "Emergency shelter for **all genders and their dependent children** who are fleeing domestic violence." (emphasis added by HUD).

HUD stated that "[t]his language includes provisions that appear to be inconsistent with the implementation of federal programs pursuant to the referenced executive orders, and directed Fresno to "[r]emove or replace all 'equity' references throughout the document," "[r]emove or replace all "environmental justice" references throughout the document," "[r]emoving all "transgender" references throughout the document," and provide assurances that "[t]he City of Fresno shall not use grant funds to promote 'gender ideology,' as defined in Executive Order (E.O.) 14168, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government."

HUD directed Fresno to take these actions no later than 12:00 pm EDT Thursday, **August 21, 2025**, and provided that "failure to address HUD's concerns regarding the certification may result in HUD determining that the certification is inaccurate or unsatisfactory, which will result in disapproval of the Plan." (Attached is a true and correct copy of HUD Email Notice August 18, 2025 as **Exhibit A.**)

14. Fresno depends on the HUD federal entitlement programs to address its dire need for affordable housing units, homelessness prevention programs, maintenance and development of public infrastructure and facilities. The City has relied on funding from HUD since the applicable entitlement programs were established and HUD began allocating funds to local state governments.

15. These federal grants fund essential public resources that have been provided for decades. The loss of the federal funds would lead to a loss of public resources, to the detriment of the low-and moderate-income households of Fresno.

16. Should the City not receive the federal funds it relies upon, it would be forced to abandon or indefinitely delay critical projects that address urgent community needs. Chief among these is the planned development of more than 800 units of affordable housing, which is an essential component of the City's strategy to combat homelessness, alleviate housing insecurity, and meet its obligations under state and regional housing mandates. Without federal funding, the City would also likely be unable to move forward with the construction of a new senior center, a long-planned facility aimed at providing essential services, programming, and social support for Fresno's growing elderly population. The City has already executed contracts related to the senior center project, and failure to proceed could result in breach of contract claims, the loss of matching funds or leveraged financing, and significant reputational and financial harm.

1  I declare under penalty of perjury of the laws of California and the United States of America that
2  the foregoing is true and correct. Executed at Sacramento, California on August 21, 2025.

Signed by:

Philip Skei
Assistant Director of Planning & Development
City of Fresno

# EXHIBIT A

| | |
|---|---|
| **From:** | CPD DAS for Field Operations |
| **To:** | Karen Jenks; Philip Skei |
| **Cc:** | SFCPDMail; Johnson, Leticia M; Blanco, Rebecca A; Clarke, Adriane J |
| **Subject:** | NOTIFICATION: Fresno, CA FY25 Consolidated Plan/Action Plan |
| **Date:** | Monday, August 18, 2025 1:01:42 PM |

**External Email:** Use caution with links and attachments

Dear Grantee,

This message serves as notification that the Department is questioning the accuracy of the City of Fresno's certification that the Community Development Block Grant (CDBG) funds described in its Fiscal Year 2025 Consolidated Plan/Action Plan (the Plan) will be administered in conformity with applicable laws, including Executive Orders. HUD is providing this opportunity for your jurisdiction to comment (i.e., provide specific evidence demonstrating compliance with the certification) by responding to this notification. The grantee's demonstration of the accuracy of its certification should include taking the actions described below no later than **12:00 pm EDT Thursday, August 21, 2025**. Failure to address HUD's concerns regarding the certification may result in HUD determining that the certification is inaccurate or unsatisfactory, which will result in disapproval of the Plan.

During HUD's review of the Fiscal Year 2025 Consolidated Plan/Action Plan submitted by your jurisdiction, the Department identified language in the Plan that is not consistent with Executive Order 14148 *Additional Rescissions of Harmful Executive Orders and Actions,* Executive Order 14151 *Ending Radical and Wasteful Government DEI Programs and Preferencing,* Executive Order 14173 *Ending Illegal Discrimination and Restoring Merit-Based Opportunity*, and Executive Order 14168 *Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*. Specifically, the jurisdiction's Plan states the following:

- "The DRIVE Plan has goals to improve housing affordability and stability, reduce **racial** and economic isolation and support **environmental justice** and sustainability, most of which are addressed in the strategic plan." (page 15, emphasis added)
- "Emergency shelter for **all genders and their dependent children** who are fleeing domestic violence." (page 94, emphasis added)

This language includes provisions that appear to be inconsistent with the implementation of federal programs pursuant to the referenced executive orders. To address this issue, your jurisdiction should provide assurance to the Department by taking the following actions

1. Remove or replace *all* "equity" references *throughout the document* and replace with "activities and actions that do not violate any applicable Federal anti-discrimination laws, including Title VI of the Civil Rights Act of 1964" ;

2. Remove or replace *all* "environmental justice" references *throughout the*

   *document* and replace with "activities and actions that do not violate any applicable Federal anti-discrimination laws, including Title VI of the Civil Rights Act of 1964" ;

3. Removing *all* "transgender" references *throughout the document*; and

4. Provide the following assurance statements within the Plan:

   - "The City of Fresno agrees that its compliance in all respects with all applicable Federal anti-discrimination laws is material to the U.S. Government's payment decisions for purposes of section 3729(b)(4) of title 31, United States Code."

   - "The City of Fresno will not operate any programs that violate any applicable Federal anti-discrimination laws, including Title VI of the Civil Rights Act of 1964."

   - "The City of Fresno shall not use grant funds to promote "gender ideology," as defined in Executive Order (E.O.) 14168, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government."

The grantee should re-submit the action plan to HUD by the deadline noted above. Please work to revise and resubmit your Plan in HUD's Integrated Disbursement and Information System (IDIS) *and reply to this message indicating that you have re-submitted the plan in IDIS*. You are welcome to provide in your email response the section or page that contains the assurance statements. If HUD disapproves the Plan, the grantee must resubmit its Plan within 45 days after first notification of Plan disapproval (see 24 CFR 91.500(d)).

If you should have any questions, please reach out to the Office of Community Planning and Development Office of Field Operations at cpddasforfieldoperations@hud.gov .