ANDREW JANZ (SBN 287672)*
City Attorney
CITY OF FRESNO
2600 Fresno Street
Fresno, CA 93721
Telephone: (559) 621-7500
Facsimile: (559) 457-1084
* *Application for admission pro hac vice forthcoming*

*Attorney for Plaintiff*
CITY OF FRESNO

JONATHAN V. HOLTZMAN (SBN 99795)
jholtzman@publiclawgroup.com
JAMES R. ROSS (SBN 149199)
jross@publiclawgroup.com
RYAN P. McGINLEY-STEMPEL (SBN 296182)
rmcginleystempel@publiclawgroup.com
JAKE D. FREITAS (SBN 341837)
jfreitas@publiclawgroup.com
MARIBEL LOPEZ (SBN 340907)
mlopez@publiclawgroup.com
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Facsimile: (415) 848-7230

*Attorneys for Plaintiffs*
CITY OF FRESNO; CITY OF EUREKA; CITY OF SOUTH LAKE TAHOE; COUNTY OF SACRAMENTO; COUNTY OF MONROE; MONROE COUNTY AIRPORT AUTHORITY

LYNDSEY OLSON (MN Lic. #0332288)*
Saint Paul City Attorney
Lyndsey.olsen@ci.stpaul.mn.us
KELSEY MCELVEEN (MN Lic. #0396744)*
Assistant City Attorney
Kelsey.McElveen@ci.stpaul.mn.us
SAINT PAUL CITY ATTORNEY'S OFFICE
400 City Hall and Courthouse
15 Kellogg Boulevard West
Saint Paul, Minnesota 55102
Telephone: (651) 266-8710
Facsimile (651) 298-5619
* *Application for admission pro hac vice forthcoming*

*Attorneys for Plaintiff*
CITY OF SAINT PAUL

MELISSA C. ALLISON (MA Bar No. 657470)*
mallison@andersonkreiger.com
CHRISTINA S. MARSHALL
(MA Bar No. 688348)*
cmarshall@andersonkreiger.com
ANDERSON & KREIGER LLP
50 Milk Street, Floor 21
Boston, MA 02109
Telephone: (617) 621-6500
* *Application for admission pro hac vice forthcoming*

*Attorneys for Plaintiffs*
COUNTY OF MONROE
MONROE COUNTY AIRPORT AUTHORITY

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO et al.<br><br>　　Plaintiffs,<br><br>v.<br><br>SCOTT TURNER et al.<br><br>　　Defendants. | Case No.: 3:25-cv-07070-RS<br><br>**DECLARATION OF MILES SLATTERY IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER OR, IN THE ALTERNATIVE, PRELIMINARY INJUNCTION**<br><br>Complaint Filed: August 20, 2025 |

1

SLATTERY DEC. ISO TRO & OSC – CASE NO. 3:25-cv-07070-RS

I, Miles Slattery, declare as follows:

1. I am over 18 years of age. I have personal knowledge of the facts set forth in this declaration and am otherwise competent to testify to the matters contained herein.

2. I am the City Manager for the City of Eureka ("Eureka" or "the City"). As the City Manager of Eureka, I am responsible for planning, directing, managing, and reviewing the activities and operations of the City of Eureka to help improve the quality of life for our community members. I also oversee the implementation of programs that are designed to improve residents' quality of life through social development, improved health, crime prevention, and increased sense of community.

3. I also oversee the City's budget, monitoring funding sources including federal grants that may impact the City's budget. I advise the City Council on the City's financial conditions and any budget changes.

4. Eureka is a port city of Humboldt County located 275 miles north of San Francisco with a total population of about 26,512.

## FEDERAL FUNDING IN THE CITY OF EUREKA

5. The City relies on federal funding administered by both the United States Department of Housing and Urban Development ("HUD") and the Department of Transportation ("DOT") to fund community development programs as well as upkeep the City's streets and roads. These grants support essential services and infrastructure that the City could not otherwise sustain through its general funds alone.

6. The City will be seeking $5,000,000 in Safe Streets and Roads for All ("SS4A") grants for future implementation projects. SS4A funding is dedicated to improving roadway safety, reducing traffic fatalities, and addressing hazardous street conditions through infrastructure improvements, planning, and community safety initiatives.

7. Eureka frequently utilizes other HUD programs, including Community Development Block Grants ("CDBG") and Continuum of Care Grants ("CoC"). CDBG funds are used to support housing rehabilitation, public infrastructure, and economic development projects that primarily benefit

low- and moderate-income residents. CoC funds are applied to homelessness services, including permanent supportive housing, coordinated entry systems, and outreach programs aimed at transitioning individuals into stable housing.

8. The City has also previously received Emergency Solutions Grant ("ESG") funding for rapid rehousing programs, including an award for $1,030,111. ESG funding is directed toward homeless prevention, emergency shelter operations, and services that help individuals and families quickly regain stability in permanent housing.

9. The City does intend to pursue ESG, CDBG, and CoC grant opportunities in upcoming funding cycles, as these federal resources remain critical to maintaining the City's housing programs, homelessness prevention services, and essential infrastructure improvements.

## NEW CONDITIONS ON FEDERAL GRANT FUNDING

10. As a smaller port City, Eureka depends on federal grant funding to provide essential public services to address dire issues such as homelessness and infrastructure improvements.

11. If the City is denied its current federal grant funding or the opportunity to apply for grants in the future, the community of Eureka would be directly harmed by the lack of essential public services that Eureka cannot fund on its own without federal grants.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed August 21, 2025, at Eureka, California.

Signed by:

*Miles Slattery*
Miles Slattery
City Manager for the City of Eureka