JONATHAN V. HOLTZMAN (SBN 99795)
jholtzman@publiclawgroup.com
JAMES R. ROSS (SBN 149199)
jross@publiclawgroup.com
RYAN P. McGINLEY-STEMPEL (SBN 296182)
rmcginleystempel@publiclawgroup.com
JAKE D. FREITAS (SBN 341837)
jfreitas@publiclawgroup.com
MARIBEL LOPEZ (SBN 340907)
mlopez@publiclawgroup.com
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Facsimile: (415) 848-7230

*Attorneys for Plaintiffs*
CITY OF FRESNO; CITY OF EUREKA; CITY OF SOUTH LAKE TAHOE; COUNTY OF SACRAMENTO; COUNTY OF MONROE; MONROE COUNTY AIRPORT AUTHORITY

MELISSA C. ALLISON (MA Bar No. 657470)*
mallison@andersonkreiger.com
CHRISTINA S. MARSHALL (MA Bar No. 688348)*
cmarshall@andersonkreiger.com
ANDERSON & KREIGER LLP
50 Milk Street, Floor 21
Boston, MA 02109
Telephone: (617) 621-6500
* *Application for admission pro hac vice forthcoming*

*Attorneys for Plaintiffs*
COUNTY OF MONROE
MONROE COUNTY AIRPORT AUTHORITY

LYNDSEY OLSON (MN Lic. #0332288)*
Saint Paul City Attorney
Lyndsey.olsen@ci.stpaul.mn.us
KELSEY MCELVEEN (MN Lic. #0396744)*
Assistant City Attorney
Kelsey.McElveen@ci.stpaul.mn.us
SAINT PAUL CITY ATTORNEY'S OFFICE
400 City Hall and Courthouse
15 Kellogg Boulevard West
Saint Paul, Minnesota 55102
Telephone: (651) 266-8710
Facsimile (651) 298-5619
* *Application for admission pro hac vice forthcoming*

*Attorneys for Plaintiff*
CITY OF SAINT PAUL

ANDREW JANZ (SBN 287672)*
City Attorney
CITY OF FRESNO
2600 Fresno Street
Fresno, CA 93721
Telephone: (559) 621-7500
Facsimile: (559) 457-1084
* *Application for admission pro hac vice forthcoming*

*Attorney for Plaintiff*
CITY OF FRESNO

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO; CITY OF EUREKA; CITY OF SOUTH LAKE TAHOE; CITY OF SAINT PAUL; COUNTY OF SACRAMENTO; COUNTY OF MONROE; MONROE COUNTY AIRPORT AUTHORITY,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development; the U.S. DEPARTMENT OF | Case No.: 3:25-cv-07070-RS<br><br>**AMENDED PROOF OF SERVICE** |

-1-

PROOF OF SERVICE – CASE NO. 3:25-CV-07070-RS

HOUSING AND URBAN DEVELOPMENT; SEAN DUFFY in his official capacity as Secretary of the U.S. Department of Transportation; the U.S. DEPARTMENT OF TRANSPORTATION; MARCUS J. MOLINARO in his official capacity as the Administrator of the Federal Transit Administration ; the FEDERAL TRANSIT ADMINISTRATION; GLORIA M. SHEPHERD in her official capacity as the Executive Director of the Federal Highway Administration; the FEDERAL HIGHWAY ADMINISTRATION; BRYAN BEDFORD in his official capacity as the Administration of the Federal Aviation Administration; the FEDERAL AVIATION ADMINISTRATION; ROBERT F. KENNEDY, JR. in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; LEE ZELDIN in his official capacity as Administrator of the Environmental Protection Agency; and the U.S. ENVIRONMENTAL PROTECTION AGENCY,

    Defendants.










United States Attorney
Northern District of California
Civil Process Clerk
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102

U.S. Department
of Housing and Urban Development
The Associate General Counsel for Litigation
Office of Litigation
451 Seventh Street, S.W.
Washington, DC 20410



U.S. Department of Transportation
Office of the General Counsel
1200 New Jersey Avenue, SE
Washington, DC 20590



Gloria M. Shepherd, Executive Director
Federal Highway Administration
Office of the General Counsel
U.S. Department of Transportation, East Building
1200 New Jersey Avenue, SE
Washington, DC 20590

Marcus J. Molinaro, Administrator



Bryan Bedford, Administrator
Federal Aviation Administration
Office of the Chief Counsel
800 Independence Avenue SW
Washington, DC 20591

# CERTIFICATE OF SERVICE

I, the undersigned, am employed by RENNE PUBLIC LAW GROUP. My business address is 350 Sansome Street, Suite 300, San Francisco, California 94104. I am over the age of 18 and not a party to this action.

On August 22, 2025, I served the following document(s):

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF [DKT 1]**

**ISSUED SUMMONS IN A CIVIL ACTION [DKT 16]**

**STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

**STANDING ORDER RE: INITIAL CASE MANAGEMENT**

**GUIDELINES FOR FINAL PRETRIAL CONFERENCE IN BENCH TRIALS BEFORE CHIEF DISTRICT JUDGE RICHARD SEEBORG**

**GUIDELINES FOR FINAL PRETRIAL CONFERENCE IN CIVIL JURY CASES BEFORE CHIEF DISTRICT JUDGE RICHARD SEEBORG**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES [DKT 15]**

by the following method(s):

**X**   **CERTIFIED & RETURN RECEIPT via United States Mail**. I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses on the attached Service List and deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

## SERVICE LIST

| | |
|---|---|
| United States Attorney for Northern District<br>Civil Process Clerk<br>United States Attorney's Office for the<br>Northern District of California<br>450 Golden Gate Avenue<br>P.O. Box 36055<br>San Francisco, CA 94102 | Pamela Bondi<br>U.S. Attorney General in Washington, DC<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |

| | |
|---|---|
| Scott Turner<br>Secretary of Housing and Urban Development<br>U.S. Department of Housing and Urban Dev.<br>Office of Litigation<br>451 Seventh Street, S.W.<br>Washington, DC 20410 | U.S. Department of Housing and Urban Development<br>The Associate General Counsel for Litigation<br>Office of Litigation<br>U.S. Department of Housing and Urban Development<br>451 Seventh Street, S.W.<br>Washington, DC 20410 |
| Sean Duffy, Secretary of Transportation<br>U.S. Department of Transportation<br>Office of the General Counsel<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 | U.S. Department of Transportation<br>Office of the General Counsel<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 |
| Federal Transit Administration<br>Office of the General Counsel<br>U.S. Department of Transportation, East Building<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 | Marcus J. Molinaro, Administrator<br>Federal Transit Administration<br>Office of the General Counsel<br>U.S. Department of Transportation, East Building<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 |
| Gloria M. Shepherd, Executive Director<br>Federal Highway Administration<br>Office of the General Counsel<br>U.S. Department of Transportation, East Building<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 | Federal Highway Administration<br>Office of the General Counsel<br>U.S. Department of Transportation, East Building<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 |
| Bryan Bedford, Administrator<br>Federal Aviation Administration<br>Office of the Chief Counsel<br>800 Independence Avenue SW<br>Washington, DC 20591 | Federal Aviation Administration<br>Office of the Chief Counsel<br>800 Independence Avenue SW<br>Washington, DC 20591 |
| Robert F. Kennedy, Jr., Secretary of Health and Human Services<br>U.S. Department of Health and Human Services<br>200 Independence Ave. SW<br>Washington, DC 20201 | U.S. Department of Health and Human Services<br>200 Independence Ave. SW<br>Washington, DC 20201 |
| Lee Zeldin, Administrator<br>U.S. Environmental Protection Agency<br>1200 Pennsylvania Avenue N.W.<br>Washington, DC 20004 | U.S. Environmental Protection Agency<br>1200 Pennsylvania Avenue N.W.<br>Washington, DC 20004 |

| | |
|---|---|
| Alex Haas, Co-Director<br>Diane Kelleher, Co-Director<br>John Griffiths, Co-Director<br>Eric J. Hamilton, Deputy Assistant Attorney<br>Federal Programs Branch<br>Civil Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 22, 2025 at San Francisco, California.

By: _____
Valerie Vitullo

RENNE PUBLIC LAW GROUP
Attorneys at Law