UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO *et al.*,<br><br>                             Plaintiffs,<br>v.<br><br>SCOTT TURNER, *et al.*,<br><br>                             Defendants. | Case No. 3:25-cv-07070-RS<br><br>**DECLARATION OF ARLAN FINFROCK** |

I, Arlan Finfrock, pursuant to 28 U.S.C. Section 1746, hereby declare as follows:

1. I am employed by the Federal Highway Administration ("FHWA"), an operating administration (OA) of the United States Department of Transportation ("DOT"), as the Associate Administrator for Administration. I make this declaration based upon personal knowledge and information made known to me in the course of my professional duties.

2. As the Associate Administrator for Administration, my duties include providing executive leadership to FHWA's mission support functions, which include the Office of Human Resources, the Office of Information Technology and Data Services, the Office of Competitive Grants and Workforce Programs, and the Office of Management Services. As part of my duties, I oversee the Competitive Grants Coordination Division, which develops and coordinates FHWA-wide discretionary grant policies. I make this declaration based on my personal knowledge, information conveyed by other FHWA and DOT employees, and FHWA and DOT records.

3. I understand that the above-captioned case involves eight DOT grant award selections announced for the Plaintiffs: The Fresno Council of Governments Fiscal Year (FY) 2024 Safe Streets and Roads for All (SS4A) competitive grant, the City of St. Paul FY 2024 SS4A competitive grant, Monroe County FY 2024 SS4A competitive grant, the City of Fresno FY 2022 Reconnecting Communities Pilot (RCP) competitive grant, the City of Fresno FY 2025 RCP competitive grant, the City of Eureka FY 2022/2023 Charging and Fueling Infrastructure (CFI) competitive grant, the County of Sacramento FY 2024 Bridge Investment Program (BIP) competitive grant, and the County of Sacramento DOT FY 2024 Advanced Transportation Technology and Innovation (ATTAIN) competitive grant.

4. SS4A is a competitive grant program that funds regional, local, and Tribal initiatives to prevent roadway fatalities and serious injuries. RCP is a competitive grant program that provides funding to reconnect communities by removing, retrofitting, or mitigating highways or other transportation facilities that create barriers to community connectivity, including to mobility, access, or economic development. The SS4A and RCP grant awards are selected by DOT's Office of the Secretary and are administered by FHWA.

5. CFI is a competitive grant program that provides funding to strategically deploy publicly accessible electric vehicle charging infrastructure and other alternative fueling infrastructure. BIP is a competitive grant program that provides funding to replace, rehabilitate, preserve, or protect a bridge on the National Bridge Inventory (NBI); and to replace or rehabilitate culverts on the NBI for the purpose of improving flood control and improved habitat connectivity for aquatic species. ATTAIN is a competitive grant program that provides funding to deploy, install, and operate advanced transportation technologies to improve safety, mobility, efficiency, system performance, intermodal connectivity, and infrastructure return on investment. CFI, BIP, and ATTAIN grant awards are selected by the Administrator of FHWA and are administered by FHWA.

6. In general, to apply for discretionary grants an eligible applicant must submit a proposal in response to a Notice of Funding Opportunity (NOFO). Once the application is received, DOT conducts merit reviews and recommends which projects are selected. If an application is selected for award, the applicant must demonstrate that they have met certain pre-award requirements that vary based on the nature of the planned activities before DOT will proceed with the execution of the grant agreement. For example, an applicant may need to acquire a right-of-way for a planned project.

7. To accept a grant award, a recipient usually must accept the terms and conditions of the award by signing the grant agreement. In general, this document incorporates by reference General Terms and Conditions that impose obligations on the recipient, and the recipient is asked to acknowledge these General Terms and Conditions when signing the agreement.

8. DOT OAs routinely update the General Terms and Conditions that apply to their programs, approximately once per year, or as needed to reflect changes in applicable law and policy. When an OA updates its General Terms and Conditions, this information is made available to all applicants selected for award prior to grant agreement execution. A copy of the latest version of the Terms and Conditions is made available on the OA's public website before the OA begins incorporating the new version into new federal grants or grant agreement amendments.

9. Throughout the life of a grant, the recipient and OA can make certain small changes that do not require the execution of a grant agreement amendment. For example, under the

RCP FY 2022 competitive grant program, the recipient may unilaterally update its point of contact in an executed grant agreement. OAs are required to execute a formal grant agreement modification or amendment for specific actions, such as obligating additional phases of funding or changes to the project scope.

10. In general, the Terms and Conditions of grant agreements require the OA to provide the recipient written notice of any perceived violation of the agreement, as do DOT's procedural requirements. *See,* Procedural Requirements for DOT Enforcement Actions Memorandum (Mar. 11, 2025).

11. The competitive grant programs at issue are generally administered on a reimbursement basis. To be eligible for reimbursement, a recipient must enter into a grant agreement with DOT that describes the project scope, schedule, and budget. After execution of the grant agreement and obligation of funds, the recipient will be required to pay project costs upfront using its own funds, and then request reimbursement for those costs by submitting invoices through the appropriate financial system. DOT approving officials then review and approve recipient invoice submissions to facilitate a fully electronic payment to recipients. DOT may, on a case-by-case basis, establish alternative funding arrangements if the recipient cannot complete the project on a reimbursement basis.

12. Absent pre-award authority, recipients will not be reimbursed for expenditures incurred before a grant agreement has been executed. Reimbursements are paid out under the terms and conditions set forth in the executed grant agreement.

13. In November 2024, DOT awarded $400,000 to the Fresno Council of Governments under the FY 2024 SS4A competitive grant program. This grant has been approved to engage with the recipient and begin working on a grant agreement. Plaintiff and DOT have not executed a grant agreement under this award.

14. In September 2024, DOT awarded $15,725,600 to the City of St. Paul under the FY 2024 SS4A competitive grant program. This grant has been approved to engage with the recipient and begin working on a grant agreement. Plaintiff and DOT have not executed a grant agreement under this award.

15. In November 2024, DOT awarded $955,476 to Monroe County under the FY 2024 SS4A competitive grant program. This grant has been approved to engage with the recipient and begin working on a grant agreement. Plaintiff and DOT have not executed a grant agreement under this award.

16. In February 2023, DOT awarded $600,000 to the City of Fresno under the FY 2022 RCP competitive grant program. This grant has been approved to engage with the recipient and

begin working on a grant agreement. Plaintiff and DOT have not executed a grant agreement under this award.

17. In January 2025, DOT awarded $720,000 to the City of Fresno under the FY 2025 RCP competitive grant program. This grant has been approved to engage with the recipient and begin working on a grant agreement. Plaintiff and DOT have not executed a grant agreement under this award.

18. In January 2024, FHWA awarded $1,905,200 to the City of Eureka under the FY 2022/2023 CFI competitive grant program. In October 2024, the City of Eureka notified FHWA that it wished to reject the award.

19. In August 2024, FHWA awarded $800,000 to the County of Sacramento under the FY 2024 BIP competitive grant program. This grant has been approved to engage with the recipient and begin working on a grant agreement. Plaintiff and DOT have not executed a grant agreement under this award.

20. In October 2024, FHWA awarded $1,859,680 to the County of Sacramento DOT under the FY 2024 ATTAIN competitive grant program. This grant has been approved to engage with the recipient and begin working on a grant agreement. Plaintiff and DOT have not executed a grant agreement under this award.

21. The Terms and Conditions applying to these awards provide the procedures under which the OA administers violations of the grant provisions, which include written notice of any perceived violation of their grant agreement, including any alleged violations of the general Terms and Conditions.

22. In March 2025, DOT issued a memorandum clarifying and reiterating DOT's policy to provide fair notice and due process in any enforcement action. A true and correct copy is available on DOT's website at https://www.transportation.gov/administrations/office-general-counsel/general-counsel%E2%80%99s-enforcement-memorandum.

23. None of the funding for the awards mentioned in this declaration is expiring this fiscal year; therefore, none of the awards mentioned in this declaration is at risk of losing funding.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of August, 2025.

/s/ *Arlan Finfrock*
Arlan Finfrock
Associate Administrator for Administration
Federal Highway Administration
United States Department of Transportation