UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO *et al.,*<br><br>                    Plaintiffs,<br>      v.<br><br>SCOTT TURNER, *et al.,*<br><br>                    Defendants. | Case No. 3:25-cv-07070-RS<br><br>**DECLARATION OF RAY TELLIS** |

I, Ray Tellis, pursuant to 28 U.S.C. Section 1746, hereby declare as follows:

1. I have been employed by the United States Department of Transportation, Federal Transit Administration ("FTA") since January 2, 2000. Currently, I am the Regional Administrator for FTA's Region IX Office in Los Angeles, California. I make this declaration based upon personal knowledge and information made known to me in the course of my professional duties.

2. As the Regional Administrator, my duties and responsibilities include reviewing all Region IX grants for federal assistance to ensure each grant application is complete and includes all information required in order for FTA to award a grant to a recipient for a specific project(s).

3. Some FTA grants are discretionary, while others are "formula" grants, in which Congress designates amounts to be made available for transit projects in specific geographic areas based on statutory formulas.

4. All FTA's individual grant awards incorporate by reference the version of FTA's Master Agreement at the time of the award, as well as FTA's Certifications and Assurances document.

5. In general, FTA updates its Master Agreement approximately annually to reflect changes in law and policy, and places true and correct copies on its public website, which includes previous versions of the Master Agreement dating back to 2009: https://www.transit.dot.gov/funding/grantee-resources/sample-fta-agreements/fta-grant-agreements. After FTA publishes a new version of the Master Agreement on its website, FTA begins incorporating the new version by reference into federal financial assistance awards and amendments to awards executed after publication.

6. In Fiscal Year 2022, FTA updated the Master Agreement twice. In 2023, it did not update it at all. This year, FTA again updated the Master Agreement twice, in March and April, and followed the procedure in the preceding paragraph both times.

7. FTA's Master Agreement has long required recipients to certify they comply with federal antidiscrimination laws and that their grant applications, certifications, and assurances are subject to the Program Fraud Civil Remedies Act and potential criminal liability for false statements. Specifically, under section 4(e), entitled *False or Fraudulent Statements or Claims*, which has been in FTA's Master Agreement since at least 2009, grant recipients agree that: (i) federal laws, including executive orders, apply to them; (ii) by executing the agreement, they certify the truthfulness and accuracy of any statements or representations; and (iii) the federal government may impose penalties for any false information the recipients provide.

8. For several years at least, FTA's Master Agreement has stated that grant recipients will comply with applicable federal requirements, including any applicable federal law, regulation, or executive order.

9. The Master Agreement requires FTA to provide the recipient written notice of any perceived violation of the agreement.

10. FTA also requires all its recipients to sign a separate annual "Certifications and Assurances" document. *See* 49 U.S.C. § 5323(n). This document compiles both universal provisions that all FTA recipients must agree to, and certifications and assurances that only apply to some recipients depending on the nature of the recipient, grant program or specific project. *See* 49 U.S.C. § 5323(n). True and correct copies of Certifications and Assurances documents dating back to 2009 are publicly available at https://www.transit.dot.gov/funding/grantee-resources/certifications-and-assurances/certifications-assurances.

11. In the universal provisions applicable to all recipients, FTA's Certifications and Assurances have long included: (i) a specific certification that the recipient agrees to comply with all Federal statutes relating to nondiscrimination (*see* Certification 1.1(f)) and (ii) an acknowledgment that all the recipient's certifications and assurances are made subject to the Program Fraud Civil Remedies Act and criminal provisions of 18 U.S.C. § 1001.

12. To accept a grant award, a recipient executes a grant document electronically through FTA's grant awards system. Again, that grant document incorporates by reference the annual Certifications and Assurances document as well as the current version of the Master Agreement. Any grants that FTA awards (or amendments made to previously awarded grants) after the publication of a new version of the Master Agreement are made

   subject to the terms and conditions of that newest version.

13. The City of Fresno ("Fresno") is a recipient of federal funds. Fresno submitted a grant application for $1,580,919 ($1,264,735 federal) to fund upgrades at its administrative and vehicle maintenance buildings at 2223 G Street, Fresno, CA 93706 with 49 U.S.C. 5339(a) funds. Pursuant to 49 U.S.C. § 5333(b), the grant was sent to the Department of Labor for certification on August 8, 2025. The grant application must be awarded before September 25, 2025 to prevent the funds from lapsing.

14. No other named plaintiff in this action has a grant application pending with FTA as of the date of this declaration.

15. In March 2025, DOT issued a memorandum clarifying and reiterating DOT's policy to provide fair notice and due process in any enforcement action. A true and correct copy is available on DOT's website at https://www.transportation.gov/administrations/office-general-counsel/general-counsel%E2%80%99s-enforcement-memorandum.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

   Executed this 25th day of August, 2025.

                                                    _____
                                                    Ray Tellis
                                                    Regional Administrator
                                                    Federal Transit Administration