UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF FRESNO, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>SCOTT TURNER, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-07070-RS<br><br>**DECLARATION OF JAMIE LEGIER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**<br><br>Date:  August 26, 2025<br>Time:  3:00 p.m.<br>Place:  Videoconference<br><br>The Honorable Richard Seeborg |

    Pursuant to 28 U.S.C. § 1746, I, Jamie Legier, declare as follows:

    1. I am the Director of the Office of Grants Services at the Centers for Disease Control and Prevention (CDC), the United States Department of Health and Human Services (HHS).

    2. In that capacity, my official duties include providing fiscal stewardship across the agency, and I serve as the agency's principal advisor and liaison on all aspects of grants, including grants financial management activities.

    3. This declaration is based upon my personal knowledge, information acquired by me while performing my official duties, information contained in the records and systems of CDC to which I have access in the course of my duties, and information conveyed to me by other knowledgeable CDC employees with whom I work on a regular basis.

    4. CDC awards federal financial assistance to thousands of recipients, including community-based organizations; colleges and universities; state, local, and tribal governments; and private entities, to support public health projects to save lives and improve public health.

    5. As part of issuing its awards, CDC requires certain certifications for all award recipients, which are contained in CDC's standard terms and conditions at: General Terms and Conditions for Non-Research Grant and Cooperative Agreements, https://www.cdc.gov/grants/documents/General-Terms-and-Conditions-Non-Research-Awards.pdf, and General Terms and Conditions for Research Grant and

Cooperative Agreements, https://www.cdc.gov/grants/documents/General-Terms-and-Conditions-Research-Awards.pdf. These Terms and Conditions are incorporated by reference into each Notice of Award. In addition, CDC requires any certifications noted in the HHS Grants Policy Statement (GPS) at Grants Policy Statement, https://www.hhs.gov/sites/default/files/hhs-grants-policy-statement-july-2025.pdf, and incorporates compliance with the GPS by reference into each Notice of Award.

6. CDC is not currently aware of any additional certifications that will be required of the County of Sacramento in the immediate future, including on or prior to September 9, 2025.

7. In addition, based on my review, CDC currently has three open awards with the County of Sacramento. As of the date of this declaration, CDC has not paused funding, terminated funding, or taken any adverse actions under these active awards against the County of Sacramento based on the challenged certifications.

8. Further, CDC does not have any imminent deadlines or planned actions related to the challenged certifications with respect to the County of Sacramento under any of these active awards.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge. Executed at Atlanta, Georgia on August 25, 2025.

Jamie Legier
Director of the Office of Grants Services
Centers for Disease Control and Prevention
U.S. Department of Health and Human Services