UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF FRESNO, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>SCOTT TURNER, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-07070-RS<br><br>**DECLARATION OF CYNTHIA BAUGH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**<br><br>Date:   August 26, 2025<br>Time:   3:00 p.m.<br>Place:  Videoconference<br><br>The Honorable Richard Seeborg |

Pursuant to 28 U.S.C. § 1746, I, Cynthia Baugh, declare as follows:

1. I am the Associate Administrator in the Office of Federal Assistance and Acquisition Management (OFAAM) in the Health Resources & Services Administration (HRSA), a component of the U.S. Department of Health and Human Services (HHS). As the Associate Administrator in OFAAM, I serve as the Chief Grants Management Officer for HRSA.

2. In this capacity, my official duties include providing fiscal stewardship across the agency, and I serve as the agency's principal advisor and liaison on all aspects of grants, including grants financial management activities.

3. This declaration is based upon my personal knowledge, information acquired by me while performing my official duties, information contained in the records and systems of HRSA to which I have access in the course of my duties, and information conveyed to me by other knowledgeable HRSA employees with whom I work on a regular basis.

4. HRSA awards federal financial assistance to thousands of recipients, including community-based organizations; colleges and universities; state, local, and tribal governments; and private entities, to support public health projects to save lives and improve public health.

5. HRSA administers the Health Center Program, which provides grant funding to nearly 1,400 health centers. These health centers provide affordable, accessible, high-quality preventive and primary

health care to 32.4 million patients across the country and operate more than 16,000 service delivery sites that provide care in every U.S. State, the District of Columbia, Puerto Rico, the U.S. Virgin Islands, and the Pacific Basin.

6. HRSA also administers the Ryan White HIV/AIDS Program (RWHAP) that provides a comprehensive system of HIV primary medical care, medications, and essential support services for low-income people with HIV. Over half the people with diagnosed HIV in the United States—nearly 567,000 people in 2022— receive services through the RWHAP each year. The RWHAP funds grants to states, cities, counties, and local community-based organizations to provide care and treatment services to people with HIV to improve health outcomes and reduce HIV transmission.

7. HRSA requires certain certifications for all award recipients, which are contained in the HRSA Fiscal Year 2025 Terms and Conditions at https://www.hrsa.gov/grants/manage-your-grant/policies-regulations-guidance. The HRSA Fiscal Year 2025 Terms and Conditions are incorporated by reference into each Notice of Award. In addition, HRSA requires any certifications noted in the HHS Grants Policy Statement (GPS) at https://www.hhs.gov/sites/default/files/hhs-grants-policy-statement-july-2025.pdf and incorporates compliance with the GPS by reference into each Notice of Award.

8. Based on my review, HRSA currently has made several open, active awards to the County of Sacramento. As of the date of this declaration, HRSA has not paused funding, terminated funding, or taken any adverse actions under these active awards against the County of Sacramento based on the challenged terms. HRSA also does not have any imminent deadlines or planned actions, including on or prior to September 9, 2025, with respect to the County of Sacramento under the active awards and based on the challenged terms.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge. Executed at on August 25, 2025.

_____
Cynthia Baugh
Associate Administrator
Office of Federal Assistance and Acquisition Management
Health Resources & Services Administration
U.S. Department of Health and Human Services