UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF FRESNO, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>SCOTT TURNER, *et al.*,<br><br>  Defendants. | Case No. 3:25-cv-07070-RS<br><br>**DECLARATION OF ODESSA CROCKER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**<br><br>Date:  August 26, 2025<br>Time:  3:00 p.m.<br>Place: Videoconference<br><br>The Honorable Richard Seeborg |

Pursuant to 28 U.S.C. § 1746, I, Odessa Crocker, declare as follows:

1. I am the acting Director of the Office of Financial Resources, Substance Abuse and Mental Health Services Administration (SAMHSA), the United States Department of Health and Human Services ("HHS").

2. In that capacity, my official duties include providing fiscal stewardship across the agency and serving as the agency's principal advisor and liaison on all aspects of budget, grants, contracts, and financial management activities.

3. I have experience with HHS's/SAMHSA's record systems regarding grant awards. These records are made in the course of regularly conducted business activity at or near the time of relevant events by a person with knowledge of these events.

4. While preparing this declaration, I have examined the office records available to me regarding grants awarded by SAMHSA.

5. The Substance Use Prevention, Treatment, and Recovery Services Block Grants provide formula grants to states for carrying out activities to prevent, treat, and provide recovery support services for substance use disorders. 42 U.S.C. §§ 300x-21 – 300x-35, 42 U.S.C. §§ 300x-51 – 300x-66.

6. The Community Mental Health Services Block Grants provide formula grants to states for providing community mental health services for adults with a serious mental illness and children

with a serious emotional disturbance. 42 U.S.C. §§ 300x-1 – 300x-9, 42 U.S.C. §§ 300x-51 – 300x-66.

7.  As of August 25, 2025, for both the Community Mental Health Services Block Grant and the Substance Use Prevention, Treatment, and Recovery Services Block Grant, there are no Block Grant deadlines for the State of California to certify compliance with the challenged grant terms or accept the challenged grants terms.

8.  As of August 25, 2025, for both the Community Mental Health Services Block Grant and the Substance Use Prevention, Treatment, and Recovery Services Block Grant, SAMHSA has not terminated any awards for State of California failure to certify compliance with the challenged grant terms.

9.  Further, as of August 25, 2025, SAMHSA does not expect to impose deadlines or terminate awards with respect to the challenged grant terms within the next several weeks, including on or prior to September 9, 2025, related to the State of California.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed on August 25, 2025.

_____
Odessa Crocker
Acting Director
Office of Financial Resources
Substance Abuse and Mental Health Services Administration
United States Department of Health and Human Services