UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF FRESNO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT TURNER, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-07070-RS<br><br>**DECLARATION OF ELLEN M. BLAKE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**<br><br>Date:  August 26, 2025<br>Time:  3:00 p.m.<br>Place: Videoconference<br><br>The Honorable Richard Seeborg |

**DECLARATION OF ELLEN M. BLAKE**

I, Ellen M. Blake, declare that the following statements are true and correct to the best of my knowledge and belief and that they are based upon my own personal knowledge, on information contained in the records of the U.S. Environmental Protection Agency (EPA or Agency), or information supplied to me by employees in the EPA Region 9 Grants Management Office or other EPA offices (including the Office of General Counsel, the Office of Brownfields and Land Revitalization, and the Region 9 Land, Chemicals, and Redevelopment Division), and that they are provided in support of the government's opposition in the above-captioned case:

1. I have been employed with the EPA since July 28, 2002, and most recently served as the Assistant Director of Region 9 Water Division, Surface Water Branch.

2. On July 27, 2025, I was notified that I would be serving as the Acting Grants Management Officer (GMO) for Region 9 from July 28, 2025, through October 15, 2025. I report directly to Kerry Drake, Director, Mission Support Division Region 9.

3. As Acting Region 9 GMO, I am responsible for reviewing and approving grant actions prepared by subordinates and taking administrative and noncompliance actions against financial assistance

recipients in accordance with agency delegations of authority and Federal statutes and grant regulations.

4.  My office address is: MSD-6, 75 Hawthorne Street, San Francisco, California 94105.

<u>Background</u>

5.  It is my understanding that the City of Fresno, California was initially awarded an $800,000 Brownfields Revolving Loan Fund (RLF) grant in Fiscal Year (FY) 2020 on or about October 1, 2020 (#BF98T08001) with a project period from October 1, 2020, through September 30, 2025.

6.  Additionally, it is my understanding that the City of Fresno was awarded $1 million in RLF supplemental funding in FY 2022 on or about November 10, 2022 (#4B98T50501) with a project period from January 1, 2023, through December 31, 2030.

7.  Further, on August 5, 2025, I notified the City of Fresno that the Agency was amending the grant agreement to add an additional $750,000 in RLF supplemental funding (#4B98T50501). This amendment incorporated certain Agency terms and conditions, including a general term and condition relating to certifying compliance with federal anti-discrimination laws, that to my understanding are implicated in this litigation. The August 5, 2025, amendment document lays out a process for affected parties if they disagree with the terms and conditions of the cooperative agreement. Specifically, it requires that:

> If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In the case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk.

8.  To date, I have not received any notice of disagreement from the City of Fresno. If the City files such a notice by the date specified in the amendment document, I would review that notice and coordinate internally within the Agency and engage with the impacted party in an effort to resolve the disagreement.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and information.

Date:   August 25, 2025

**Ellen M. Blake**
**Acting Region 9 Grants Management Officer**

2