ANDREW JANZ (SBN 287672)*
City Attorney
CITY OF FRESNO
2600 Fresno Street
Fresno, CA 93721
Telephone: (559) 621-7500
Facsimile: (559) 457-1084
* *Application for admission pro hac vice forthcoming*

*Attorney for Plaintiff*
CITY OF FRESNO

JONATHAN V. HOLTZMAN (SBN 99795)
jholtzman@publiclawgroup.com
JAMES R. ROSS (SBN 149199)
jross@publiclawgroup.com
RYAN P. McGINLEY-STEMPEL (SBN 296182)
rmcginleystempel@publiclawgroup.com
JAKE D. FREITAS (SBN 341837)
jfreitas@publiclawgroup.com
MARIBEL LOPEZ (SBN 340907)
mlopez@publiclawgroup.com
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Facsimile:  (415) 848-7230

*Attorneys for Plaintiffs*
CITY OF FRESNO; CITY OF EUREKA; CITY OF SOUTH LAKE TAHOE; COUNTY OF SACRAMENTO; COUNTY OF MONROE; MONROE COUNTY AIRPORT AUTHORITY

LYNDSEY OLSON (MN Lic. #0332288)**
Saint Paul City Attorney
Lyndsey.olsen@ci.stpaul.mn.us
KELSEY MCELVEEN (MN Lic. #0396744)**
Assistant City Attorney
Kelsey.McElveen@ci.stpaul.mn.us
SAINT PAUL CITY ATTORNEY'S OFFICE
400 City Hall and Courthouse
15 Kellogg Boulevard West
Saint Paul, Minnesota 55102
Telephone:  (651) 266-8710
Facsimile  (651) 298-5619
**Appearing pro hac vice*

*Attorneys for Plaintiff*
CITY OF SAINT PAUL

MELISSA C. ALLISON (MA Bar No. 657470)*
mallison@andersonkreiger.com
CHRISTINA S. MARSHALL**
(MA Bar No. 688348) *Appearing pro hac vice*
cmarshall@andersonkreiger.com
ANDERSON & KREIGER LLP
50 Milk Street, Floor 21
Boston, MA 02109
Telephone: (617) 621-6500
* *Application for admission pro hac vice forthcoming*
**Appearing pro hac vice*

*Attorneys for Plaintiffs*
COUNTY OF MONROE
MONROE COUNTY AIRPORT AUTHORITY

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO et al.<br><br>   Plaintiffs,<br><br>v.<br><br>SCOTT TURNER et al.<br><br>   Defendants. | Case No.: 3:25-cv-07070-RS<br><br>**SUPPLEMENTAL DECLARATION OF MILES SLATTERY IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER OR, IN THE ALTERNATIVE, PRELIMINARY INJUNCTION**<br><br>Complaint Filed: August 20, 2025 |

I, Miles Slattery, declare:

1. I am over 18 years of age. I have personal knowledge of the facts set forth in this declaration and am otherwise competent to testify to the matters contained herein.

2. I am the City Manager for the City of Eureka ("Eureka" or "the City"). As the City Manager of Eureka, I am responsible for planning, directing, managing, and reviewing the activities and operations of the City of Eureka to help improve the quality of life for our community members. I also oversee the implementation of programs that are designed to improve residents' quality of life through social development, improved health, crime prevention, and increased sense of community.

3. I also oversee the City's budget, monitoring funding sources, including federal grants that may impact the City's budget. I advise the City Council on the City's financial conditions and any budget changes.

4. In 2024, the City of Eureka applied for $3,300,000 in Community Development Block Grant ("CDBG") Program funds. These funds originate from the U.S. Department of Housing and Urban Development ("HUD") and are allocated through the California Department of Housing and Community Development ("HCD"), which administers them to smaller cities and counties.

5. The City is seeking CDBG funding to support the Green Phase of a redevelopment project, which includes rebuilding high-density multi-family housing consistent with City zoning requirements and the State Density Bonus Law. The requested funds will be applied directly to the construction of facilities that will serve and benefit low- and moderate-income residents and will complement the development of new affordable housing units.

6. On or about March 28, 2025, the City received a notice of conditional award from HCD's Division of Federal Financial Assistance regarding its CDBG application. The award was conditioned on the City completing certain corrections to its application, which the City has since made and resubmitted.

7. The project is currently undergoing environmental review under the National Environmental Policy Act ("NEPA"). The City anticipates receiving final approval and obligation of the CDBG funds in the near future.

8. The $3.3 million in CDBG funds represent nearly 24 percent of the total $14 million project budget. The City is relying on these funds to complete the project as planned. If the funds are

not received, the City will face significant delays and will be forced to seek alternative funding sources, which may increase costs and jeopardize the timely completion of the project. The lack of these funds would cause substantial harm to the City and to the low- and moderate-income residents the project is intended to benefit.

I declare under penalty of perjury of the laws of California and the United States of America that the foregoing is true and correct. Executed at Sacramento, California on August 25, 2025.

Miles Slattery
City Manager
City of Eureka