ANDREW JANZ (SBN 287672)*
City Attorney
CITY OF FRESNO
2600 Fresno Street
Fresno, CA 93721
Telephone: (559) 621-7500
Facsimile: (559) 457-1084
* Application for admission pro hac vice forthcoming

Attorney for Plaintiff
CITY OF FRESNO

JONATHAN V. HOLTZMAN (SBN 99795)
jholtzman@publiclawgroup.com
JAMES R. ROSS (SBN 149199)
jross@publiclawgroup.com
RYAN P. McGINLEY-STEMPEL (SBN 296182)
rmcginleystempel@publiclawgroup.com
JAKE D. FREITAS (SBN 341837)
jfreitas@publiclawgroup.com
MARIBEL LOPEZ (SBN 340907)
mlopez@publiclawgroup.com
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Facsimile: (415) 848-7230

Attorneys for Plaintiffs
CITY OF FRESNO; CITY OF EUREKA; CITY OF SOUTH LAKE TAHOE; COUNTY OF SACRAMENTO; COUNTY OF MONROE; MONROE COUNTY AIRPORT AUTHORITY

LYNDSEY OLSON (MN Lic. #0332288)**
Saint Paul City Attorney
Lyndsey.olsen@ci.stpaul.mn.us
KELSEY MCELVEEN (MN Lic. #0396744)**
Assistant City Attorney
Kelsey.McElveen@ci.stpaul.mn.us
SAINT PAUL CITY ATTORNEY'S OFFICE
400 City Hall and Courthouse
15 Kellogg Boulevard West
Saint Paul, Minnesota 55102
Telephone: (651) 266-8710
Facsimile (651) 298-5619
**Appearing pro hac vice

Attorneys for Plaintiff
CITY OF SAINT PAUL

MELISSA C. ALLISON (MA Bar No. 657470)*
mallison@andersonkreiger.com
CHRISTINA S. MARSHALL**
(MA Bar No. 688348) Appearing pro hac vice
cmarshall@andersonkreiger.com
ANDERSON & KREIGER LLP
50 Milk Street, Floor 21
Boston, MA 02109
Telephone: (617) 621-6500
* Application for admission pro hac vice forthcoming
**Appearing pro hac vice

Attorneys for Plaintiffs
COUNTY OF MONROE
MONROE COUNTY AIRPORT AUTHORITY

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO et al.<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT TURNER et al.<br><br>Defendants. | Case No.: 3:25-cv-07070-RS<br><br>**SUPPLEMENTAL DECLARATION OF PHILIP SKEI IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER OR, IN THE ALTERNATIVE, PRELIMINARY INJUNCTION**<br><br>Complaint Filed: August 20, 2025 |

I, Philip Skei, declare:

1. I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make this declaration based on my own personal knowledge.

2. I am the Assistant Director of Planning and Development for the City of Fresno ("Fresno" or the "City"), and I have held this position since November 2021. Prior to this position, I was the Neighborhood Initiatives Manager for Fresno Housing Authority.

3. As Assistant Director of Planning and Development for the City of Fresno, I oversee Affordable Housing Development and Homelessness Response among other programs, and I ensure those programs are properly funded.

## FEDERAL FUNDING IN THE CITY OF FRESNO

4. On or around August 18, 2025, the City received an email notification from HUD notifying it "that the Department is questioning the accuracy of the City of Fresno's certification that the Community Development Block Grant (CDBG) funds described in its Fiscal Year 2025 Consolidated Plan/Action Plan (the Plan) will be administered in conformity with applicable laws, including Executive Orders." The HUD notice directed Fresno to "[r]emove or replace all 'equity' references throughout the document," "[r]emove or replace all "environmental justice" references throughout the document," "[r]emoving all 'transgender' references throughout the document," and provide assurances, including but not limited to, that "[t]he City of Fresno shall not use grant funds to promote 'gender ideology,' as defined in Executive Order (E.O.) 14168, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government."

HUD directed Fresno to make the changes no later than 12:00 pm EDT (9 a.m. PST) on Thursday, **August 21, 2025**, and provided that failure to do so "may result in HUD determining that the certification is inaccurate or unsatisfactory, which will result in disapproval of the Plan." *See* Skei Decl. ¶ 13, **Ex. A.**

5. With just 68 hours (approximately 3 days) to respond, Fresno quickly consulted counsel and fashioned a response requesting an extension to adequately respond to HUD's directive and alerting HUD of this suit filed on Wednesday, August 20, 2025. Given the legal complexity of the significant changes required, Fresno requested "HUD grant an extension of the time to amend City of Fresno's

-2-

1  Fiscal Year 2025 Consolidated Plan/Action Plan until after the City's request for a temporary restraining
2  order and/or preliminary injunction has been heard." Fresno reiterated its strong support for "HUD's
3  efforts to ensure that all relevant anti-discrimination laws are applied to funds received under the CDBG
4  grant and hereby commits to compliance with all such laws directly applicable to the City, as such laws
5  have been interpreted by binding court precedent, including any applicable decisions relating to the
6  enforceability of executive orders." Fresno also sought clarification as to whether HUD had intended the
7  August 18, 2025, email as a "written notice of disapproval" per 24 CFR 91.500 (c). (Attached is a true
8  and correct copy of Fresno's Statement on August 21, 2025 as **Exhibit A**.)

9        6.    The very next morning, on or around August 22, 2025, Fresno received a formal notice
10 from HUD "disapproving the city of Fresno California's Consolidated Plan/Action Plan (the Plan)
11 submission." HUD disapproved of the CDBG portion of the Plan on the basis that "as submitted, [it] is
12 substantially incomplete." HUD "determined that the CDBG certifications are not satisfactory under the
13 stated regulations." In addition, HUD informed Fresno that "[p]ursuant to 24 C.F.R. § 91.500(c), within
14 15 days of the date of this notice, HUD will notify the city of Fresno of the reasons for disapproval and
15 the actions that the jurisdictions could take for HUD to find the certifications satisfactory." Pursuant to
16 24 C.F.R. § 91.500(d), Fresno has 45 days from the August 22 disapproval notice to resubmit its Plan.
17 (Attached is a true and correct copy of HUD's Disapproval Notice as **Exhibit B**.)

19     I declare under penalty of perjury of the laws of California and the United States of America that
20 the foregoing is true and correct. Executed at Sacramento, California on August 25, 2025.

Signed by:

*Philip Skei*

Philip Skei
Assistant Director of Planning &
Development
City of Fresno

-3-

SKEI SUPPLEMENTAL DEC. ISO TRO & OSC – CASE NO. 3:25-cv-07070



# EXHIBIT A

| | |
|---|---|
| **From:** | Karen Jenks |
| **To:** | CPD DAS for Field Operations; Philip Skei |
| **Cc:** | SFCPDMail; Johnson, Leticia M; Blanco, Rebecca A; Clarke, Adriane J; Anderson, Christian D (Christian.D.Anderson@hud.gov) |
| **Subject:** | RE: NOTIFICATION: Fresno, CA FY25 Consolidated Plan/Action Plan |

Good morning,

The City of Fresno ("Fresno" or the "City") is constrained for time as HUD has only provided 68 hours to respond to HUD's notice received on August 18, 2025 at 1:02 p.m. PST, to address HUD's concerns regarding Fresno's certification that the Community Development Block Grant (CDBG) funds described in its Fiscal Year 2025 Consolidated Plan/Action Plan will be administered in conformity with applicable laws, including Executive Orders. The notice states that Fresno has until Thursday, August 21, 2025, 12 p.m. EDT to demonstrate the accuracy of its certification and take the actions described in the notice. Given the legal complexity of the significant changes requested, it is not possible to respond adequately at this time.

In addition, Fresno is unclear whether HUD's notice is intended as a "written notice of disapproval" per 24 CFR 91.500(c), or whether a "written notice of disapproval" is forthcoming after HUD reviews Fresno's response due Thursday, August 21, 2025 (should it disapprove of Fresno's response). 24 CFR 91.500(d) allows Fresno 45 days to revise or resubmit a plan within 45 days after a "written notice of disapproval."

The City of Fresno strongly supports HUD's efforts to ensure that all relevant anti-discrimination laws are applied to funds received under this grant and hereby commits to compliance with all such laws directly applicable to the City, as such laws have been interpreted by binding court precedent, including any applicable decisions relating to the enforceability of executive orders. As HUD is aware, conditions related to President Trump's executive orders directing federal agencies to impose new conditions on grant funding and terminate funding for noncompliance have been enjoined in a number of cases throughout the nation. *See e.g. Chicago Women in Trades v. Trump*, No. 25 C 2005, 2025 WL 1114466 (N.D. Ill. Apr. 14, 2025); *City & Cnty. of San Francisco v. Trump*, No. 25-CV-01350-WHO, 2025 WL 1186310 (N.D. Cal. Apr. 24, 2025), opinion clarified, No. 25-CV-01350-WHO, 2025 WL 1358492 (N.D. Cal. May 9, 2025); *S. Educ. Found. v. United States Dep't of Educ.*, No. CV 25-1079 (PLF), 2025 WL 1453047 (D.D.C. May 21, 2025); *Martin Luther King, Jr. Cnty. v. Turner*, No. 2:25-CV-814, 2025 WL 1582368 (W.D. Wash. June 3, 2025); *San Francisco A.I.D.S. Found. v. Trump*, No. 25-CV-01824-JST, 2025 WL 1621636 (N.D. Cal. June 9, 2025).

Fresno has recently filed an action seeking to enjoin the application of grant conditions imposed relating to executive orders to the extent such conditions are impermissible or contrary to existing law. *City of Fresno, et al v. Scott Turner, in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.* (No. 25-CV-07070 (N.D. Cal. August 20, 2025). The City has requested a temporary restraining order and preliminary injunction in that litigation. As such, the City has resubmitted its 2025-2029 Consolidated Plan as originally submitted without changes and requests that HUD grant an extension of the time to amend City of Fresno's Fiscal Year 2025 Consolidated Plan/Action Plan until after the City's request for a temporary restraining order and/or preliminary injunction has been heard.

Best regards,

**Karen Jenks | Housing & Neighborhood Revitalization Manager**

Community Development Division | Planning & Development

**2600 Fresno Street | Fresno CA 93721**

559.621.8507

<u>Karen.Jenks@Fresno.gov</u>



**Resources**: <u>Housing & Community Development</u>

---

**From:** CPD DAS for Field Operations
**Sent:** Monday, August 18, 2025 1:02 PM
**To:** Karen Jenks ; Philip Skei
**Cc:** SFCPDMail ; Johnson, Leticia M ; Blanco, Rebecca A ; Clarke, Adriane J
**Subject:** NOTIFICATION: Fresno, CA FY25 Consolidated Plan/Action Plan

**External Email:** Use caution with links and attachments

Dear Grantee,

This message serves as notification that the Department is questioning the accuracy of the City of Fresno's certification that the Community Development Block Grant (CDBG) funds described in its Fiscal Year 2025 Consolidated Plan/Action Plan (the Plan) will be administered in conformity with applicable laws, including Executive Orders. HUD is providing this opportunity for your jurisdiction to comment (i.e., provide specific evidence demonstrating compliance with the certification) by responding to this notification. The grantee's demonstration of the accuracy of its certification should include taking the actions described below no later than **12:00 pm EDT Thursday, August 21, 2025**. Failure to address HUD's concerns regarding the certification may result in HUD determining that the certification is inaccurate or unsatisfactory, which will result in disapproval of the Plan.

During HUD's review of the Fiscal Year 2025 Consolidated Plan/Action Plan submitted by your jurisdiction, the Department identified language in the Plan that is not consistent with Executive Order 14148 *Additional Rescissions of Harmful Executive Orders and Actions,* Executive Order 14151 *Ending Radical and Wasteful Government DEI Programs and Preferencing,* Executive Order 14173 *Ending Illegal Discrimination and Restoring Merit-Based Opportunity*, and Executive Order 14168 *Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*. Specifically, the jurisdiction's Plan states the following:

- "The DRIVE Plan has goals to improve housing affordability and stability, reduce **racial** and economic isolation and support **environmental justice** and sustainability, most of which are addressed in the strategic plan." (page 15, emphasis added)
- "Emergency shelter for **all genders and their dependent children** who are fleeing domestic violence." (page 94, emphasis added)

This language includes provisions that appear to be inconsistent with the implementation of federal programs pursuant to the referenced executive orders. To address this issue, your jurisdiction should provide assurance to the Department by taking the following actions

1. Remove or replace *all* "equity" references *throughout the document* and replace with "activities and actions that do not violate any applicable Federal anti-discrimination laws, including Title VI of the Civil Rights Act of 1964" ;
2. Remove or replace *all* "environmental justice" references *throughout the document* and replace with "activities and actions that do not violate any applicable Federal anti-discrimination laws, including Title VI of the Civil Rights Act of 1964" ;
3. Removing *all* "transgender" references *throughout the document*; and
4. Provide the following assurance statements within the Plan:

    - "The City of Fresno agrees that its compliance in all respects with all applicable Federal anti-discrimination laws is material to the U.S. Government's payment decisions for purposes of section 3729(b)(4) of title 31, United States Code."

    - "The City of Fresno will not operate any programs that violate any applicable Federal anti-discrimination laws, including Title VI of the Civil Rights Act of 1964."

    - "The City of Fresno shall not use grant funds to promote "gender ideology," as defined in Executive Order (E.O.) 14168, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government."

The grantee should re-submit the action plan to HUD by the deadline noted above. Please work to revise and resubmit your Plan in HUD's Integrated Disbursement and Information System (IDIS) *and reply to this message indicating that you have re-submitted the plan in IDIS*. You are welcome to provide in your email response the section or page that contains the assurance statements. If HUD disapproves the Plan, the grantee must resubmit its Plan within 45 days after first notification of Plan disapproval (see 24 CFR 91.500(d)).

If you should have any questions, please reach out to the Office of Community Planning and Development Office of Field Operations at cpddasforfieldoperations@hud.gov .

# EXHIBIT B

| | |
|---|---|
| **From:** | CPD DAS for Field Operations |
| **To:** | Karen Jenks; Philip Skei |
| **Cc:** | SFCPDMail; Johnson, Leticia M; Blanco, Rebecca A; Clarke, Adriane J; Anderson, Christian D; CPD DAS for Field Operations |
| **Subject:** | NOTIFICATION: Fresno, CA FY25 Consolidated Plan/Action Plan Disapproval |
| **Date:** | Friday, August 22, 2025 11:56:19 AM |

**External Email:** Use caution with links and attachments

Dear Grantee,

This letter serves as formal notice that the U.S. Department of Housing and Urban Development (HUD) is disapproving the city of Fresno California's Consolidated Plan/Action Plan (the Plan) submission in the Integrated Disbursement and Information System (IDIS) for Program Year 2025 pursuant to 24 C.F.R. § 91.500(b).

As noted in Notice CPD-25-02, *Guidance on Submitting Consolidated Plans and Annual Action Plans for Fiscal Year (FY) 2025*, and in accordance with 24 C.F.R. § 91.500(b), HUD may disapprove a plan or a portion of a plan if it is:

1. Inconsistent with the purpose of the Cranston-Gonzalez National Affordable Housing Act (42 U.S.C. § 12703);
2. It is substantially incomplete; or,
3. In the case of a Community Development Block Grant (CDBG) certification under 24 C.F.R. § 91.225(a) and (b) or § 91.235(a) and (b), if it is not satisfactory to the Secretary in accordance with 24 C.F.R. § 570.304, § 570.429(g), or § 570.485(c).

HUD is disapproving on the basis that the Plan, as submitted, is substantially incomplete. HUD has determined that the CDBG certifications are not satisfactory under the stated regulations. Thus, the CDBG portion of the Plan is disapproved. Consistent with 24 C.F.R. § 91.500(c), disapproval of a plan with respect to one program does not affect assistance distributed based on a formula under other programs.

Pursuant to 24 C.F.R. § 91.500(c), within 15 days of the date of this notice, HUD will notify the city of Fresno of the reasons for disapproval and the actions that the jurisdictions could take for HUD to find the certifications satisfactory. As provided in 24 C.F.R. § 91.500(d), the grantee may resubmit its Plan within 45 days after first notification of the Plan disapproval.

If you should have any questions, please reach out to the Office of Community Planning and Development Office of Field Operations at CPDDASforFieldOperations@hud.gov.

**From:** Karen Jenks
**Sent:** Thursday, August 21, 2025 11:37 AM
**To:** CPD DAS for Field Operations ; Philip Skei
**Cc:** SFCPDMail ; Johnson, Leticia M ; Blanco, Rebecca A ; Clarke, Adriane J ; Anderson, Christian D
**Subject:** RE: NOTIFICATION: Fresno, CA FY25 Consolidated Plan/Action Plan

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. If you have

concerns about the content of the email, please send it to phishing@hud.gov or click the Report Phishing Button on the Outlook ribbon or Phishing option within OWA.

Good morning,

The City of Fresno ("Fresno" or the "City") is constrained for time as HUD has only provided 68 hours to respond to HUD's notice received on August 18, 2025 at 1:02 p.m. PST, to address HUD's concerns regarding Fresno's certification that the Community Development Block Grant (CDBG) funds described in its Fiscal Year 2025 Consolidated Plan/Action Plan will be administered in conformity with applicable laws, including Executive Orders. The notice states that Fresno has until Thursday, August 21, 2025, 12 p.m. EDT to demonstrate the accuracy of its certification and take the actions described in the notice. Given the legal complexity of the significant changes requested, it is not possible to respond adequately at this time.

In addition, Fresno is unclear whether HUD's notice is intended as a "written notice of disapproval" per 24 CFR 91.500(c), or whether a "written notice of disapproval" is forthcoming after HUD reviews Fresno's response due Thursday, August 21, 2025 (should it disapprove of Fresno's response). 24 CFR 91.500(d) allows Fresno 45 days to revise or resubmit a plan within 45 days after a "written notice of disapproval."

The City of Fresno strongly supports HUD's efforts to ensure that all relevant anti-discrimination laws are applied to funds received under this grant and hereby commits to compliance with all such laws directly applicable to the City, as such laws have been interpreted by binding court precedent, including any applicable decisions relating to the enforceability of executive orders. As HUD is aware, conditions related to President Trump's executive orders directing federal agencies to impose new conditions on grant funding and terminate funding for noncompliance have been enjoined in a number of cases throughout the nation. *See e.g. Chicago Women in Trades v. Trump*, No. 25 C 2005, 2025 WL 1114466 (N.D. Ill. Apr. 14, 2025); *City & Cnty. of San Francisco v. Trump*, No. 25-CV-01350-WHO, 2025 WL 1186310 (N.D. Cal. Apr. 24, 2025), opinion clarified, No. 25-CV-01350-WHO, 2025 WL 1358492 (N.D. Cal. May 9, 2025); *S. Educ. Found. v. United States Dep't of Educ.*, No. CV 25-1079 (PLF), 2025 WL 1453047 (D.D.C. May 21, 2025); *Martin Luther King, Jr. Cnty. v. Turner*, No. 2:25-CV-814, 2025 WL 1582368 (W.D. Wash. June 3, 2025); *San Francisco A.I.D.S. Found. v. Trump*, No. 25-CV-01824-JST, 2025 WL 1621636 (N.D. Cal. June 9, 2025).

Fresno has recently filed an action seeking to enjoin the application of grant conditions imposed relating to executive orders to the extent such conditions are impermissible or contrary to existing law. *City of Fresno, et al v. Scott Turner, in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.* (No. 25-CV-07070 (N.D. Cal. August 20, 2025). The City has requested a temporary restraining order and preliminary injunction in that litigation. As such, the City has resubmitted its 2025-2029 Consolidated Plan as originally submitted without changes and requests that HUD grant an extension of the time to amend City of Fresno's Fiscal Year 2025 Consolidated Plan/Action Plan until after the City's request for a temporary restraining order and/or preliminary injunction has been heard.

Best regards,

**Karen Jenks | Housing & Neighborhood Revitalization Manager**
Community Development Division | Planning & Development
**2600 Fresno Street | Fresno CA 93721**
559.621.8507

[Karen.Jenks@Fresno.gov](Karen.Jenks@Fresno.gov)



**Resources**: [Housing & Community Development](Housing & Community Development)

---

**From:** CPD DAS for Field Operations <[CPDDASforfieldoperations@hud.gov](CPDDASforfieldoperations@hud.gov)>
**Sent:** Monday, August 18, 2025 1:02 PM
**To:** Karen Jenks <[Karen.Jenks@fresno.gov](Karen.Jenks@fresno.gov)>; Philip Skei <[Philip.Skei@fresno.gov](Philip.Skei@fresno.gov)>
**Cc:** SFCPDMail <[SFCPDMail@hud.gov](SFCPDMail@hud.gov)>; Johnson, Leticia M <[Leticia.M.Johnson@hud.gov](Leticia.M.Johnson@hud.gov)>; Blanco, Rebecca A <[Rebecca.Blanco@hud.gov](Rebecca.Blanco@hud.gov)>; Clarke, Adriane J <[Adriane.J.Clarke@hud.gov](Adriane.J.Clarke@hud.gov)>
**Subject:** NOTIFICATION: Fresno, CA FY25 Consolidated Plan/Action Plan

**External Email:** Use caution with links and attachments

Dear Grantee,

This message serves as notification that the Department is questioning the accuracy of the City of Fresno's certification that the Community Development Block Grant (CDBG) funds described in its Fiscal Year 2025 Consolidated Plan/Action Plan (the Plan) will be administered in conformity with applicable laws, including Executive Orders. HUD is providing this opportunity for your jurisdiction to comment (i.e., provide specific evidence demonstrating compliance with the certification) by responding to this notification. The grantee's demonstration of the accuracy of its certification should include taking the actions described below no later than **12:00 pm EDT Thursday, August 21, 2025**. Failure to address HUD's concerns regarding the certification may result in HUD determining that the certification is inaccurate or unsatisfactory, which will result in disapproval of the Plan.

During HUD's review of the Fiscal Year 2025 Consolidated Plan/Action Plan submitted by your jurisdiction, the Department identified language in the Plan that is not consistent with Executive Order 14148 *Additional Rescissions of Harmful Executive Orders and Actions,* Executive Order 14151 *Ending Radical and Wasteful Government DEI Programs and Preferencing,* Executive Order 14173 *Ending Illegal Discrimination and Restoring Merit-Based Opportunity,* and Executive Order 14168 *Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*. Specifically, the jurisdiction's Plan states the following:

- "The DRIVE Plan has goals to improve housing affordability and stability, reduce **racial** and economic isolation and support **environmental justice** and sustainability, most of which are addressed in the strategic plan." (page 15, emphasis added)
- "Emergency shelter for **all genders and their dependent children** who are fleeing domestic violence." (page 94, emphasis added)

This language includes provisions that appear to be inconsistent with the implementation of federal programs pursuant to the referenced executive orders. To address this issue, your jurisdiction should provide assurance to the Department by taking the following actions

1. Remove or replace *all* "equity" references *throughout the document* and replace with "activities and actions that do not violate any applicable Federal anti-discrimination

   laws, including Title VI of the Civil Rights Act of 1964" ;
2. Remove or replace *all* "environmental justice" references *throughout the document* and replace with "activities and actions that do not violate any applicable Federal anti-discrimination laws, including Title VI of the Civil Rights Act of 1964" ;
3. Removing *all* "transgender" references *throughout the document*; and
4. Provide the following assurance statements within the Plan:

   - "The City of Fresno agrees that its compliance in all respects with all applicable Federal anti-discrimination laws is material to the U.S. Government's payment decisions for purposes of section 3729(b)(4) of title 31, United States Code."

   - "The City of Fresno will not operate any programs that violate any applicable Federal anti-discrimination laws, including Title VI of the Civil Rights Act of 1964."

   - "The City of Fresno shall not use grant funds to promote "gender ideology," as defined in Executive Order (E.O.) 14168, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government."

The grantee should re-submit the action plan to HUD by the deadline noted above. Please work to revise and resubmit your Plan in HUD's Integrated Disbursement and Information System (IDIS) *and reply to this message indicating that you have re-submitted the plan in IDIS*. You are welcome to provide in your email response the section or page that contains the assurance statements. If HUD disapproves the Plan, the grantee must resubmit its Plan within 45 days after first notification of Plan disapproval (see 24 CFR 91.500(d)).

If you should have any questions, please reach out to the Office of Community Planning and Development Office of Field Operations at cpddasforfieldoperations@hud.gov .