ANDREW JANZ (SBN 287672)*
City Attorney
CITY OF FRESNO
2600 Fresno Street
Fresno, CA 93721
Telephone: (559) 621-7500
Facsimile: (559) 457-1084
* Application for admission pro hac vice
forthcoming

Attorney for Plaintiff
CITY OF FRESNO

JONATHAN V. HOLTZMAN (SBN 99795)
jholtzman@publiclawgroup.com
JAMES R. ROSS (SBN 149199)
jross@publiclawgroup.com
RYAN P. McGINLEY-STEMPEL (SBN 296182)
rmcginleystempel@publiclawgroup.com
JAKE D. FREITAS (SBN 341837)
jfreitas@publiclawgroup.com
MARIBEL LOPEZ (SBN 340907)
mlopez@publiclawgroup.com
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Facsimile:  (415) 848-7230

Attorneys for Plaintiffs
CITY OF FRESNO; CITY OF EUREKA; CITY
OF SOUTH LAKE TAHOE; COUNTY OF
SACRAMENTO; COUNTY OF MONROE;
MONROE COUNTY AIRPORT AUTHORITY

LYNDSEY OLSON (MN Lic. #0332288)**
Saint Paul City Attorney
Lyndsey.olson@ci.stpaul.mn.us
KELSEY MCELVEEN (MN Lic. #0396744)**
Assistant City Attorney
Kelsey.McElveen@ci.stpaul.mn.us
SAINT PAUL CITY ATTORNEY'S OFFICE
400 City Hall and Courthouse
15 Kellogg Boulevard West
Saint Paul, Minnesota 55102
Telephone:  (651) 266-8710
Facsimile  (651) 298-5619
* Application for admission pro hac vice
forthcoming

Attorneys for Plaintiff
CITY OF SAINT PAUL

MELISSA C. ALLISON (MA Bar No. 657470)*
mallison@andersonkreiger.com
CHRISTINA S. MARSHALL
(MA Bar No. 688348)*
cmarshall@andersonkreiger.com
ANDERSON & KREIGER LLP
50 Milk Street, Floor 21
Boston, MA 02109
Telephone: (617) 621-6500
* Application for admission pro hac vice
forthcoming
**Appearing pro hac vice

Attorneys for Plaintiffs
COUNTY OF MONROE
MONROE COUNTY AIRPORT AUTHORITY

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO et al. | Case No.: 3:25-cv-07070-RS |
| Plaintiffs, | **SUPPLEMENTAL DECLARATION OF TAY-JYE CHEN IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER OR, IN THE ALTERNATIVE, PRELIMINARY INJUNCTION** |
| v. | |
| SCOTT TURNER et al. | |
| Defendants. | Complaint Filed: August 20, 2025 |

1    I, Tay-Jye Chen, declare as follows:

2    1.    I am over 18 years of age.  I have personal knowledge of the facts set forth in this

3    declaration and am otherwise competent to testify to the matters contained herein.

4    2.    I obtained my Bachelor of Science and Master of Science degrees in Civil Engineering

5    from San Jose State University and am a licensed civil engineer within the State of California.  Prior to

6    joining the County of Sacramento ("County") in 2015, I held various executive management positions

7    within the aviation industry and served as a program manager for the Federal Aviation Administration

8    ("FAA") from 2003 to 2011.

9    3.    I am the Deputy Director for Planning and Development for the County's Department of

10    Airports ("Department").  I oversee the Department's key initiatives in planning, environmental

11    compliance, wildlife and noise management, sustainability, engineering, architectural design, project

12    delivery, and capital improvements for the four airports comprising the County's airport system ("Airport

13    System"):  Mather Airport ("MHR"), Sacramento Executive Airport ("SAC"), Franklin Field ("F72"),

14    and Sacramento International Airport ("SMF").

15    4.    On Thursday, August 21, 2025, the County received an email correspondence from the

16    FAA informing the County that it would receive the grant agreement for an AIG grant, MHR-029, within

17    1-3 days.  In addition, the correspondence provided that the agreement must be executed on or before

18    September 5, 2025, or the agreement would expire.  Attached hereto as **Exhibit A** is a true and correct

19    copy of the August 21, 2025 email.

20    I declare under penalty of perjury under the laws of the State of California that the foregoing is

21    true and correct.  Executed August 25, 2025, at Sacramento, California.

22

23    Signed by:

24    Tay-Jye Chen
      Deputy Director, Planning and Development
25    Sacramento County Department of Airports

26

27

28

CHEN SUPPLEMENTAL DEC. ISO TRO & OSC – CASE NO. 3:25-cv-07070



EXHIBIT A

| | |
|---|---|
| **From:** | Tam, Tina T (FAA) |
| **To:** | Nichol, Cindy; Nelson, Katrina; Travis, Lisa |
| **Cc:** | Biaoco, Ron (FAA); Choi, Amy L (FAA); Wong, Manson (FAA); Sutton, Kathy; McLean, Frieden; Chen, TJ |
| **Subject:** | FY_2025_AIG_Grant_Agreement_with_Transmittal_ 3-06-0363-029-2025_MHR |
| **Date:** | Thursday, August 21, 2025 2:47:58 PM |

---

**EXTERNAL EMAIL:** If unknown sender, **do not** click links/attachments.
If you have concerns about this email, please report it via the Phish Alert button.

Hello Sponsor,

Please know the subject AIG Grant Agreement for MHR-029 will be in process for outgoing via eSign – Sponsor should receive it w/in 1-3 days.

Please know the expiration date for execution is before or on September 5, 2025.
Thank you kindly for all your assistance.

Thank you,


**Tina Tam**
Management and Program Analyst

FAA, San Francisco Airports District Office
2999 Oak Rd, Suite 200
Walnut Creek, CA  94597

Tina.T.Tam@faa.gov