BRETT A. SHUMATE
Assistant Attorney General
CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
JOSEPH E. BORSON
Assistant Branch Director
R. CHARLIE MERRITT (VA Bar No. 89400)
Senior Counsel
    U.S. Department of Justice
    Civil Division, Federal Programs Branch
    Washington, D.C. 20005
    Tel.: (202) 616-8098
    robert.c.merritt@usdoj.gov

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7224
    Facsimile:  (415) 436-6748
    jevechius.bernardoni@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF FRESNO, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>SCOTT TURNER, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-07070-RS<br><br>**DEFENDANTS' NOTICE OF FILING OF AGENCY DECLARATIONS** |

On August 27, 2025, this Court issued a temporary restraining order against the defendants in this case.  Among other things, the Order requires Defendants, by August 28, 2025, to "serve and file a declaration(s) verifying that they have complied with this Order, including serving a copy of this order on every defendant agency head, and detailing what additional steps, if any, they

have taken to comply." ECF No. 28 at 13-14.  Defendants hereby submit the required declarations from each defendant agency as attachments to this notice

DATED:  August 28, 2025                                  Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

CRAIG H. MISSAKIAN
United States Attorney

JOSEPH E. BORSON
Assistant Branch Director

JEVECHIUS D. BERNARDONI
Assistant United States Attorney

*/s/ R. Charlie Merritt*
R. CHARLIE MERRITT
Senior Counsel (VA Bar No. 89400)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
(202) 616-8098
robert.c.merritt@usdoj.gov

*Attorneys for Defendants*