ANDREW JANZ (SBN 287672)*
City Attorney
CITY OF FRESNO
2600 Fresno Street
Fresno, CA 93721
Telephone: (559) 621-7500
Facsimile: (559) 457-1084
* *Application for admission pro hac vice forthcoming*

*Attorney for Plaintiff*
CITY OF FRESNO

JONATHAN V. HOLTZMAN (SBN 99795)
jholtzman@publiclawgroup.com
JAMES R. ROSS (SBN 149199)
jross@publiclawgroup.com
RYAN P. McGINLEY-STEMPEL (SBN 296182)
rmcginleystempel@publiclawgroup.com
JAKE D. FREITAS (SBN 341837)
jfreitas@publiclawgroup.com
MARIBEL LOPEZ (SBN 340907)
mlopez@publiclawgroup.com
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Facsimile: (415) 848-7230

*Attorneys for Plaintiffs*
CITY OF FRESNO; CITY OF EUREKA; CITY OF SOUTH LAKE TAHOE; COUNTY OF SACRAMENTO; COUNTY OF MONROE; MONROE COUNTY AIRPORT AUTHORITY

LYNDSEY OLSON (MN Lic. #0332288)**
Saint Paul City Attorney
Lyndsey.olsen@ci.stpaul.mn.us
KELSEY MCELVEEN (MN Lic. #0396744)**
Assistant City Attorney
Kelsey.McElveen@ci.stpaul.mn.us
SAINT PAUL CITY ATTORNEY'S OFFICE
400 City Hall and Courthouse
15 Kellogg Boulevard West
Saint Paul, Minnesota 55102
Telephone: (651) 266-8710
Facsimile (651) 298-5619
** *Appearing for admission pro hac vice*

*Attorneys for Plaintiff*
CITY OF SAINT PAUL

MELISSA C. ALLISON (MA Bar No. 657470)**
mallison@andersonkreiger.com
CHRISTINA S. MARSHALL
(MA Bar No. 688348)**
cmarshall@andersonkreiger.com
ANDERSON & KREIGER LLP
50 Milk Street, Floor 21
Boston, MA 02109
Telephone: (617) 621-6500
** *Appearing for admission pro hac vice*

*Attorneys for Plaintiffs*
COUNTY OF MONROE
MONROE COUNTY AIRPORT AUTHORITY

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO et al.<br><br>    Plaintiffs,<br><br>v.<br><br>SCOTT TURNER et al.<br><br>    Defendants. | Case No.: 3:25-cv-07070-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE AND AGREEMENT TO INCREASE PAGE LIMITS**<br><br>Complaint Filed: August 20, 2025 |

-2-

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Honorable Richard Seeborg's direction given at the August 26, 2025 Motion for Temporary Restraining Order hearing, Plaintiffs City of Fresno et al. ("Plaintiffs") and Defendants Scott Turner et al. ("Defendants") (collectively, the "Parties") jointly submit the below proposed briefing schedule for Plaintiffs' Preliminary Injunction Motion and request for extended plage limits.  The Parties by and though their respective counsel of record, hereby agree and stipulate as follows:

**WHEREAS**, the Parties have met and conferred regarding the briefing schedule for Plaintiffs' Motion for Preliminary Injunction;

**NOW AND THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs and Defendants, through their respective counsel of record:

The Parties hereby stipulate and request that the hearing on Plaintiffs' Motion for Preliminary Injunction be scheduled for September 23, 2025 at 2:00pm, subject to the availability and convenience of the Court.

The Parties further stipulate and request that Plaintiffs' Motion for Preliminary Injunction be filed by September 8, 2025.

The Parties further stipulate and request that Defendants' Opposition be filed by September 19, 2025.

The Parties further stipulate and request that Plaintiffs' Reply be filed by September 22, 2025.

The Parties further stipulate and request that the page limits allowed for the Parties' briefs be extended to a 40-page limit for Plaintiffs' Motion for Preliminary Injunction, a 40-page limit for Defendants' Opposition, and a 25-page limit for Plaintiffs' Reply.

IT IS SO STIPULATED.

-3-

| | |
|---|---|
| Dated: August 29, 2025 | RENNE PUBLIC LAW GROUP |
| | By: */s/ Jonathan V. Holtzman*<br>JONATHAN V. HOLTZMAN |
| | Attorneys for Plaintiffs<br>City of Fresno; City of Eureka; City of South Lake Tahoe; County of Sacramento; County of Monroe; and Monroe County Airport Authority |
| Dated: August 29, 2025 | SAINT PAUL CITY ATTORNEY'S OFFICE |
| | By: */s/ Lyndsey Olson*<br>LYNDSEY OLSON *<br>KELSEY MCELVEEN *<br>Attorneys for Plaintiff<br>City of Saint Paul |
| Dated: August 29, 2025 | BRETT A. SHUMATE<br>Assistant Attorney General<br><br>CRAIG H. MISSAKIAN<br>United States Attorney<br><br>JOSEPH E. BORSON<br>Assistant Branch Director<br><br>JEVECHIUS D. BERNARDONI<br>Assistant United States Attorney<br><br>*/s/ R. Charlie Merritt*<br>R. CHARLIE MERRITT<br>Senior Counsel (VA Bar No. 89400)<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St. NW<br>Washington, DC 20005<br>(202) 616-8098<br>robert.c.merritt@usdoj.gov<br><br>*Attorneys for Defendants* |

# [PROPOSED] ORDER

The Court approves the Stipulation to Briefing Schedule and Agreement to Increase Page Limits and orders the following schedule and page limits:

- Hearing on Plaintiffs' Motion for Preliminary Injunction is scheduled for September 23, 2025 at 2:00pm.
- Plaintiffs' Motion for Preliminary Injunction is to be filed by September 8, 2025.
- Defendants' Opposition is to be filed by September 19, 2025.
- Plaintiffs' Reply is to be filed by September 22, 2025.
- The page limit for the Parties' briefs is extended to a 40-page limit for Plaintiffs' Motion for Preliminary Injunction, a 40-page limit for Defendants' Opposition, and a 25-page limit for Plaintiffs' Reply.

IT IS SO ORDERED.

Dated: _____, 2025    _____
Hon. Richard Seeborg

**ECF ATTESTATION**

I, JONATHAN V. HOLTZMAN, am the ECF user whose identification and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE AND AGREEMENT TO INCREASE PAGE LIMITS. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.

Dated: August 29, 2025                                     RENNE PUBLIC LAW GROUP


                                                           By:    */s/ Jonathan V. Holtzman*
                                                                  JONATHAN V. HOLTZMAN