UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SCOTT TURNER, et al.,<br><br>    Defendants. | Case No. 25-cv-07070-RS<br><br>**ORDER RE BREIFING SCHEDULE AND PAGE LIMITS** |

The Court hereby **ORDERS** the following briefing schedule and page limits:

- Hearing on Plaintiffs' Motion for Preliminary Injunction is scheduled for September 23, 2025 at 1:30 p.m. via Zoom Conference.
- Plaintiffs' Motion for Preliminary Injunction is to be filed by September 8, 2025.
- Defendants' Opposition is to be filed by September 16, 2025.
- Plaintiffs' Reply is to be filed by September 22, 2025.
- The page limit for the Parties' briefs is extended to a 40-page limit for Plaintiffs' Motion for Preliminary Injunction, a 40-page limit for Defendants' Opposition, and a 25-page limit for Plaintiffs' Reply.

**IT IS SO ORDERED.**

Dated: September 2, 2025

_____
RICHARD SEEBORG
Chief United States District Judge