ANDREW JANZ (SBN 287672)**
Fresno City Attorney
andrew.janz@fresno.gov
CITY OF FRESNO
2600 Fresno Street
Fresno, CA 93721
Telephone: (559) 621-7500
Facsimile:  (559) 457-1084
*Attorney for Plaintiff*
CITY OF FRESNO
** *Application for admission pro hac vice
forthcoming*

JONATHAN V. HOLTZMAN (SBN 99795)
jholtzman@publiclawgroup.com
JAMES R. ROSS (SBN 149199)
jross@publiclawgroup.com
RYAN P. McGINLEY-STEMPEL (SBN 296182)
rmcginleystempel@publiclawgroup.com
JAKE D. FREITAS (SBN 341837)
jfreitas@publiclawgroup.com
MARIBEL LOPEZ (SBN 340907)
mlopez@publiclawgroup.com
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Facsimile:  (415) 848-7230
*Attorneys for Plaintiffs*
CITY OF FRESNO; CITY OF EUREKA; CITY OF SOUTH
LAKE TAHOE; COUNTY OF SACRAMENTO; COUNTY OF
MONROE; MONROE COUNTY AIRPORT AUTHORITY;
COUNTY OF SAN DIEGO, COUNTY OF MARIN, CITY OF
ALAMEDA, CITY OF REDWOOD CITY

YIBIN SHEN (SBN 233545)
Alameda City Attorney
yshen@alamedaca.gov
CARA SILVER (SBN 136992)
Special Counsel
csilver@alamedaca.gov
DANIEL J. TURNER (SBN 336499)
Deputy City Attorney
dturner@alamedaca.gov
2263 Santa Clara Avenue, Rm 280
Alameda, CA 94501
Telephone: (510) 747-4750
*Attorneys for Plaintiff*
CITY OF ALAMEDA

MELISSA C. ALLISON (MA Bar No. 657470)*
mallison@andersonkreiger.com
CHRISTINA S. MARSHALL (MA Bar No. 688348)*
cmarshall@andersonkreiger.com
ANDERSON & KREIGER LLP
50 Milk Street, Floor 21
Boston, MA 02109
Telephone: (617) 621-6500
*Attorneys for Plaintiffs*
COUNTY OF MONROE
MONROE COUNTY AIRPORT AUTHORITY
* *Appearing pro hac vice*

BRIAN E. WASHINGTON (SBN 146807)
Marin County Counsel
KATE K. STANFORD (SBN 302825)
Deputy County Counsel
kate.stanford@marincounty.gov
EDWARD F. SEARS (SBN 297775)
Deputy County Counsel
ned.sears@marincounty.gov
OFFICE OF THE COUNTY COUNSEL
COUNTY OF MARIN
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Telephone: (415) 473-6117
Facsimile: (415) 473-3796
*Attorneys for Plaintiff*
COUNTY OF MARIN

LYNDSEY OLSON (MN Lic. #0332288)*
Saint Paul City Attorney
Lyndsey.olson@ci.stpaul.mn.us
KELSEY MCELVEEN (MN Lic. #0396744)*
Assistant City Attorney
Kelsey.McElveen@ci.stpaul.mn.us
SAINT PAUL CITY ATTORNEY'S OFFICE
400 City Hall and Courthouse
15 Kellogg Boulevard West
Saint Paul, Minnesota 55102
Telephone: (651) 266-8710
Facsimile:  (651) 298-5619
*Attorneys for Plaintiff*
CITY OF SAINT PAUL
* *Appearing pro hac vice*

RENNE PUBLIC LAW GROUP
Attorneys at Law

1

2

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

CITY OF FRESNO; CITY OF EUREKA; CITY
OF SOUTH LAKE TAHOE; CITY OF SAINT
PAUL; COUNTY OF SACRAMENTO; COUNTY
OF MONROE; MONROE COUNTY AIRPORT
AUTHORITY; COUNTY OF SAN DIEGO,
COUNTY OF MARIN; CITY OF ALAMEDA;
CITY OF REDWOOD CITY,

      Plaintiffs,

v.

SCOTT TURNER in his official capacity as
Secretary of the U.S. Department of Housing and
Urban Development; the U.S. DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT;
SEAN DUFFY in his official capacity as Secretary
of the U.S. Department of Transportation; the U.S.
DEPARTMENT OF TRANSPORTATION;
MARCUS J. MOLINARO in his official capacity
as the Administrator of the Federal Transit
Administration ; the FEDERAL TRANSIT
ADMINISTRATION; GLORIA M. SHEPHERD in
her official capacity as the Executive Director of
the Federal Highway Administration; the
FEDERAL HIGHWAY ADMINISTRATION;
BRYAN BEDFORD in his official capacity as the
Administration of the Federal Aviation
Administration; the FEDERAL AVIATION
ADMINISTRATION; ROBERT F. KENNEDY,
JR. in his official capacity as Secretary of the U.S.
Department of Health and Human Services; U.S.
DEPARTMENT OF HEALTH AND HUMAN
SERVICES; LEE ZELDIN in his official capacity
as Administrator of the Environmental Protection
Agency; and the U.S. ENVIRONMENTAL
PROTECTION AGENCY,

      Defendants.

Case No.: 3:25-cv-07070-RS

**DECLARATION OF PHILIP SKEI IN
SUPPORT OF PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION**

Complaint Filed: August 20, 2025
FAC Filed: September 8, 2025

Hon. Richard Seeborg

24

25

26

27

28

RENNE PUBLIC LAW GROUP
Attorneys at Law

I, Philip Skei, declare:

1.      I am over the age of 18 years, am competent to testify as to the matters in this declaration, and make this declaration based on my own personal knowledge.

2.      I am the Assistant Director of Planning and Development for the City of Fresno ("Fresno" or the "City"), and I have held this position since November 2021.  Prior to this position, I was the Neighborhood Initiatives Manager for Fresno Housing Authority.

3.      As Assistant Director of Planning and Development for the City of Fresno, I oversee Affordable Housing Development and Homelessness Response among other programs, and I ensure those programs are properly funded.

## FEDERAL FUNDING IN THE CITY OF FRESNO

4.      The City depends on federal funding from the United States Department of Housing and Urban Development ("HUD") to fund the City's housing and community development programs that assist low- and moderate-income households by providing decent, affordable housing, creating suitable living environments, and expanding economic opportunities.  Fresno also relies on HUD federal entitlement programs to fund public services and promote fair housing through outreach, education and referral services for low-and moderate-income prospective homebuyers and tenants.

5.      These programs are funded through Community Development Block Grant ("CDBG"), HOME Investment Partnerships Program ("HOME"), Emergency Solutions Grant ("ESG"), and Housing Opportunities for People with AIDS/HIV Grant ("HOPWA").

6.      To access these federal funds, the City carries out a planning process to identify the scope of housing and community development needs in its jurisdiction and how the available funding can be used to meet those needs.  The planning process is called the Consolidated Plan ("Plan").  The current Plan cycle began July 1, 2025 and ends June 30, 2030.

7.      Annually, Fresno receives an allocation of approximately $11.7 million dollars in federal funding for housing and development projects.

8.      Every year, Fresno prepares an Annual Action Plan that describes projects and actions Fresno will undertake to carry out the strategies outlined in the Plan.

RENNE PUBLIC LAW GROUP
Attorneys at Law

9.      For the City Program Year 2025, Fresno anticipates expending over $7 million in its CDBG allocation for public infrastructure projects, public services, micro-enterprise assistance, fair housing, Section 108 loan payment, and administration and compliance.

10.     For the same Program Year, Fresno anticipates expending over $3 million in its HOME program allocation for affordable housing, CHDO housing development, Tenant-Based Rental Assistance, and administration and compliance.

11.     In addition, Fresno anticipates expending approximately $616,000 in its ESG allocation for rapid rehousing projects, emergency shelter/street outreach, homelessness prevention, and administration and compliance.

12.     The City estimated it would expend over $1,000,000 in its HOPWA allocation for housing opportunities for people with AIDS/HIV.

13.     On or around August 18, 2025, the City received an email notification from HUD notifying it "that the Department is questioning the accuracy of the City of Fresno's certification that the Community Development Block Grant (CDBG) funds described in its Fiscal Year 2025 Consolidated Plan/Action Plan (the Plan) will be administered in conformity with applicable laws, including Executive Orders." In the email, HUD explained that it had "identified language in Fresno's 2025 Consolidated Plan/Action Plan "that is not consistent with Executive Order 14148 Additional Rescissions of Harmful Executive Orders and Actions, Executive Order 14151 Ending Radical and Wasteful Government DEI Programs and Preferencing, Executive Order 14173 Ending Illegal Discrimination and Restoring Merit-Based Opportunity, and Executive Order 14168 Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government." Specifically, HUD took issue with the following statements from Fresno's 2025 Consolidated Plan/Action Plan:

> "The DRIVE Plan has goals to improve housing affordability and stability, reduce **racial** and economic isolation and support **environmental justice** and sustainability, most of which are addressed in the strategic plan."

> "Emergency shelter for **all genders and their dependent children** who are fleeing domestic violence." (emphasis added by HUD).

RENNE PUBLIC LAW GROUP
Attorneys at Law

-2-

RENNE PUBLIC LAW GROUP
Attorneys at Law

HUD stated that "[t]his language includes provisions that appear to be inconsistent with the implementation of federal programs pursuant to the referenced executive orders, and directed Fresno to "[r]emove or replace all 'equity' references throughout the document," "[r]emove or replace all "environmental justice" references throughout the document," "[r]emoving all "transgender" references throughout the document," and provide assurances that "[t]he City of Fresno shall not use grant funds to promote 'gender ideology,' as defined in Executive Order (E.O.) 14168, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government."

HUD directed Fresno to take these actions no later than 12:00 pm EDT Thursday, **August 21, 2025**, and provided that "failure to address HUD's concerns regarding the certification may result in HUD determining that the certification is inaccurate or unsatisfactory, which will result in disapproval of the Plan." (Attached is a true and correct copy of HUD Email Notice August 18, 2025 as **Exhibit A.**)

14.     With just 68 hours (approximately 3 days) to respond, Fresno quickly consulted and fashioned a response requesting an extension to adequately respond to Hud's directive and alerting HUD of this suit filed on Wednesday, August 20, 2025. Given the legal complexity of the significant changes required, Fresno requested "HUD grant an extension of the time to amend City of Fresno's Fiscal Year 2025 Consolidated Plan/Action Plan until after the City's request for a temporary restraining order and/or preliminary injunction has been heard." Dkt. 26-2.  Fresno reiterated its strong support for "HUD's efforts to ensure that all relevant anti-discrimination laws are applied to funds received under the CDBG grant and hereby commits to compliance with all such laws directly applicable to the City, as such laws have been interpreted by binding court precedent, including any applicable decisions relating to the enforceability of executive orders." *Id.* Fresno also sought clarification as to whether HUD had intended the August 18, 2025, email as a "written notice of disapproval" per 24 CFR 91.500 (c). *Id.* (Attached is a true and correct copy of Fresno's statement on August 21, 2025 as **Exhibit B**.)

15.     The very next morning, on or around August 22, 2025, Fresno received a formal notice from HUD "disapproving the city of Fresno California's Consolidated Plan/Action Plan (the Plan) submission." *Id.*  HUD disapproved of the CDBG portion of the Plan on the basis that "as submitted, [it] is substantially incomplete." HUD "determined that the CDBG certifications are not satisfactory under stated regulations." *Id.*  In addition, HUD informed Fresno that "[pursuant to 24 C.F.R. § 91.500(c),

within 15 days of the date of this notice, HUD will notify the city of Fresno of the reasons for disapproval and the actions that the jurisdictions could take for HUD to find the certifications satisfactory." *Id.* Pursuant to 24 C.F.R. § 91.500(d), Fresno has 45 days from the August 22 disapproval notice to resubmit its Plan. (Attached is a true and correct copy of HUD's Disapproval Notice as **Exhibit C**.)

16.    Fresno depends on the HUD federal entitlement programs to address its dire need for affordable housing units, homelessness prevention programs, maintenance and development of public infrastructure and facilities.  The City has relied on funding from HUD since the applicable entitlement programs were established and HUD began allocating funds to local entitlement jurisdictions.

17.    These federal grants fund essential public resources that have been provided for decades. The loss of the federal funds would lead to a loss of public resources, to the detriment of the low-and moderate-income households of Fresno.

18.    Should the City not receive the federal funds it relies upon, it would be forced to abandon or indefinitely delay critical projects that address urgent community needs.  Chief among these is the planned development of more than 800 units of affordable housing, which is an essential component of the City's strategy to combat homelessness, alleviate housing insecurity, and meet its obligations under state and regional housing mandates.  Without federal funding, the City would also likely be unable to move forward with the construction of a new senior center, a long-planned facility aimed at providing essential services, programming, and social support for Fresno's growing elderly population.  The City has already executed contracts related to the senior center project, and failure to proceed could result in breach of contract claims, the loss of matching funds or leveraged financing, and significant reputational and financial harm.

19.    On August 20, 2025, the City, along with other public entity plaintiffs, brought the above-referenced action to enjoin Defendants from enforcing the unlawful grant conditions.  A motion for a Temporary Restraining Order (TRO) was filed on August 21, 2025, and an emergency TRO was ordered by Judge Seeborg on August 26, 2025.  *See* Dkt. 27 (Minute Order Granting Motion for TRO); *see also* Dkt. 28 (Order Granting Motion for TRO).  The TRO prevents Defendants from imposing or enforcing the grant conditions or any materially similar conditions with respect to any grants awarded to

-4-

RENNE PUBLIC LAW GROUP
Attorneys at Law

RENNE PUBLIC LAW GROUP
Attorneys at Law

Plaintiffs.  *Id.*  As ordered, Defendants have filed declarations asserting that they will not impose or enforce any EO Grant Conditions while the TRO remains in effect.  Dkt. 29.

20.    However, the TRO is set to expire on September 23, 2025.  When the TRO expires, Defendants will again be free to enforce the challenged conditions, placing Plaintiffs in the untenable position of either forgoing critical federal funding or accepting unlawful restrictions that threaten their operations and the well-being of their residents.  A preliminary injunction is necessary to preserve the status quo and prevent irreparable harm while this litigation proceeds.

21.    On September 4, 2025, I received a notification from HUD acknowledging the above-referenced action. The notification stated that the disapproval notice issued on August 22, 2025 in relation to Fresno's FY 2025 Consolidated/Annual Action Plan is "enjoined by Court's Temporary Restraining Order." Furthermore, the notification indicated HUD will comply with the TRO and "thereby, HUD will no longer pursue any further action on the disapproval at this time." Fresno is unclear as to whether the notification means the Plan is approved and whether Fresno may proceed with administering the HUD funding. In addition, the notification also advised that should the TRO in this matter "be stayed, dissolved, or reversed, in whole or in part, HUD reserves all legal rights and defenses, including for the challenged conditions and any prior disapproval(s)." (Attached is a true and correct copy of the September 4, 2025 HUD Notification as Exhibit D.)

I declare under penalty of perjury of the laws of California and the United States of America that the foregoing is true and correct.  Executed at Sacramento, California on September  8 , 2025.

By: _____
Philip Skei
Assistant Director of Planning and Development
City of Fresno

-5-

SKEI DEC ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION – CASE NO. 3:25-cv-07070-RS



EXHIBIT A

| | |
|---|---|
| **From:** | CPD DAS for Field Operations |
| **To:** | Karen Jenks; Philip Skei |
| **Cc:** | SFCPDMail; Johnson, Leticia M; Blanco, Rebecca A; Clarke, Adriane J |
| **Subject:** | NOTIFICATION: Fresno, CA FY25 Consolidated Plan/Action Plan |
| **Date:** | Monday, August 18, 2025 1:01:42 PM |

**External Email:** Use caution with links and attachments

Dear Grantee,

This message serves as notification that the Department is questioning the accuracy of the City of Fresno's certification that the Community Development Block Grant (CDBG) funds described in its Fiscal Year 2025 Consolidated Plan/Action Plan (the Plan) will be administered in conformity with applicable laws, including Executive Orders. HUD is providing this opportunity for your jurisdiction to comment (i.e., provide specific evidence demonstrating compliance with the certification) by responding to this notification. The grantee's demonstration of the accuracy of its certification should include taking the actions described below no later than **12:00 pm EDT Thursday, August 21, 2025**. Failure to address HUD's concerns regarding the certification may result in HUD determining that the certification is inaccurate or unsatisfactory, which will result in disapproval of the Plan.

During HUD's review of the Fiscal Year 2025 Consolidated Plan/Action Plan submitted by your jurisdiction, the Department identified language in the Plan that is not consistent with Executive Order 14148 *Additional Rescissions of Harmful Executive Orders and Actions,* Executive Order 14151 *Ending Radical and Wasteful Government DEI Programs and Preferencing,* Executive Order 14173 *Ending Illegal Discrimination and Restoring Merit-Based Opportunity*, and Executive Order 14168 *Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*. Specifically, the jurisdiction's Plan states the following:

- "The DRIVE Plan has goals to improve housing affordability and stability, reduce **racial** and economic isolation and support **environmental justice** and sustainability, most of which are addressed in the strategic plan." (page 15, emphasis added)
- "Emergency shelter for **all genders and their dependent children** who are fleeing domestic violence." (page 94, emphasis added)

This language includes provisions that appear to be inconsistent with the implementation of federal programs pursuant to the referenced executive orders. To address this issue, your jurisdiction should provide assurance to the Department by taking the following actions

1. Remove or replace *all* "equity" references *throughout the document* and replace with "activities and actions that do not violate any applicable Federal anti-discrimination laws, including Title VI of the Civil Rights Act of 1964" ;

2. Remove or replace *all* "environmental justice" references *throughout the*

*document* and replace with "activities and actions that do not violate any applicable Federal anti-discrimination laws, including Title VI of the Civil Rights Act of 1964" ;

3. Removing *all* "transgender" references *throughout the document*; and

4. Provide the following assurance statements within the Plan:

   ○ "The City of Fresno agrees that its compliance in all respects with all applicable Federal anti-discrimination laws is material to the U.S. Government's payment decisions for purposes of section 3729(b)(4) of title 31, United States Code."

   ○ "The City of Fresno will not operate any programs that violate any applicable Federal anti-discrimination laws, including Title VI of the Civil Rights Act of 1964."

   ○ "The City of Fresno shall not use grant funds to promote "gender ideology," as defined in Executive Order (E.O.) 14168, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government."

The grantee should re-submit the action plan to HUD by the deadline noted above. Please work to revise and resubmit your Plan in HUD's Integrated Disbursement and Information System (IDIS) *and reply to this message indicating that you have re-submitted the plan in IDIS*. You are welcome to provide in your email response the section or page that contains the assurance statements. If HUD disapproves the Plan, the grantee must resubmit its Plan within 45 days after first notification of Plan disapproval (see 24 CFR 91.500(d)).

If you should have any questions, please reach out to the Office of Community Planning and Development Office of Field Operations at cpddasforfieldoperations@hud.gov .



EXHIBIT B

| | |
|---|---|
| **From:** | Karen Jenks |
| **To:** | CPD DAS for Field Operations; Philip Skei |
| **Cc:** | SFCPDMail; Johnson, Leticia M; Blanco, Rebecca A; Clarke, Adriane J; Anderson, Christian D (Christian.D.Anderson@hud.gov) |
| **Subject:** | RE: NOTIFICATION: Fresno, CA FY25 Consolidated Plan/Action Plan |

Good morning,

The City of Fresno ("Fresno" or the "City") is constrained for time as HUD has only provided 68 hours to respond to HUD's notice received on August 18, 2025 at 1:02 p.m. PST, to address HUD's concerns regarding Fresno's certification that the Community Development Block Grant (CDBG) funds described in its Fiscal Year 2025 Consolidated Plan/Action Plan will be administered in conformity with applicable laws, including Executive Orders. The notice states that Fresno has until Thursday, August 21, 2025, 12 p.m. EDT to demonstrate the accuracy of its certification and take the actions described in the notice. Given the legal complexity of the significant changes requested, it is not possible to respond adequately at this time.

In addition, Fresno is unclear whether HUD's notice is intended as a "written notice of disapproval" per 24 CFR 91.500(c), or whether a "written notice of disapproval" is forthcoming after HUD reviews Fresno's response due Thursday, August 21, 2025 (should it disapprove of Fresno's response). 24 CFR 91.500(d) allows Fresno 45 days to revise or resubmit a plan within 45 days after a "written notice of disapproval."

The City of Fresno strongly supports HUD's efforts to ensure that all relevant anti-discrimination laws are applied to funds received under this grant and hereby commits to compliance with all such laws directly applicable to the City, as such laws have been interpreted by binding court precedent, including any applicable decisions relating to the enforceability of executive orders. As HUD is aware, conditions related to President Trump's executive orders directing federal agencies to impose new conditions on grant funding and terminate funding for noncompliance have been enjoined in a number of cases throughout the nation. *See e.g. Chicago Women in Trades v. Trump*, No. 25 C 2005, 2025 WL 1114466 (N.D. Ill. Apr. 14, 2025); *City & Cnty. of San Francisco v. Trump*, No. 25-CV-01350-WHO, 2025 WL 1186310 (N.D. Cal. Apr. 24, 2025), opinion clarified, No. 25-CV-01350-WHO, 2025 WL 1358492 (N.D. Cal. May 9, 2025); *S. Educ. Found. v. United States Dep't of Educ.*, No. CV 25-1079 (PLF), 2025 WL 1453047 (D.D.C. May 21, 2025); *Martin Luther King, Jr. Cnty. v. Turner*, No. 2:25-CV-814, 2025 WL 1582368 (W.D. Wash. June 3, 2025); *San Francisco A.I.D.S. Found. v. Trump*, No. 25-CV-01824-JST, 2025 WL 1621636 (N.D. Cal. June 9, 2025).

Fresno has recently filed an action seeking to enjoin the application of grant conditions imposed relating to executive orders to the extent such conditions are impermissible or contrary to existing law. *City of Fresno, et al v. Scott Turner, in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.* (No. 25-CV-07070 (N.D. Cal. August 20, 2025). The City has requested a temporary restraining order and preliminary injunction in that litigation. As such, the City has resubmitted its 2025-2029 Consolidated Plan as originally submitted without changes and requests that HUD grant an extension of the time to amend City of Fresno's Fiscal Year 2025 Consolidated Plan/Action Plan until after the City's request for a temporary restraining order and/or preliminary injunction has been heard.

Best regards,

**Karen Jenks | Housing & Neighborhood Revitalization Manager**

Community Development Division | Planning & Development

**2600 Fresno Street | Fresno CA 93721**

559.621.8507

**Karen.Jenks@Fresno.gov**



**Resources**: **Housing & Community Development**

---

**From:** CPD DAS for Field Operations
**Sent:** Monday, August 18, 2025 1:02 PM
**To:** Karen Jenks ; Philip Skei
**Cc:** SFCPDMail ; Johnson, Leticia M ; Blanco, Rebecca A ; Clarke, Adriane J
**Subject:** NOTIFICATION: Fresno, CA FY25 Consolidated Plan/Action Plan

**External Email:** Use caution with links and attachments

Dear Grantee,

This message serves as notification that the Department is questioning the accuracy of the City of Fresno's certification that the Community Development Block Grant (CDBG) funds described in its Fiscal Year 2025 Consolidated Plan/Action Plan (the Plan) will be administered in conformity with applicable laws, including Executive Orders. HUD is providing this opportunity for your jurisdiction to comment (i.e., provide specific evidence demonstrating compliance with the certification) by responding to this notification. The grantee's demonstration of the accuracy of its certification should include taking the actions described below no later than **12:00 pm EDT Thursday, August 21, 2025**. Failure to address HUD's concerns regarding the certification may result in HUD determining that the certification is inaccurate or unsatisfactory, which will result in disapproval of the Plan.

During HUD's review of the Fiscal Year 2025 Consolidated Plan/Action Plan submitted by your jurisdiction, the Department identified language in the Plan that is not consistent with Executive Order 14148 *Additional Rescissions of Harmful Executive Orders and Actions,* Executive Order 14151 *Ending Radical and Wasteful Government DEI Programs and Preferencing,* Executive Order 14173 *Ending Illegal Discrimination and Restoring Merit-Based Opportunity*, and Executive Order 14168 *Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*. Specifically, the jurisdiction's Plan states the following:

- "The DRIVE Plan has goals to improve housing affordability and stability, reduce **racial** and economic isolation and support **environmental justice** and sustainability, most of which are addressed in the strategic plan." (page 15, emphasis added)
- "Emergency shelter for **all genders and their dependent children** who are fleeing domestic violence." (page 94, emphasis added)

This language includes provisions that appear to be inconsistent with the implementation of federal programs pursuant to the referenced executive orders. To address this issue, your jurisdiction should provide assurance to the Department by taking the following actions

1. Remove or replace *all* "equity" references *throughout the document* and replace with "activities and actions that do not violate any applicable Federal anti-discrimination laws, including Title VI of the Civil Rights Act of 1964" ;
2. Remove or replace *all* "environmental justice" references *throughout the document* and replace with "activities and actions that do not violate any applicable Federal anti-discrimination laws, including Title VI of the Civil Rights Act of 1964" ;
3. Removing *all* "transgender" references *throughout the document*; and
4. Provide the following assurance statements within the Plan:

   - "The City of Fresno agrees that its compliance in all respects with all applicable Federal anti-discrimination laws is material to the U.S. Government's payment decisions for purposes of section 3729(b)(4) of title 31, United States Code."

   - "The City of Fresno will not operate any programs that violate any applicable Federal anti-discrimination laws, including Title VI of the Civil Rights Act of 1964."

   - "The City of Fresno shall not use grant funds to promote "gender ideology," as defined in Executive Order (E.O.) 14168, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government."

The grantee should re-submit the action plan to HUD by the deadline noted above. Please work to revise and resubmit your Plan in HUD's Integrated Disbursement and Information System (IDIS) *and reply to this message indicating that you have re-submitted the plan in IDIS*. You are welcome to provide in your email response the section or page that contains the assurance statements. If HUD disapproves the Plan, the grantee must resubmit its Plan within 45 days after first notification of Plan disapproval (see 24 CFR 91.500(d)).

If you should have any questions, please reach out to the Office of Community Planning and Development Office of Field Operations at cpddasforfieldoperations@hud.gov .



# EXHIBIT C

| | |
|---|---|
| **From:** | CPD DAS for Field Operations |
| **To:** | Karen Jenks; Philip Skei |
| **Cc:** | SFCPDMail; Johnson, Leticia M; Blanco, Rebecca A; Clarke, Adriane J; Anderson, Christian D; CPD DAS for Field Operations |
| **Subject:** | NOTIFICATION: Fresno, CA FY25 Consolidated Plan/Action Plan Disapproval |
| **Date:** | Friday, August 22, 2025 11:56:19 AM |

**External Email:** Use caution with links and attachments

Dear Grantee,

This letter serves as formal notice that the U.S. Department of Housing and Urban Development (HUD) is disapproving the city of Fresno California's Consolidated Plan/Action Plan (the Plan) submission in the Integrated Disbursement and Information System (IDIS) for Program Year 2025 pursuant to 24 C.F.R. § 91.500(b).

As noted in the Notice CPD-25-02, *Guidance on Submitting Consolidated Plans and Annual Action Plans for Fiscal Year (FY) 2025*, and in accordance with 24 C.F.R. § 91.500(b), HUD may disapprove a plan or a portion of a plan if it is:

1. Inconsistent with the purpose of the Cranston-Gonzalez National Affordable Housing Act (42 U.S.C. § 12703);

2. It is substantially incomplete; or,

3. In the case of a Community Development Block Grant (CDBG) certification under 24 C.F.R. § 91.225(a) and (b) or § 91.235(a) and (b), if it is not satisfactory to the Secretary in accordance with 24 C.F.R. § 570.304, § 570.429(g), or § 570.485(c).

HUD is disapproving on the basis that the Plan, as submitted, is substantially incomplete. HUD has determined that the CDBG certifications are not satisfactory under the stated regulations. Thus, the CDBG portion of the Plan is disapproved. Consistent with 24 C.F.R. § 91.500(c), disapproval of a plan with respect to one program does not affect assistance distributed based on a formula under other programs.

Pursuant to 24 C.F.R. § 91.500(c), within 15 days of the date of this notice, HUD will notify the city of Fresno of the reasons for disapproval and the actions that the jurisdictions could take for HUD to find the certifications satisfactory. As provided in 24 C.F.R. § 91.500(d), the grantee may resubmit its Plan within 45 days after first notification of the Plan disapproval.

If you should have any questions, please reach out to the Office of Community Planning and Development Office of Field Operations at CPDDASforFieldOperations@hud.gov.

**From:** Karen Jenks
**Sent:** Thursday, August 21, 2025 11:37 AM
**To:** CPD DAS for Field Operations ; Philip Skei
**Cc:** SFCPDMail ; Johnson, Leticia M ; Blanco, Rebecca A ; Clarke, Adriane J ; Anderson, Christian D
**Subject:** RE: NOTIFICATION: Fresno, CA FY25 Consolidated Plan/Action Plan

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. If you have

concerns about the content of the email, please send it to phishing@hud.gov or click the
Report Phishing Button on the Outlook ribbon or Phishing option within OWA.

Good morning,

The City of Fresno ("Fresno" or the "City") is constrained for time as HUD has only provided 68
hours to respond to HUD's notice received on August 18, 2025 at 1:02 p.m. PST, to address
HUD's concerns regarding Fresno's certification that the Community Development Block
Grant (CDBG) funds described in its Fiscal Year 2025 Consolidated Plan/Action Plan will be
administered in conformity with applicable laws, including Executive Orders. The notice states
that Fresno has until Thursday, August 21, 2025, 12 p.m. EDT to demonstrate the accuracy of
its certification and take the actions described in the notice. Given the legal complexity of the
significant changes requested, it is not possible to respond adequately at this time.

In addition, Fresno is unclear whether HUD's notice is intended as a "written notice of
disapproval" per 24 CFR 91.500(c), or whether a "written notice of disapproval" is forthcoming
after HUD reviews Fresno's response due Thursday, August 21, 2025 (should it disapprove of
Fresno's response). 24 CFR 91.500(d) allows Fresno 45 days to revise or resubmit a plan
within 45 days after a "written notice of disapproval."

The City of Fresno strongly supports HUD's efforts to ensure that all relevant anti-
discrimination laws are applied to funds received under this grant and hereby commits to
compliance with all such laws directly applicable to the City, as such laws have been
interpreted by binding court precedent, including any applicable decisions relating to the
enforceability of executive orders. As HUD is aware, conditions related to President Trump's
executive orders directing federal agencies to impose new conditions on grant funding and
terminate funding for noncompliance have been enjoined in a number of cases throughout the
nation. *See e.g. Chicago Women in Trades v. Trump*, No. 25 C 2005, 2025 WL 1114466
(N.D. Ill. Apr. 14, 2025); *City & Cnty. of San Francisco v. Trump*, No. 25-CV-01350-WHO,
2025 WL 1186310 (N.D. Cal. Apr. 24, 2025), opinion clarified, No. 25-CV-01350-WHO, 2025
WL 1358492 (N.D. Cal. May 9, 2025); *S. Educ. Found. v. United States Dep't of Educ.*, No.
CV 25-1079 (PLF), 2025 WL 1453047 (D.D.C. May 21, 2025); *Martin Luther King, Jr. Cnty. v.
Turner*, No. 2:25-CV-814, 2025 WL 1582368 (W.D. Wash. June 3, 2025); *San Francisco
A.I.D.S. Found. v. Trump*, No. 25-CV-01824-JST, 2025 WL 1621636 (N.D. Cal. June 9, 2025).

Fresno has recently filed an action seeking to enjoin the application of grant conditions
imposed relating to executive orders to the extent such conditions are impermissible or
contrary to existing law. *City of Fresno, et al v. Scott Turner, in his official capacity as
Secretary of the U.S. Department of Housing and Urban Development, et al.* (No. 25-CV-
07070 (N.D. Cal. August 20, 2025). The City has requested a temporary restraining order and
preliminary injunction in that litigation. As such, the City has resubmitted its 2025-2029
Consolidated Plan as originally submitted without changes and requests that HUD grant an
extension of the time to amend City of Fresno's Fiscal Year 2025 Consolidated Plan/Action
Plan until after the City's request for a temporary restraining order and/or preliminary injunction
has been heard.

Best regards,

**Karen Jenks | Housing & Neighborhood Revitalization Manager**
Community Development Division | Planning & Development
**2600 Fresno Street | Fresno CA 93721**
559.621.8507

**Karen.Jenks@Fresno.gov**



**Resources**: **Housing & Community Development**

***

**From:** CPD DAS for Field Operations <CPDDASforfieldoperations@hud.gov>
**Sent:** Monday, August 18, 2025 1:02 PM
**To:** Karen Jenks <Karen.Jenks@fresno.gov>; Philip Skei <Philip.Skei@fresno.gov>
**Cc:** SFCPDMail <SFCPDMail@hud.gov>; Johnson, Leticia M <Leticia.M.Johnson@hud.gov>; Blanco, Rebecca A <Rebecca.Blanco@hud.gov>; Clarke, Adriane J <Adriane.J.Clarke@hud.gov>
**Subject:** NOTIFICATION: Fresno, CA FY25 Consolidated Plan/Action Plan

**External Email:** Use caution with links and attachments

Dear Grantee,

This message serves as notification that the Department is questioning the accuracy of the City of Fresno's certification that the Community Development Block Grant (CDBG) funds described in its Fiscal Year 2025 Consolidated Plan/Action Plan (the Plan) will be administered in conformity with applicable laws, including Executive Orders. HUD is providing this opportunity for your jurisdiction to comment (i.e., provide specific evidence demonstrating compliance with the certification) by responding to this notification. The grantee's demonstration of the accuracy of its certification should include taking the actions described below no later than **12:00 pm EDT Thursday, August 21, 2025**. Failure to address HUD's concerns regarding the certification may result in HUD determining that the certification is inaccurate or unsatisfactory, which will result in disapproval of the Plan.

During HUD's review of the Fiscal Year 2025 Consolidated Plan/Action Plan submitted by your jurisdiction, the Department identified language in the Plan that is not consistent with Executive Order 14148 *Additional Rescissions of Harmful Executive Orders and Actions,* Executive Order 14151 *Ending Radical and Wasteful Government DEI Programs and Preferencing,* Executive Order 14173 *Ending Illegal Discrimination and Restoring Merit-Based Opportunity*, and Executive Order 14168 *Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*. Specifically, the jurisdiction's Plan states the following:

- "The DRIVE Plan has goals to improve housing affordability and stability, reduce **racial** and economic isolation and support **environmental justice** and sustainability, most of which are addressed in the strategic plan." (page 15, emphasis added)
- "Emergency shelter for **all genders and their dependent children** who are fleeing domestic violence." (page 94, emphasis added)

This language includes provisions that appear to be inconsistent with the implementation of federal programs pursuant to the referenced executive orders. To address this issue, your jurisdiction should provide assurance to the Department by taking the following actions

1. Remove or replace *all* "equity" references *throughout the document* and replace with "activities and actions that do not violate any applicable Federal anti-discrimination

laws, including Title VI of the Civil Rights Act of 1964" ;

2. Remove or replace *all* "environmental justice" references *throughout the document* and replace with "activities and actions that do not violate any applicable Federal anti-discrimination laws, including Title VI of the Civil Rights Act of 1964" ;

3. Removing *all* "transgender" references *throughout the document*; and

4. Provide the following assurance statements within the Plan:

   ○ "The City of Fresno agrees that its compliance in all respects with all applicable Federal anti-discrimination laws is material to the U.S. Government's payment decisions for purposes of section 3729(b)(4) of title 31, United States Code."

   ○ "The City of Fresno will not operate any programs that violate any applicable Federal anti-discrimination laws, including Title VI of the Civil Rights Act of 1964."

   ○ "The City of Fresno shall not use grant funds to promote "gender ideology," as defined in Executive Order (E.O.) 14168, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government."

The grantee should re-submit the action plan to HUD by the deadline noted above. Please work to revise and resubmit your Plan in HUD's Integrated Disbursement and Information System (IDIS) *and reply to this message indicating that you have re-submitted the plan in IDIS*. You are welcome to provide in your email response the section or page that contains the assurance statements. If HUD disapproves the Plan, the grantee must resubmit its Plan within 45 days after first notification of Plan disapproval (see 24 CFR 91.500(d)).

If you should have any questions, please reach out to the Office of Community Planning and Development Office of Field Operations at cpddasforfieldoperations@hud.gov .



EXHIBIT D

| | |
|---|---|
| **From:** | CPD DAS for Field Operations |
| **To:** | CPD DAS for Field Operations; Karen Jenks; Philip Skei |
| **Cc:** | SFCPDMail; Johnson, Leticia M; Blanco, Rebecca A; Clarke, Adriane J; Anderson, Christian D |
| **Subject:** | NOTIFICATION: US District Court Order for Fresno, CA FY25 Consolidated Plan/Action Plan |
| **Date:** | Thursday, September 4, 2025 12:07:18 PM |

**External Email:** Use caution with links and attachments

Dear Grantee,

The U.S. District Court for the Northern District of California recently issued a Temporary Restraining Order which impacts your FY 2025 Consolidated/Annual Action Plan for CPD formula funding.

HUD provided you with a plan disapproval notice on August 22, 2025. The disapproval notice is enjoined by Court's Temporary Restraining Order. HUD will comply with the Court's Temporary Restraining Order and, thereby, HUD will no longer pursue any further action on that disapproval at this time.

Please be advised that should the Temporary Restraining Order in this matter be stayed, dissolved, or reversed, in whole or in part, HUD reserves all legal rights and defenses, including for the challenged conditions and any prior disapproval(s).

If you have any questions, feel free to contact CPDDASforFieldOperations@hud.gov.

**From:** CPD DAS for Field Operations
**Sent:** Friday, August 22, 2025 1:56 PM
**To:** Karen Jenks ; Philip Skei
**Cc:** SFCPDMail ; Johnson, Leticia M ; Blanco, Rebecca A ; Clarke, Adriane J ; Anderson, Christian D ; CPD DAS for Field Operations
**Subject:** NOTIFICATION: Fresno, CA FY25 Consolidated Plan/Action Plan Disapproval

Dear Grantee,

This letter serves as formal notice that the U.S. Department of Housing and Urban Development (HUD) is disapproving the city of Fresno California's Consolidated Plan/Action Plan (the Plan) submission in the Integrated Disbursement and Information System (IDIS) for Program Year 2025 pursuant to 24 C.F.R. § 91.500(b).

As noted in Notice CPD-25-02, *Guidance on Submitting Consolidated Plans and Annual Action Plans for Fiscal Year (FY) 2025*, and in accordance with 24 C.F.R. § 91.500(b), HUD may disapprove a plan or a portion of a plan if it is:

1. Inconsistent with the purpose of the Cranston-Gonzalez National Affordable Housing Act (42 U.S.C. § 12703);

2. It is substantially incomplete; or,

3. In the case of a Community Development Block Grant (CDBG) certification under 24 C.F.R. § 91.225(a) and (b) or § 91.235(a) and (b), if it is not satisfactory to the Secretary in accordance with 24 C.F.R. § 570.304, § 570.429(g), or § 570.485(c).

HUD is disapproving on the basis that the Plan, as submitted, is substantially incomplete. HUD has determined that the CDBG certifications are not satisfactory under the stated regulations. Thus, the CDBG portion of the Plan is disapproved. Consistent with 24 C.F.R. § 91.500(c), disapproval of a plan with respect to one program does not affect assistance distributed based on a formula under other programs.

Pursuant to 24 C.F.R. § 91.500(c), within 15 days of the date of this notice, HUD will notify the city of Fresno of the reasons for disapproval and the actions that the jurisdictions could take for HUD to find the certifications satisfactory. As provided in 24 C.F.R. § 91.500(d), the grantee may resubmit its Plan within 45 days after first notification of the Plan disapproval.

If you should have any questions, please reach out to the Office of Community Planning and Development Office of Field Operations at CPDDASforFieldOperations@hud.gov.

**From:** Karen Jenks <Karen.Jenks@fresno.gov>
**Sent:** Thursday, August 21, 2025 11:37 AM
**To:** CPD DAS for Field Operations <CPDDASforfieldoperations@hud.gov>; Philip Skei <Philip.Skei@fresno.gov>
**Cc:** SFCPDMail <SFCPDMail@hud.gov>; Johnson, Leticia M <Leticia.M.Johnson@hud.gov>; Blanco, Rebecca A <Rebecca.Blanco@hud.gov>; Clarke, Adriane J <Adriane.J.Clarke@hud.gov>; Anderson, Christian D <Christian.D.Anderson@hud.gov>
**Subject:** RE: NOTIFICATION: Fresno, CA FY25 Consolidated Plan/Action Plan

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. If you have concerns about the content of the email, please send it to phishing@hud.gov or click the Report Phishing Button on the Outlook ribbon or Phishing option within OWA.

Good morning,

The City of Fresno ("Fresno" or the "City") is constrained for time as HUD has only provided 68 hours to respond to HUD's notice received on August 18, 2025 at 1:02 p.m. PST, to address HUD's concerns regarding Fresno's certification that the Community Development Block Grant (CDBG) funds described in its Fiscal Year 2025 Consolidated Plan/Action Plan will be administered in conformity with applicable laws, including Executive Orders. The notice states that Fresno has until Thursday, August 21, 2025, 12 p.m. EDT to demonstrate the accuracy of its certification and take the actions described in the notice. Given the legal complexity of the significant changes requested, it is not possible to respond adequately at this time.

In addition, Fresno is unclear whether HUD's notice is intended as a "written notice of disapproval" per 24 CFR 91.500(c), or whether a "written notice of disapproval" is forthcoming after HUD reviews Fresno's response due Thursday, August 21, 2025 (should it disapprove of Fresno's response). 24 CFR 91.500(d) allows Fresno 45 days to revise or resubmit a plan within 45 days after a "written notice of disapproval."

The City of Fresno strongly supports HUD's efforts to ensure that all relevant anti-discrimination laws are applied to funds received under this grant and hereby commits to compliance with all such laws directly applicable to the City, as such laws have been interpreted by binding court precedent, including any applicable decisions relating to the enforceability of executive orders. As HUD is aware, conditions related to President Trump's executive orders directing federal agencies to impose new conditions on grant funding and

terminate funding for noncompliance have been enjoined in a number of cases throughout the nation. *See e.g. Chicago Women in Trades v. Trump*, No. 25 C 2005, 2025 WL 1114466 (N.D. Ill. Apr. 14, 2025); *City & Cnty. of San Francisco v. Trump*, No. 25-CV-01350-WHO, 2025 WL 1186310 (N.D. Cal. Apr. 24, 2025), opinion clarified, No. 25-CV-01350-WHO, 2025 WL 1358492 (N.D. Cal. May 9, 2025); *S. Educ. Found. v. United States Dep't of Educ.*, No. CV 25-1079 (PLF), 2025 WL 1453047 (D.D.C. May 21, 2025); *Martin Luther King, Jr. Cnty. v. Turner*, No. 2:25-CV-814, 2025 WL 1582368 (W.D. Wash. June 3, 2025); *San Francisco A.I.D.S. Found. v. Trump*, No. 25-CV-01824-JST, 2025 WL 1621636 (N.D. Cal. June 9, 2025).

Fresno has recently filed an action seeking to enjoin the application of grant conditions imposed relating to executive orders to the extent such conditions are impermissible or contrary to existing law. *City of Fresno, et al v. Scott Turner, in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.* (No. 25-CV-07070 (N.D. Cal. August 20, 2025). The City has requested a temporary restraining order and preliminary injunction in that litigation. As such, the City has resubmitted its 2025-2029 Consolidated Plan as originally submitted without changes and requests that HUD grant an extension of the time to amend City of Fresno's Fiscal Year 2025 Consolidated Plan/Action Plan until after the City's request for a temporary restraining order and/or preliminary injunction has been heard.

Best regards,

**Karen Jenks | Housing & Neighborhood Revitalization Manager**
Community Development Division | Planning & Development
**2600 Fresno Street | Fresno CA 93721**
559.621.8507
**Karen.Jenks@Fresno.gov**



**Resources**: **Housing & Community Development**

**From:** CPD DAS for Field Operations <CPDDASforfieldoperations@hud.gov>
**Sent:** Monday, August 18, 2025 1:02 PM
**To:** Karen Jenks <Karen.Jenks@fresno.gov>; Philip Skei <Philip.Skei@fresno.gov>
**Cc:** SFCPDMail <SFCPDMail@hud.gov>; Johnson, Leticia M <Leticia.M.Johnson@hud.gov>; Blanco, Rebecca A <Rebecca.Blanco@hud.gov>; Clarke, Adriane J <Adriane.J.Clarke@hud.gov>
**Subject:** NOTIFICATION: Fresno, CA FY25 Consolidated Plan/Action Plan

**External Email:** Use caution with links and attachments

Dear Grantee,

This message serves as notification that the Department is questioning the accuracy of the City of Fresno's certification that the Community Development Block Grant (CDBG) funds described in its Fiscal Year 2025 Consolidated Plan/Action Plan (the Plan) will be administered in conformity with applicable laws, including Executive Orders. HUD is providing this

opportunity for your jurisdiction to comment (i.e., provide specific evidence demonstrating compliance with the certification) by responding to this notification. The grantee's demonstration of the accuracy of its certification should include taking the actions described below no later than **12:00 pm EDT Thursday, August 21, 2025**. Failure to address HUD's concerns regarding the certification may result in HUD determining that the certification is inaccurate or unsatisfactory, which will result in disapproval of the Plan.

During HUD's review of the Fiscal Year 2025 Consolidated Plan/Action Plan submitted by your jurisdiction, the Department identified language in the Plan that is not consistent with Executive Order 14148 *Additional Rescissions of Harmful Executive Orders and Actions,* Executive Order 14151 *Ending Radical and Wasteful Government DEI Programs and Preferencing,* Executive Order 14173 *Ending Illegal Discrimination and Restoring Merit-Based Opportunity*, and Executive Order 14168 *Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*. Specifically, the jurisdiction's Plan states the following:

- "The DRIVE Plan has goals to improve housing affordability and stability, reduce **racial** and economic isolation and support **environmental justice** and sustainability, most of which are addressed in the strategic plan." (page 15, emphasis added)
- "Emergency shelter for **all genders and their dependent children** who are fleeing domestic violence." (page 94, emphasis added)

This language includes provisions that appear to be inconsistent with the implementation of federal programs pursuant to the referenced executive orders. To address this issue, your jurisdiction should provide assurance to the Department by taking the following actions

1. Remove or replace *all* "equity" references *throughout the document* and replace with "activities and actions that do not violate any applicable Federal anti-discrimination laws, including Title VI of the Civil Rights Act of 1964" ;

2. Remove or replace *all* "environmental justice" references *throughout the document* and replace with "activities and actions that do not violate any applicable Federal anti-discrimination laws, including Title VI of the Civil Rights Act of 1964" ;

3. Removing *all* "transgender" references *throughout the document*; and

4. Provide the following assurance statements within the Plan:

   ○ "The City of Fresno agrees that its compliance in all respects with all applicable Federal anti-discrimination laws is material to the U.S. Government's payment decisions for purposes of section 3729(b)(4) of title 31, United States Code."

   ○ "The City of Fresno will not operate any programs that violate any applicable Federal anti-discrimination laws, including Title VI of the Civil Rights Act of 1964."

   ○ "The City of Fresno shall not use grant funds to promote "gender ideology," as defined in Executive Order (E.O.) 14168, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government."

The grantee should re-submit the action plan to HUD by the deadline noted above. Please work to revise and resubmit your Plan in HUD's Integrated Disbursement and Information System (IDIS) *and reply to this message indicating that you have re-submitted the plan in IDIS*. You are welcome to provide in your email response the section or page that contains the assurance statements. If HUD disapproves the Plan, the grantee must resubmit its Plan within

45 days after first notification of Plan disapproval (see 24 CFR 91.500(d)).

If you should have any questions, please reach out to the Office of Community Planning and Development Office of Field Operations at cpddasforfieldoperations@hud.gov .