1  ANDREW JANZ (SBN 287672)
   Fresno City Attorney
2  andrew.janz@fresno.gov
   CITY OF FRESNO
3  2600 Fresno Street
   Fresno, CA 93721
4  Telephone: (559) 621-7500
   Facsimile: (559) 457-1084
5  *Attorney for Plaintiff*
   CITY OF FRESNO
6

   JONATHAN V. HOLTZMAN (SBN 99795)
   jholtzman@publiclawgroup.com
   JAMES R. ROSS (SBN 149199)
   jross@publiclawgroup.com
   RYAN P. McGINLEY-STEMPEL (SBN 296182)
   rmcginleystempel@publiclawgroup.com
   JAKE D. FREITAS (SBN 341837)
   jfreitas@publiclawgroup.com
   MARIBEL LOPEZ (SBN 340907)
   mlopez@publiclawgroup.com
   RENNE PUBLIC LAW GROUP
7  350 Sansome Street, Suite 300
   San Francisco, California 94104
8  Telephone: (415) 848-7200
   Facsimile: (415) 848-7230
9  *Attorneys for Plaintiffs*
   CITY OF FRESNO; CITY OF EUREKA; CITY OF SOUTH
10 LAKE TAHOE; COUNTY OF SACRAMENTO; COUNTY OF
   MONROE; MONROE COUNTY AIRPORT AUTHORITY;
11 COUNTY OF SAN DIEGO, COUNTY OF MARIN, CITY OF
   ALAMEDA, CITY OF REDWOOD CITY

12 YIBIN SHEN (SBN 233545)
   Alameda City Attorney
13 yshen@alamedaca.gov
   CARA SILVER (SBN 136992)
14 Special Counsel
   csilver@alamedaca.gov
15 DANIEL J. TURNER (SBN 336499)
   Deputy City Attorney
16 dturner@alamedaca.gov
   2263 Santa Clara Avenue, Rm 280
17 Alameda, CA 94501
   Telephone: (510) 747-4750
18 *Attorneys for Plaintiff*
   CITY OF ALAMEDA
19

   MELISSA C. ALLISON (MA Bar No. 657470)*
   mallison@andersonkreiger.com
   CHRISTINA S. MARSHALL (MA Bar No. 688348)*
   cmarshall@andersonkreiger.com
   ANDERSON & KREIGER LLP
   50 Milk Street, Floor 21
   Boston, MA 02109
   Telephone: (617) 621-6500
   *Attorneys for Plaintiffs*
   COUNTY OF MONROE
   MONROE COUNTY AIRPORT AUTHORITY
   * *Appearing pro hac vice*

20 BRIAN E. WASHINGTON (SBN 146807)
   Marin County Counsel
21 KATE K. STANFORD (SBN 302825)
   Deputy County Counsel
22 kate.stanford@marincounty.gov
   EDWARD F. SEARS (SBN 297775)
23 Deputy County Counsel
   ned.sears@marincounty.gov
24 OFFICE OF THE COUNTY COUNSEL
   COUNTY OF MARIN
25 3501 Civic Center Drive, Room 275
   San Rafael, CA 94903
26 Telephone: (415) 473-6117
   Facsimile: (415) 473-3796
27 *Attorneys for Plaintiff*
   COUNTY OF MARIN

   LYNDSEY OLSON (MN Lic. #0332288)*
   Saint Paul City Attorney
   Lyndsey.olson@ci.stpaul.mn.us
   KELSEY MCELVEEN (MN Lic. #0396744)*
   Assistant City Attorney
   Kelsey.McElveen@ci.stpaul.mn.us
   SAINT PAUL CITY ATTORNEY'S OFFICE
   400 City Hall and Courthouse
   15 Kellogg Boulevard West
   Saint Paul, Minnesota 55102
   Telephone: (651) 266-8710
   Facsimile: (651) 298-5619
   *Attorneys for Plaintiff*
   CITY OF SAINT PAUL
   * *Appearing pro hac vice*

28

RENNE PUBLIC LAW GROUP
Attorneys at Law

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO; CITY OF EUREKA; CITY OF SOUTH LAKE TAHOE; CITY OF SAINT PAUL; COUNTY OF SACRAMENTO; COUNTY OF MONROE; MONROE COUNTY AIRPORT AUTHORITY; COUNTY OF SAN DIEGO, COUNTY OF MARIN; CITY OF ALAMEDA; CITY OF REDWOOD CITY, | Case No.: 3:25-cv-07070-RS |
| Plaintiffs, | **DECLARATION OF JESSE PARAN IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |
| v. | Complaint Filed: August 20, 2025<br>FAC Filed: September 8, 2025 |
| SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development; the U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SEAN DUFFY in his official capacity as Secretary of the U.S. Department of Transportation; the U.S. DEPARTMENT OF TRANSPORTATION; MARCUS J. MOLINARO in his official capacity as the Administrator of the Federal Transit Administration ; the FEDERAL TRANSIT ADMINISTRATION; GLORIA M. SHEPHERD in her official capacity as the Executive Director of the Federal Highway Administration; the FEDERAL HIGHWAY ADMINISTRATION; BRYAN BEDFORD in his official capacity as the Administration of the Federal Aviation Administration; the FEDERAL AVIATION ADMINISTRATION; ROBERT F. KENNEDY, JR. in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; LEE ZELDIN in his official capacity as Administrator of the Environmental Protection Agency; and the U.S. ENVIRONMENTAL PROTECTION AGENCY, | Hon. Richard Seeborg<br><br>Hearing Date:    September 23, 2025<br>Hearing Time:  1:30 p.m.<br>Location:         Zoom Videoconference |
| Defendants. | |

RENNE PUBLIC LAW GROUP
Attorneys at Law

I, Jesse Paran, declare and state the following:

1. I am over 18 years of age. I have personal knowledge of the facts set forth in this declaration and am otherwise competent to testify to the matters contained herein.

2. I serve as Health and Human Services Chief Assistant Director and Chief Operating Officer for Marin County (the "County"). I joined Marin HHS as a Division Director in October 2017, and I have since led many successful organizational changes including CalFresh Older Adult Expansion, migration to the statewide welfare system, CalSAWS and transition to a hybrid workforce during the COVID pandemic.

3. The County receives over $2.8 million annually in Substance Abuse and Mental Health Services Administration (SAMHSA), including an annual Substance Use Block Grant of $1,870,660 and an annual Mental Health Block Grant of $781,284.

4. In addition, the County receives funding from a discretionary Adult Drug Court grant, which was awarded in 2023 for $1.8 million over a five-year term. On an annual basis, the County is allocated $377,591 of the Adult Drug Court grant. The County is required to submit a continuation application each year to continue the flow of funds. Attached is a true and correct copy of the Notice of Award for the Adult Drug Court grant as Exhibit A.

5. On September 11, 2025, the County received an email from SAMHSA alerting the County that SAMHSA identified "costs and activities related to diversity, equity, and inclusion (DEI)" in the County's Adult Drug Court grant continuation application submitted this year.

6. The email requested that "[t]o ensure compliance with current federal policy, [the County] submit a revised [program narrative and/or a revised detailed budget and narrative justification] . . . to [the County's] email response by September 10, 2025, removing all DEI-related costs and activities." In addition, SAMHSA stated "[f]ailure to do so could delay the issuance of [the County's] award."

7. Furthermore, SAMHSA requested that Marin "affirm acceptance of the DEI Certification Statement below by September 8, 2025." The DEI Certification Statement read:

> Recipient acknowledges that SAMHSA funding recipients must not spend SAMHSA funds on Diversity, Equity and Inclusion (DEI) activities. Recipient certifies that funds will not be spent on DEI activities and acknowledges that doing so will lead to enforcement actions, up to and including termination of the award.

RENNE PUBLIC LAW GROUP
Attorneys at Law

RENNE PUBLIC LAW GROUP
Attorneys at Law

Attached is the true and correct copy of SAMHSA's September 11 email as Exhibit B.

8.      The County noticed the discrepancy in the dates as it received the email from SAMHSA on September 11 and the deadlines of September 8 and 10 had already passed. SAMHSA representatives stated that they were under the impression that they sent the email on Monday, September 8, but this was not so.

9.      Later that same day, the County had a verbal conversation with a SAMHSA representative in which the representative stated that the County was not required to revise its continuation application and was only required to respond to the email attesting to the DEI language. The SAMHSA representative reiterated multiple times that failure to respond could result in the addition of a special condition to the County's Notice of Action for year three requiring compliance with attestation language (the condition would prevent the draw down funds until resolved) or outright termination of the Adult Drug Court grant.

10.     On the night of September 11, the County, through counsel, reached out to HHS's counsel in the above-mentioned matter and requested an extension to September 17.

11.     On September 12, HHS's counsel confirmed that SAMHSA would extend the County's deadline to Wednesday, September 17. The SAMHSA representative and SAMHSA division chief requested to meet with the County about the certification issues on Monday, September 15.

12.     On September 15, the County joined a call with the SAMHSA representative and SAMHSA division chief to discuss the meaning of the term "DEI activities" and the County's request for examples of the term. SAMHSA directed the County to the Executive Orders themselves for guidance on compliance. In addition, SAMHSA stated that the change in policy was meant to ensure that the County is allowing anyone to access care and not targeting services to specific populations. Furthermore, SAMHSA stated the change in policy was also intended to ensure alignment with the Trump Administration's recognition of only two genders. SAMHSA warned that failure to submit the attestation would result in the County likely losing funding, whereas if the County submitted the attestation, the County could decline the grant if it decided not to align with the Trump Administration's Executive Orders and the DEI attestation language. The County was given until September 17 to decide how to proceed.

-4-

13.   Following the call, SAMHSA sent "resources" to the County pertaining to the Executive Orders. The resources included a link to an Executive Summary of SAMHSA Strategic Priorities, a link to Executive Order Ending Radical and Wasteful Government DEI Programs and Preferencing, a link to Executive Order Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government, and a link to Executive Order Ending Crime and Disorder on America's Streets. Attached is a true and correct copy of SAMHSA's Resources email as Exhibit C.

14.   On September 16, the County through counsel made a request to HHS's counsel to extend the September 17 deadline until October 1, 2025. HHS agreed to extend the deadline to September 25.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed in the County of Marin, California, on September 18, 2025.

Signed by:

*Jessica Jugala Paran*

32DBEB767E3448D...

Jesse Paran
Health and Human Services Chief Assistant Director
Chief Operating Officer
Marin County

RENNE PUBLIC LAW GROUP
Attorneys at Law

-5-



EXHIBIT A

**Department of Health and Human Services**
Substance Abuse and Mental Health Services Administration
Center for Substance Abuse Treatment

**Notice of Award**
FAIN# H79TI085862
**Federal Award Date**
09/08/2023

## Recipient Information

**1. Recipient Name**
COUNTY OF MARIN
3501 CIVIC CENTER DR STE 225
SAN RAFAEL, CA 94903

**2. Congressional District of Recipient**
02

**3. Payment System Identifier (ID)**
1946000519A6

**4. Employer Identification Number (EIN)**
946000519

**5. Data Universal Numbering System (DUNS)**
078787744

**6. Recipient's Unique Entity Identifier**
LQ3ZFWP1TLR8

**7. Project Director or Principal Investigator**
Jordan Hall

jhall@marincounty.org
707-239-6426

**8. Authorized Official**
Ms. Jordan Hall
jhall@marincounty.org
707-239-6426

## Federal Agency Information

**9. Awarding Agency Contact Information**
Aina Halili
Grants Specialist
aina.halili@samhsa.hhs.gov
240-276-2820

**10. Program Official Contact Information**
Lloyd Roberts
Program Official
Lloyd.Roberts@samhsa.hhs.gov
240-276-0435

## Federal Award Information

**11. Award Number**
1H79TI085862-01

**12. Unique Federal Award Identification Number (FAIN)**
H79TI085862

**13. Statutory Authority**
Section 509 (42 USC 290bb-2) of the PHS Act, as amended

**14. Federal Award Project Title**
Marin County Adult Drug Court Program

**15. Assistance Listing Number**
93.243

**16. Assistance Listing Program Title**
Substance Abuse and Mental Health Services_Projects of Regional and National Significance

**17. Award Action Type**
New Competing

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | |
|---|---:|
| **19. Budget Period Start Date** 09/30/2023 – End Date 09/29/2024 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $377,591 |
| 20a. Direct Cost Amount | $361,950 |
| 20b. Indirect Cost Amount | $15,641 |
| 21. Authorized Carryover | |
| 22. Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $377,591 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $377,591 |
| --------------------------------------------------------------- | |
| **26. Project Period Start Date** 09/30/2023 – End Date 09/29/2028 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $377,591 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
LeSchell D Browne

**30. Remarks**

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.



| | Notice of Award | |
| --- | --- | --- |

SAMHSA Treatment Drug Courts                                    **Issue Date:**   09/08/2023
Department of Health and Human Services
Substance Abuse and Mental Health Services Administration

Center for Substance Abuse Treatment

---

**Award Number:**  1H79TI085862-01
**FAIN:**          H79TI085862
**Program Director:** Jordan  Hall

**Project Title:** Marin County Adult Drug Court Program

**Organization Name:** COUNTY OF MARIN

**Authorized Official:** Ms. Jordan Hall

**Authorized Official e-mail address:** jhall@marincounty.org

**Budget Period:**  09/30/2023 – 09/29/2024
**Project Period:**  09/30/2023 – 09/29/2028

Dear Grantee:

The Substance Abuse and Mental Health Services Administration hereby awards a grant in the amount of $377,591 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to COUNTY OF MARIN in support of the above referenced project. This award is pursuant to the authority of Section 509 (42 USC 290bb-2) of the PHS Act, as amended and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Award recipients may access the SAMHSA website at www.samhsa.gov (click on "Grants" then SAMHSA Grants Management), which provides information relating to the Division of Payment Management System, HHS Division of Cost Allocation and Postaward Administration Requirements. Please use your grant number for reference.

Acceptance of this award including the "Terms and Conditions" is acknowledged by the grantee when funds are drawn down or otherwise obtained from the grant payment system.

If you have any questions about this award, please contact your Grants Management Specialist and your Government Project Officer listed in your terms and conditions.


Sincerely yours,
LeSchell  D Browne
Grants Management Officer
Division of Grants Management

See additional information below

**SECTION I – AWARD DATA – 1H79TI085862-01**

<u>Award Calculation (U.S. Dollars)</u>

| | |
|---|---|
| Personnel(non-research) | $23,712 |
| Fringe Benefits | $14,464 |
| Travel | $6,729 |
| Supplies | $6,500 |
| Contractual | $296,340 |
| Other | $14,205 |
| | |
| Direct Cost | $361,950 |
| Indirect Cost | $15,641 |
| Approved Budget | $377,591 |
| Federal Share | $377,591 |
| Cumulative Prior Awards for this Budget Period | $0 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $377,591 |

| SUMMARY TOTALS FOR ALL YEARS ||
|---|---|
| YR | AMOUNT |
| 1 | $377,591 |
| 2 | $377,591 |
| 3 | $377,591 |
| 4 | $377,591 |
| 5 | $377,591 |

Note: Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project.

<u>Fiscal Information:</u>

| | |
|---|---|
| CFDA Number: | 93.243 |
| EIN: | 1946000519A6 |
| Document Number: | 23TI85862A |
| Fiscal Year: | 2023 |

| IC | CAN | Amount |
|---|---|---|
| TI | C96N306 | $377,591 |

| IC | CAN | 2023 | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|---|
| TI | C96N306 | $377,591 | $377,591 | $377,591 | $377,591 | $377,591 |

<u>TI Administrative Data:</u>
**PCC:** DC-AD23 / **OC:** 4145

**SECTION II – PAYMENT/HOTLINE INFORMATION – 1H79TI085862-01**

Payments under this award will be made available through the HHS Payment Management System (PMS). PMS is a centralized grants payment and cash management system, operated by the HHS Program Support Center (PSC), Division of Payment Management (DPM). Inquiries regarding payment should be directed to: The Division of Payment Management System, PO Box 6021, Rockville, MD 20852, Help Desk Support – Telephone Number: 1-877-614-5533.

The HHS Inspector General maintains a toll-free hotline for receiving information concerning fraud, waste,

or abuse under grants and cooperative agreements. The telephone number is: 1-800-HHS-TIPS (1-800-447-8477). The mailing address is: Office of Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington, DC 20201.

## SECTION III – TERMS AND CONDITIONS – 1H79TI085862-01

This award is based on the application submitted to, and as approved by, SAMHSA on the above-title project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a. The grant program legislation and program regulation cited in this Notice of Award.
b. The restrictions on the expenditure of federal funds in appropriations acts to the extent those restrictions are pertinent to the award.
c. 45 CFR Part 75 as applicable.
d. The HHS Grants Policy Statement.
e. This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

**Treatment of Program Income:**

Use of program income – Additive: Recipients will add program income to funds committed to the project to further eligible project objectives. Sub-recipients that are for-profit commercial organizations under the same award must use the deductive alternative and reduce their subaward by the amount of program income earned.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period. The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75.

## SECTION IV – TI SPECIAL TERMS AND CONDITIONS – 1H79TI085862-01

## <u>REMARKS</u>

### New Award - AR Program

**1. This Notice of Award (NoA) is issued to inform your organization that the application submitted through the funding opportunity TI-23-006, Adult Reentry Program, has been selected for funding.**

  o This award reflects approval of the budget submitted ***/month/ /day/, /year/*** by your Organization.

The purpose of this program is to expand substance use disorder (SUD) treatment and related recovery and reentry services to sentenced adults in the criminal justice system with a SUD and/or co-occurring substance use and mental disorders, who are returning to their families and community following a period of incarceration in state and local facilities including prisons, jails, or detention centers.

AR Program awards are authorized under the Public Health Service Act, Title V, Section 509; 42 U.S.C 290bb-2.

**Policies and Regulations** – Accepting a grant award or cooperative agreement requires the recipient organization to comply with the terms and conditions of the NoA, as well as all applicable Federal Policies and Regulations. This award is governed by the Uniform Guidance 2 Code of Federal Regulations (CFR) § 200 as codified by HHS at 45 CFR § 75; Department of Health and Human Services (HHS) Grants Policy Statement; SAMHSA Additional Directives; and the Standard Terms and Conditions for the fiscal year in which the grant was awarded.

**Key Personnel** – are staff members who must be part of the project regardless of whether they receive a salary or compensation from the project. These staff members must make a substantial contribution to the execution of the project and should reflect SAMHSA's expectation of diversity, equity, and inclusion in the selection of staff.

The Key Personnel for this program is:

> **Project Director and a minimum Level of Effort (LOE) of 0.20 FTE. The Project Director is responsible for oversight of the entire project.**

**The Key Personnel identified in your application has not been approved by SAMHSA. Your assigned GPO will confirm approval via eRA Correspondence within 60 days of receipt of this NoA. If SAMHSA's review of the Key Personnel results in the proposed individual not being approved or deemed not qualified for the position, the organization will be required to submit a qualified candidate for the Key Personnel position. SAMHSA will not be liable for any related costs incurred on this grant award.**

**The identified PD for this program is listed in item #7 "Project Director or Principal Investigator" on the cover page of the NoA. If the individual identified on the NoA is incorrect, you must notify your assigned Government Project Officer (GPO) and Grants Management Specialist (GMS) via email immediately and plan to submit a post award amendment for a change in key personnel via eRA Commons.**

Key personnel or other grant-supported staff may not exceed 100% level of effort across all federal and non-federal funding sources.

Any changes to key staff, including level of effort involving separation from the project for more than three months or a 25 percent reduction in time dedicated to the project, requires prior approval, and must be submitted as a post-award amendment in eRA Commons. Refer to SAMHSA's website for more information on submitting a key personnel change. See SAMHSA PD Account Creation Instructions for a quick step-by step guide and SAMHSA Grantee PD Account Creation Slides for additional information on the eRA Commons registration process for the PD.

**Funding Limitations** – SAMHSA reserves the right to disallow costs under this grant award at any time during the award project period. Award recipients are responsible for ensuring that costs allocated to the grant award are reasonable and allowable in accordance with the Funding Opportunity Announcement and all applicable Policies & Regulations.
The Cost Principles that delineate the allowable and unallowable expenditures for HHS recipients are described in the Code of Federal Regulations . Funding Limitations and Restrictions are listed in the Notice Funding Opportunity Announcement. You may also reference the SAMHSA grantee guidelines on Financial Management Requirements.

**Unallowable Costs** – Recipients must exercise proper stewardship over Federal funds and ensure that costs charged to awards are allowable, allocable, reasonable, necessary, and consistently applied regardless of the source of funds according to the "Factors affecting allowability of costs" per 2 CFR § 200.403 and the "Reasonable costs" considerations per 2 CFR § 200.404. A cost is reasonable if, in its nature and amount, it does not exceed that which would be

incurred by a prudent person under the circumstances prevailing at the time the decision was made to incur the cost.

**Supplanting** – "Supplement Not Supplant" grant funds may be used to supplement existing activities. Grant funds may not be used to supplant current funding of existing activities. "Supplant" is defined as replacing funding of a recipient's existing program with funds from a federal grant.

**Award Payments** – Payments under this award will be made available through the HHS Payment Management System (PMS). PMS is a centralized grants payment and cash management system, operated by the HHS Program Support Center (PSC), Division of Payment Management (DPM). First time PMS users must obtain access to view available funds, request funds, or submit reports. Users will need to request permission and be approved by PSC. Inquiries regarding payments should be directed to PMS by emailing the helpdesk at PMSSupport@psc.hhs.gov or call 1-877-614-553. You should also visit the PSC website for more information about their services - https://pms.psc.gov/

**Special Terms & Conditions of Award** – There may be special terms and conditions associated with your grant award. Recipients must address all special terms and conditions by the reflected due date. See the **Special Terms of Award** and **Special Conditions of Award** sections below for the specific terms and conditions associated with your grant award. A recipient's failure to comply with the terms and conditions of award, may cause SAMHSA to take one or more actions, depending on the severity and duration of the non-compliance. SAMHSA will undertake any such action in accordance with applicable statutes, regulations, and policies.

**Responding to Award Terms & Conditions** – **All responses to award terms and conditions must be submitted as .pdf documents in eRA Commons.** For more information on how to respond to tracked terms and conditions or how to submit a post award amendment request please refer to https://www.samhsa.gov/grants/grants training-materials under the heading "Grant Management Reference Materials for Grantees."

**Prior Approval Requirements** – Prior approval is required for the following changes to your grant award: Changes in the status of the Project Director, or other key personnel named in the NoA; Changes in scope; Significant re-budgeting and Transfer of substantive programmatic work; Carryover of unobligated balances; Change of grantee organization; Deviation from award terms and conditions; No-cost extension and Transfer of substantive programmatic work. A full list of actions requiring prior approval can be found on page II-49 of the HHS Grants Policy Statement Exhibit 5 (Summary of Actions Requiring OPDIV Prior Approval). **All prior approval actions must be submitted as post award amendment requests in eRA Commons.**

**Post Award Amendments** – If information on the NoA needs to be changed, it will require approval from the federal agency before the grant recipient can implement the modification. Please refer to the SAMHSA website for specific SAMHSA guidance on how to submit a post-award amendment in eRA Commons: https://www.samhsa.gov/grants/grants-management/post-award-amendments

**Primary Contacts**

- o For technical support, contact eRA Service Desk at 866-504-9552 (Press 6 for SAMHSA Grantees).
- o For budget and grants management related questions, contact your assigned GMS.
- o For programmatic questions, contact your assigned GPO

**Contact information for the GMS and GPO are listed on the last page of this NoA.**

**Training & Resources** – Visit the following pages on our website for more information on implementation, monitoring and reporting on your new grant award:

- o Grants Management

- o Training & Resources for recipients
- o eRA Commons

**New Award - SAMHSA Treatment Drug Courts**
**This Notice of Award (NoA) is issued to inform your organization that the application submitted through the funding opportunity TI-23-007, Grants to Expand Substance Use Disorder Treatment Capacity in Adult and Family Treatment Drug Courts, has been selected for funding.**

The purpose of this program is to expand substance use disorder (SUD) treatment and recovery support services in existing drug courts. The program recognizes the need for treatment instead of incarceration for individuals with SUDs. These awards provide a continuum of care, including prevention, harm reduction, treatment, and recovery services, for individuals with SUD involved with the courts. Harm reduction services funded under this award must adhere to federal, state, and local laws, regulations, and other requirements related to such programs or services.

Award recipients will be expected to screen and assess clients for the presence of SUD and/or co-occurring substance use and mental disorders, screen for infectious diseases for which those with SUDs are at high risk and provide evidence-based and population appropriate harm reduction, treatment, and recovery support services. SAMHSA Treatment Drug Courts awards are authorized under Section 509 (42 U.S.C 290bb-2) of Public Health Service Act, as amended.

**Policies and Regulations** – Accepting a grant award or cooperative agreement requires the recipient organization to comply with the terms and conditions of the NoA, as well as all applicable Federal Policies and Regulations. This award is governed by the Uniform Guidance 2 Code of Federal Regulations (CFR) § 200 as codified by HHS at 45 CFR § 75; Department of Health and Human Services (HHS) Grants Policy Statement; SAMHSA Additional Directives; and the Standard Terms and Conditions for the fiscal year in which the grant was awarded.

**Key Personnel** – are staff members who must be part of the project regardless of whether they receive a salary or compensation from the project. These staff members must make a substantial contribution to the execution of the project and should reflect SAMHSA's expectation of diversity, equity, and inclusion in the selection of staff.

**The key personnel for this program will be:**

- o **Project Director with a minimum level of effort of 0.20 FTE.**

**The Key Personnel identified in your application has not been approved by SAMHSA. Your assigned GPO will confirm approval via eRA Correspondence within 60 days of receipt of this NoA. If SAMHSA's review of the Key Personnel results in the proposed**

**individual not being approved or deemed not qualified for the position, the organization will be required to submit a qualified candidate for the Key Personnel position. SAMHSA will not be liable for any related costs incurred on this grant award.**

**The identified PD for this program is listed in item #7 "Project Director or Principal Investigator" on the cover page of the NoA. If the individual identified on the NoA is incorrect, you must notify your assigned Government Project Officer (GPO) and Grants Management Specialist (GMS) via email immediately and plan to submit a post award amendment for a change in key personnel via eRA Commons.**

Key personnel or other grant-supported staff may not exceed 100% level of effort across all federal and non-federal funding sources.

Any changes to key staff, including level of effort involving separation from the project for more than three months or a 25 percent reduction in time dedicated to the project, requires prior approval, and must be submitted as a post-award amendment in eRA Commons. Refer to SAMHSA's website for more information on submitting a key personnel change. See SAMHSA PD Account Creation Instructions for a quick step-by step guide and SAMHSA Grantee PD Account Creation Slides for additional information on the eRA Commons registration process for the PD.

**Funding Limitations** – SAMHSA reserves the right to disallow costs under this grant award at any time during the award project period. Award recipients are responsible for ensuring that costs allocated to the grant award are reasonable and allowable in accordance with the Funding Opportunity Announcement and all applicable Policies & Regulations.

The Cost Principles that delineate the allowable and unallowable expenditures for HHS recipients are described in the Code of Federal Regulations . Funding Limitations and Restrictions are listed in the Notice Funding Opportunity Announcement. You may also reference the SAMHSA grantee guidelines on Financial Management Requirements.

**Unallowable Costs** – Recipients must exercise proper stewardship over Federal funds and ensure that costs charged to awards are allowable, allocable, reasonable, necessary, and consistently applied regardless of the source of funds according to the "Factors affecting allowability of costs" per 2 CFR § 200.403 and the "Reasonable costs" considerations per 2 CFR § 200.404. A cost is reasonable if, in its nature and amount, it does not exceed that which would be incurred by a prudent person under the circumstances prevailing at the time the decision was made to incur the cost.

**Supplanting** – "Supplement Not Supplant" grant funds may be used to supplement existing activities. Grant funds may not be used to supplant current funding of existing activities. "Supplant" is defined as replacing funding of a recipient's existing program with funds from a federal grant.

**Award Payments** – Payments under this award will be made available through the HHS Payment Management System (PMS). PMS is a centralized grants payment and cash management system, operated by the HHS Program Support Center (PSC), Division of Payment Management (DPM). First time PMS users must obtain access to view available funds, request funds, or submit reports. Users will need to request permission and be approved by PSC. Inquiries regarding payments should be directed to PMS by emailing the helpdesk at <ins>PMSSupport@psc.hhs.gov</ins> or call 1-877-614-553. You should also visit the PSC website for more information about their services - <ins>https://pms.psc.gov/</ins>

**Special Terms & Conditions of Award** – There may be special terms and conditions associated with your grant award. Recipients must address all special terms and conditions by the reflected due date. See the **Special Terms of Award** and **Special Conditions of Award** sections below for the specific terms and conditions associated with your grant award. A recipient's failure to comply with the terms and conditions of award, may cause SAMHSA to take one or more actions, depending on the severity and duration of the non-compliance. SAMHSA will undertake any such action in accordance with applicable statutes, regulations, and policies.

**Responding to Award Terms & Conditions** – **All responses to award terms and conditions must be submitted as .pdf documents in eRA Commons.** For more information on how to respond to tracked terms and conditions or how to submit a post award amendment request please refer to <ins>https://www.samhsa.gov/grants/grants</ins> training-materials under the heading "Grant Management Reference Materials for Grantees."

**Prior Approval Requirements** – Prior approval is required for the following changes to your grant award: Changes in the status of the Project Director, or other key personnel named in the NoA; Changes in scope; Significant re-budgeting and Transfer of substantive programmatic work; Carryover of unobligated balances; Change of grantee organization; Deviation from award terms and conditions; No-cost extension and Transfer of substantive programmatic work. A full list of actions requiring prior approval can be found on page II-49 of the HHS <ins>Grants Policy Statement</ins> Exhibit 5 (Summary of Actions Requiring OPDIV Prior Approval). **All prior approval actions must be submitted as post award amendment requests in eRA Commons.**

**Post Award Amendments** – If information on the NoA needs to be changed, it will require approval from the federal agency before the grant recipient can implement the modification. Please refer to the SAMHSA website for specific SAMHSA guidance on how to submit a post-award amendment in eRA Commons: <ins>https://www.samhsa.gov/grants/grants-management/post-award-amendments</ins>

**Primary Contacts**

- For technical support, contact <ins>eRA Service Desk</ins> at 866-504-9552 (Press 6 for SAMHSA Grantees).

- o For budget and grants management related questions, contact your assigned GMS.

- o For programmatic questions, contact your assigned GPO

**Contact information for the GMS and GPO are listed on the last page of this NoA.**

<u>**Training & Resources**</u> – Visit the following pages on our website for more information on implementation, monitoring and reporting on your new grant award:

- o [Grants Management](#)

- o [Training & Resources for recipients](#)

- o [eRA Commons](#)

### Adult Treatment Drug Court (PCC: DC-AD23)
Adult Drug Court Model Key Components and Standards may be found in Appendix M of the NOFO, page 87

### <u>SPECIAL TERMS</u>

### Funding Limitations/Restrictions
The funding restrictions for this project are below.

- o No more than **15 percent** of the total award for the budget period may be used for developing the program infrastructure necessary for expansion of services.
- o No more than **20 percent** of the total award for the budget period may be used for data collection, performance measurement, and performance assessment, including incentives for participating in the required data collection follow-up.

**Be sure to identify these expenses in your proposed budget.**

**SAMHSA recipients must also comply with SAMHSA's standard funding restrictions, which are included in Appendix I – Standard Funding Restrictions.**

### Disparity Impact Statement (DIS)
**By <u>November 30, 2023</u>, submit via eRA Commons a completed <u>Disparity Impact Statement</u>.**
SAMHSA's Behavioral Health Disparity Impact Statement (DIS) is a data-driven, quality improvement approach to advance behavioral health equity for all. The DIS is a grant requirement that helps grantees identify racial, ethnic, sexual, and gender minority groups at the highest risk of experiencing behavioral health disparities within their grant projects and implement a disparity reduction action plan with a quality improvement process to address and close the identified gap(s). The DIS should be consistent with the Population of Focus and Statement of Need identified in the grant application and include the components as described below. Please refer to the DIS worksheet, examples, and other resources on the SAMHSA website at: [https://www.samhsa.gov/grants/grants-management/disparity-impact-statement](https://www.samhsa.gov/grants/grants-management/disparity-impact-statement)

**The main components of the DIS are:**

o Identify and describe the behavioral health disparity within the population of focus of the grant project that experience disparate access, use, and outcomes.

o Provide a demographic table of the proposed number of individuals to be served, reached, or trained in the grant project that covers the entire grant period. Identify the data sources used to support the rationale for how the determination of the disparity was made.

o Identify the social determinants of health (SDOH) domains and the Culturally and Linguistically Appropriate Services in Health and Health Care (CLAS) Standards that the grantee organization will work to address and improve for the identified population(s) of focus.

o Develop a disparity reduction quality improvement action plan to address behavioral health disparities based on the available data on access, use, and outcomes.

In accordance with the reporting requirements outlined in the Notice of Funding Opportunity (NOFO), the grantee is required to provide an update on the project's progress towards addressing quality care of underserved populations related to the Disparity Impact Statement (DIS), barriers encountered, including challenges serving populations of focus, efforts to overcome these barriers; evaluation activities for tracking DIS efforts; and a revised quality improvement plan if the DIS does not meet the quality of care requirements as stated in the DIS.

**All responses to award terms and conditions must be submitted as .pdf documents in eRA Commons.** For more information on how to respond to tracked terms and conditions please refer to **https://www.samhsa.gov/grants/grants-training-materials** under heading **How to Respond to Terms and Conditions.**

**Project implementation**
Project implementation is expected to begin by the fourth month of the award.

## SPECIAL CONDITIONS

**Marginal or Unacceptable (Marginal Rating)**

By 1*0/30/2023*, submit via eRA Commons.

SPECIAL CONDITION OF AWARD FOR 1H79TI085862-01
Your organization received Marginal Ratings for Section C: Proposed Evidence-Based
Service/Practice.
Reviewers noted the following:
Marginal rating: Overall Assessment of Section C: Proposed Evidence-Based Service/Practice
The applicant organization merely indicates it is participating in a pilot, unrelated to this project, that
requires providers to use EBPs and the Adult Drug Court Standards. However, it does not identify the
EBPs that will be utilized for this project. It indicates that EBPs may be modified but does not identify

which EBPs.

By October 30, 2023, you must submit a response to the following to ensure that you meet acceptable
standards for these sections:
Marginal rating: Overall Assessment of Section C: Proposed Evidence-Based Service/Practice
Identify the Evidence-Based Practice(s) (EBPs), evidence-informed, and/or culturally promising practices
that will be used. Discuss how each intervention chosen is appropriate for your population(s) of focus and
the outcomes you want to achieve. Describe any modifications (e.g., cultural) that will be made to the
EBP(s) and the reason the modifications are necessary. If you are not proposing any modifications,
indicate so in your response.
Your response to each of the areas above needs to be uploaded via eRA Commons (more information can
be found at https://www.samhsa.gov/grants/grants-training-materials - specifically, 'Notice of Award:
How to Respond to Terms and Conditions Training').


**All responses to award terms and conditions must be submitted as .pdf documents in eRA Commons.**  For more information on how to respond to tracked terms and conditions please refer to **https://www.samhsa.gov/grants/grants-training-materials** under heading **How to Respond to Terms and Conditions.**


## STANDARD TERMS AND CONDITIONS

### Reporting Requirements

All SAMHSA recipients are required to collect and report certain data so that SAMHSA can meet its obligations under the Government Performance and Results (GPRA) Modernization Act of 2010. You must document your plan for data collection and reporting in your Project Narrative in response to Section E: Data Collection and Performance Measurement in Section V of this NOFO

Recipients are required to report performance on the following measures:

- o number of individuals served
- o diagnoses
- o abstinence from substance use
- o housing stability
- o employment/education status
- o social connectedness
- o health/behavioral/social consequences
- o access to treatment
- o treatment(s) provided
- o retention in treatment
- o criminal justice involvement

This information will be gathered using a uniform data collection tool provided by SAMHSA. Recipients are required to submit data via SAMHSA's Performance Accountability and Reporting System (SPARS); and access will be provided upon award. An example of the required data collection tool (i.e., National Outcome Measures (NOMs) or NOMS client level services tool) can be found here). Data will be collected via an interview using this tool at three data collection points at baseline (i.e., the client's entry into the project), discharge, and six months post baseline.

Recipients will be expected to do a GPRA interview on all clients for their specified unduplicated target number and are also expected to achieve a six-month follow-up rate of 80 percent. Data are to be submitted through the specific online data collection tool within seven days of data collection or as specified after award. GPRA training and technical assistance will be offered to recipients.

The collection of these data enables SAMHSA to report on key outcome measures relating to the program. In addition to these outcomes, performance measures collected by recipients will be used to demonstrate how SAMHSA's programs are reducing disparities in behavioral health access, retention, service use, and outcomes nationwide.

FTDC recipients will also be required to collect and report data on the children of parents and other family members participating in the FTDC, as well as family functioning outcomes such as:

- Number and type of services provided to children and additional family members.
- Number of children placed in out of home care.
- Re-entries to out of home care/foster care.
- Number of children reunited with parents after being removed from the home and placed in temporary placement.

This information will be included in the semi-annual progress report see Section VI.3.

Performance data will be reported to the public as part of SAMHSA's Congressional Budget Justification.


**Programmatic Progress Report**
The **SAMHSA Treatment Drug Courts** recipients are required to submit a six-month progress report due no later than 30 days after the end of the second quarter **(March 30, 2024)** and an annual report is due within 90 days of the end of the budget period. A final performance report must be submitted within 120 days after the end of the project period **(September 29, 2024)**.

**For this budget period Programmatic Progress Reports are due as follows:**

- **Six Month Report – Due April 30, 2024**
- **Annual Report – Due December 28, 2024**


The progress reports must discuss project progress, barriers encountered, efforts to overcome these barriers, evaluation activities for tracking DIS efforts and a revised quality improvement plan if DIS does not meet quality of care requirements. More information will be provided by your assigned Government Project Officer.

A final performance report must be submitted within 120 days after the end of the project period. The final performance report must be cumulative and report on all activities during the entire project period.

**The response to this term must be submitted as .pdf documents in eRA Commons. Please contact your Government Program Official (GPO) for program specific submission information.**

**Annual Federal Financial Report (FFR or SF-425)**

All financial reporting for recipients of Health and Human Services (HHS) grants and cooperative agreements has been consolidated through a single point of entry, which has been identified as the Payment Management System (PMS). The Federal Financial Report (FFR or SF-425) initiative ensures all financial data is reported consistently through one source; shares reconciled financial data to the HHS grants management systems; assists with the timely financial monitoring and grant closeout; and reduces expired award payments.

The FFR is required on an annual basis no later than 90 days after the end of each Budget Period. The FFR should reflect cumulative amounts. Additional guidance to complete the FFR can be found at http://www.samhsa.gov/grants/grants-management/reporting-requirements.

SAMHSA reserves the right to request more frequent submissions of FFRs. If so, the additional submission dates will be shown below.

Your organization is required to submit an FFR for this grant funding as follows:

> ▪ By **12/28/2024**, submit the Federal Financial Report (FFR)/(SF-425).

The grant recipient staff member(s) responsible for FFR preparation, certification and submission of the FFR must either submit a request for New User Access or Update User Access to the FFR Module as applicable. Refer to the PMS User Access website https://pms.psc.gov/grant-recipients/user-access.html for information on how to submit a New User Access, Update User Access or Deactivate User Access. You can also view PMS' Video on how to request new user access @ https://youtu.be/kdogaXfiuI0 and PDF resource with instructions on Requesting Access @ https://pms.psc.gov/forms/New-User-Request_Grantee.pdf

Instructions on **how to submit a FFR via PMS** are available at https://pmsapp.psc.gov/pms/app/help/ffr/ffr-grantee-instructions.html (The user must be logged in to PMS to access the link). Updates to the FFR instructions effective 4/1/2022 are also available @ https://pms.psc.gov/grant-recipients/ffr-updates.html

While recipients must submit the FFR in PMS, the FFR can also be accessed by connecting seamlessly from the eRA Commons to PMS by clicking the "Manage FFR" link on the "Search for Federal Financial Report (FFR)" page in eRA Commons, which will redirect to PMS. SAMHSA will not accept FFRs submitted by email or uploaded as an attachment into eRA. To access the "Manage FFR" link in eRA Commons, the individual must be registered in eRA Commons and assigned the Financial Status Reporter (FSR) role for their organization. The individual assigned the FSR role is responsible for reporting the statement of grant expenditures for their organization. Refer to the Managing User Accounts: Add or Remove Roles, Unaffiliate Account document for instructions on how to assign a the FSR role.

**If you have questions about how to set up a PMS account for your organization, please contact the PMS Help Desk at PMSSupport@psc.hhs.gov or 1-877-614-5533.**

**Note:** Recipients will use PMS to report all financial expenditures, as well as to drawdown funds; SAMHSA recipients will continue to use the eRA Commons for all other grant-related matters including submitting progress reports, requesting post-award amendments, and accessing grant documents such as the Notice of Award.

**Standard Terms for Awards**
Your organization must comply with the Standard Terms and Conditions for the Fiscal Year in which your grant was awarded. The Fiscal Year for your award is identified on your Notice of Award. SAMHSA's Terms and Conditions Webpage is located at:
https://www.samhsa.gov/grants/grants-management/notice-award-noa/standard-terms-conditions.

**Reasonable Costs for consideration**

Recipients must exercise proper stewardship over Federal funds and ensure that costs charged to awards are allowable, allocable, reasonable, necessary, and consistently applied regardless of the source of funds according to "Reasonable Costs" consideration per 2 CFR § 200.404 and the "Factors affecting allowability of costs" per 2 CFR § 200.403. A cost is reasonable if, in its nature and amount, it does not exceed that which would be incurred by a prudent person under the circumstances prevailing at the time the decision was made to incur the cost.

**Consistent Treatment of Costs**

Recipients must treat costs consistently across all federal and non-federal grants, projects and cost centers. Recipients may not direct-charge federal grants for costs typically considered indirect in nature, unless done consistently. If part of the indirect cost rate, then it may not also be charged as a direct cost. Examples of indirect costs include (administrative salaries, rent, accounting fees, utilities, office supplies, etc.). If typical indirect cost categories are included in the budget as direct costs, it is SAMHSA's understanding that your organization has developed a cost accounting system adequate to justify the direct charges and to avoid an unfair allocation of these costs to the federal government. Also, note that all awards are subject to later review in accordance with the requirements of 45 CFR 75.364, 45 CFR 75.371, 45 CFR 75.386 and 45 CFR Part 75, Subpart F, Audit Requirements.

**Compliance with Award Terms and Conditions**

FAILURE TO COMPLY WITH THE ABOVE STATED TERMS AND CONDITIONS MAY RESULT IN ACTIONS IN ACCORDANCE WITH 45 CFR 75.371, REMEDIES FOR NON-COMPLIANCE AND 45 CFR 75.372 TERMINATION. THIS MAY INCLUDE WITHHOLDING PAYMENT, DISALLOWANCE OF COSTS, SUSPENSION AND DEBARMENT, TERMINATION OF THIS AWARD, OR DENIAL OF FUTURE FUNDING.
All previous terms and conditions remain in effect until specifically approved and removed by the Grants Management Officer.

**Staff Contacts:**

Lloyd  Roberts, Program Official
**Phone**: 240-276-0435  **Email:** Lloyd.Roberts@samhsa.hhs.gov

Aina  Halili, Grants Specialist
**Phone:** 240-276-2820  **Email:** aina.halili@samhsa.hhs.gov



EXHIBIT B

**From:** Jordan Hall <Jordan.Hall@MarinCounty.gov>
**Sent:** Thursday, September 11, 2025 1:10 PM
**To:** Catherine Condon <Catherine.Condon@MarinCounty.gov>
**Subject:** FW: H79TI085862: TI085862---Continuation Application (DEI)


Hello,

Please see the below email from Lloyd, our Adult Drug Court SAMHSA Program Official. In addition to the below, I also had a verbal conversation with Lloyd and his Division Chief, Andrea, who stated that they are NOT requiring any revisions to Marin's continuation application and are only mandating a response to the email attesting to the DEI language.

They reiterated multiple times that failure to respond could result in a special condition being added to our Notice of Action for year three requiring compliance with the attestation language (will not be able to draw down funds until this is resolved) or outright termination of the SAMHSA grant.

Please advise on how best to proceed. As an FYI, they indicated that a response was required today, and they are on Eastern time.

Thank you,

Jordan

**Jordan Hall, MPA**
Pronouns: She/Her/Hers
BHRS Program Manager
County of Marin
Department of Health and Human Services
Behavioral Health and Recovery Services
10 North San Pedro Road, Suite 1022
San Rafael, CA 94903

415.473.7433 T
415.473.7008 F
CRS Dial 711
Jordan.Hall@MarinCounty.gov

 Please consider the environment before printing this e-mail.

**42 CFR part 2** prohibits unauthorized disclosure of these records.

**From:** Lloyd.Roberts@samhsa.hhs.gov <Lloyd.Roberts@samhsa.hhs.gov>
**Sent:** Thursday, September 11, 2025 12:39 PM
**To:** Jordan Hall <Jordan.Hall@MarinCounty.gov>
**Cc:** Lloyd.Roberts@samhsa.hhs.gov; Jordan Hall <Jordan.Hall@MarinCounty.gov>; eracorrespondence@od.nih.gov
**Subject:** H79TI085862: TI085862---Continuation Application (DEI)

Dear Project Director, During the review of your continuation application, costs and activities related to diversity, equity, and inclusion (DEI) were identified in the [program narrative and/or the detailed budget and narrative justification]. To ensure compliance with current federal policy, please submit a revised [program narrative and/or a revised detailed budget and narrative justification] as a PDF document attached to your email response by **September 10, 2025**, removing all DEI-related costs and activities.  Failure to do so could delay the issuance of your award.

Please reply to this email to acknowledge receipt and affirm acceptance of the DEI Certification Statement below by **September 8, 2025.**

**DEI Certification Statement**

Recipient acknowledges that SAMHSA funding recipients must not spend SAMHSA funds on Diversity, Equity and Inclusion (DEI) activities. Recipient certifies that funds will not be spent on DEI activities and acknowledges that doing so will lead to enforcement actions, up to and including termination of the award.

Please contact me if you have any questions.

Thank you,


Lloyd Roberts, M.S.W, COR II

Public Health Advisor

Division of Services Continuum Improvement, Special Population Branch
Center for Substance Abuse Treatment

Substance Abuse and Mental Health Services Administration (SAMHSA/CSAT)

5600 Fisher LN,

Rockville, Maryland 20857

Office: 240-276-0435

Fax: 240-276-2960

Email: Lloyd.Roberts@samhsa.hhs.gov

Office Hours (EST)

M:7:00-5:30/T :7:00-5:30/W:7:00-5:30/TH:7:00-5:30/F:AWS

[[Correspondence Token: 0d62fef0-5691-46bc-a651-b9ad7da7f9ca]] -- Do not delete or change this line. --
Please "Reply All" and do NOT delete eracorrespondence@nih.gov from the list of recipients or change the subject line.


Email Disclaimer: https://www.marincounty.gov/privacy-policy



EXHIBIT C

**From:**          Roberts, Lloyd (SAMHSA/CSAT) <Lloyd.Roberts@samhsa.hhs.gov>
**Sent:**          Monday, September 15, 2025 2:52 PM
**To:**            Jordan Hall
**Cc:**            Roberts, Lloyd (SAMHSA/CSAT)
**Subject:**       TI085862- Resources (Executive Orders)


Hi Jordan, please review the resources below pertaining the to the (Executive Orders) as discussed today.

- SAMHSA Strategic Priorities
- DEI EO
- Gender Ideology EO
- Harm Reduction EO

Let me know if you need anything else.
Lloyd Roberts, M.S.W, COR II
Public Health Advisor
Chief, Division of Services Continuum Improvement,Special Population Branch
Center for Substance Abuse Treatment
Substance Abuse and Mental Health Services Administration (SAMHSA/CSAT)
5600 Fisher LN,
Rockville, Maryland 20857
Office: 240-276-0435
Fax: 240-276-2960
Email: Lloyd.Roberts@samhsa.hhs.gov
Office Hours (EST)
M:7:00-5:30/T :7:00-5:30/W:7:00-5:30/TH:7:00-5:30/F:AWS