| | |
|---|---|
| ANDREW JANZ (SBN 287672)<br>Fresno City Attorney<br>andrew.janz@fresno.gov<br>CITY OF FRESNO<br>2600 Fresno Street<br>Fresno, CA 93721<br>Telephone: (559) 621-7500<br>Facsimile: (559) 457-1084<br>*Attorney for Plaintiff*<br>CITY OF FRESNO | JONATHAN V. HOLTZMAN (SBN 99795)<br>jholtzman@publiclawgroup.com<br>JAMES R. ROSS (SBN 149199)<br>jross@publiclawgroup.com<br>RYAN P. McGINLEY-STEMPEL (SBN 296182)<br>rmcginleystempel@publiclawgroup.com<br>JAKE D. FREITAS (SBN 341837)<br>jfreitas@publiclawgroup.com<br>MARIBEL LOPEZ (SBN 340907)<br>mlopez@publiclawgroup.com<br>RENNE PUBLIC LAW GROUP<br>350 Sansome Street, Suite 300<br>San Francisco, California 94104<br>Telephone: (415) 848-7200<br>Facsimile: (415) 848-7230<br>*Attorneys for Plaintiffs*<br>CITY OF FRESNO; CITY OF EUREKA; CITY OF SOUTH LAKE TAHOE; COUNTY OF SACRAMENTO; COUNTY OF MONROE; MONROE COUNTY AIRPORT AUTHORITY; COUNTY OF SAN DIEGO, COUNTY OF MARIN, CITY OF ALAMEDA, CITY OF REDWOOD CITY |
| YIBIN SHEN (SBN 233545)<br>Alameda City Attorney<br>yshen@alamedaca.gov<br>CARA SILVER (SBN 136992)<br>Special Counsel<br>csilver@alamedaca.gov<br>DANIEL J. TURNER (SBN 336499)<br>Deputy City Attorney<br>dturner@alamedaca.gov<br>2263 Santa Clara Avenue, Rm 280<br>Alameda, CA 94501<br>Telephone: (510) 747-4750<br>*Attorneys for Plaintiff*<br>CITY OF ALAMEDA | MELISSA C. ALLISON (MA Bar No. 657470)*<br>mallison@andersonkreiger.com<br>CHRISTINA S. MARSHALL (MA Bar No. 688348)*<br>cmarshall@andersonkreiger.com<br>ANDERSON & KREIGER LLP<br>50 Milk Street, Floor 21<br>Boston, MA 02109<br>Telephone: (617) 621-6500<br>*Attorneys for Plaintiffs*<br>COUNTY OF MONROE<br>MONROE COUNTY AIRPORT AUTHORITY<br>* *Appearing pro hac vice* |
| BRIAN E. WASHINGTON (SBN 146807)<br>Marin County Counsel<br>KATE K. STANFORD (SBN 302825)<br>Deputy County Counsel<br>kate.stanford@marincounty.gov<br>EDWARD F. SEARS (SBN 297775)<br>Deputy County Counsel<br>ned.sears@marincounty.gov<br>OFFICE OF THE COUNTY COUNSEL<br>COUNTY OF MARIN<br>3501 Civic Center Drive, Room 275<br>San Rafael, CA 94903<br>Telephone: (415) 473-6117<br>Facsimile: (415) 473-3796<br>*Attorneys for Plaintiff*<br>COUNTY OF MARIN | LYNDSEY OLSON (MN Lic. #0332288)*<br>Saint Paul City Attorney<br>Lyndsey.olsen@ci.stpaul.mn.us<br>KELSEY MCELVEEN (MN Lic. #0396744)*<br>Assistant City Attorney<br>Kelsey.McElveen@ci.stpaul.mn.us<br>SAINT PAUL CITY ATTORNEY'S OFFICE<br>400 City Hall and Courthouse<br>15 Kellogg Boulevard West<br>Saint Paul, Minnesota 55102<br>Telephone: (651) 266-8710<br>Facsimile: (651) 298-5619<br>*Attorneys for Plaintiff*<br>CITY OF SAINT PAUL<br>* *Appearing pro hac vice* |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO; CITY OF EUREKA; CITY OF SOUTH LAKE TAHOE; CITY OF SAINT PAUL; COUNTY OF SACRAMENTO; COUNTY OF MONROE; MONROE COUNTY AIRPORT AUTHORITY; COUNTY OF SAN DIEGO, COUNTY OF MARIN; CITY OF ALAMEDA; CITY OF REDWOOD CITY,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development; the U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SEAN DUFFY in his official capacity as Secretary of the U.S. Department of Transportation; the U.S. DEPARTMENT OF TRANSPORTATION; MARCUS J. MOLINARO in his official capacity as the Administrator of the Federal Transit Administration ; the FEDERAL TRANSIT ADMINISTRATION; GLORIA M. SHEPHERD in her official capacity as the Executive Director of the Federal Highway Administration; the FEDERAL HIGHWAY ADMINISTRATION; BRYAN BEDFORD in his official capacity as the Administration of the Federal Aviation Administration; the FEDERAL AVIATION ADMINISTRATION; ROBERT F. KENNEDY, JR. in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; LEE ZELDIN in his official capacity as Administrator of the Environmental Protection Agency; and the U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendants. | Case No.: 3:25-cv-07070-RS<br><br>**PLAINTIFFS' AMENDED NOTICE OF PAYMENT OF BOND**<br><br>Complaint Filed: August 20, 2025<br>FAC Filed: September 8, 2025<br><br>Hon. Richard Seeborg<br><br>Hearing Date:<br>Hearing Time:<br>Location: |

Pursuant to this Court's Order Granting Preliminary Injunction (Dkt. 45), Plaintiffs hereby give notice of posting a nominal bond of $100 with the Clerk of the Court (see Exhibit A).

Dated: September 29, 2025                           RENNE PUBLIC LAW GROUP

By: ___/s/ Ryan P. McGinley-Stempel___
RYAN P. McGINLEY-STEMPEL

Attorneys for Plaintiffs
City of Fresno; City of Eureka; City of South Lake Tahoe; County of Sacramento; County of Monroe; Monroe County Airport Authority; County of San Diego; County of Marin; City of Alameda; City of Redwood City

Dated: September 29, 2025                           SAINT PAUL CITY ATTORNEY'S OFFICE

By: ___/s/ Kelsey McElveen___
LYNDSEY OLSON *
KELSEY MCELVEEN *
* *Appearing pro hac vice*

Attorneys for Plaintiff
City of Saint Paul

**ECF ATTESTATION**

I, RYAN P. McGINLEY-STEMPEL, am the ECF user whose identification and password are being used to file this PLAINTIFFS' AMENDED NOTICE OF PAYMENT OF BOND. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.

Dated:  September 29, 2025                          RENNE PUBLIC LAW GROUP


                                                    By:      */s/ Ryan P. McGinley-Stempel*
                                                          RYAN P. McGINLEY-STEMPEL

# EXHIBIT A

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Monday, September 29, 2025 1:18 PM |
| **To:** | Sherry Sly |
| **Subject:** | Pay.gov Payment Confirmation: NDCA (California Northern) Civil and Criminal Bonds and Other Payments |
| **Categories:** | Red Category |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact CAND Finance at (415) 522-4621 or CAND_Finance@cand.uscourts.gov.

Application Name: NDCA (California Northern) Civil and Criminal Bonds and Other Payments
Pay.gov Tracking ID: 27RQRJPC
Agency Tracking ID: 77170140947
Transaction Type: Sale
Transaction Date: 09/29/2025 04:18:05 PM EDT
Account Holder Name: ███████████
Transaction Amount: $100.00
Card Type: ███
Card Number: ████████

Defendant or Party Name: City of Fresno
Case Number: DCAN325CV007070-001
Payer's Name: Ryan McGinley-Stempel, Renne Public Law Group
Payer's Address, City, State, Zip: 350 Sansome Street, Suite 300, SAN FRANCISCO, CA, 94104
Payer's Telephone: Work (415) 848-7200
Payer's Email: ssly@publiclawgroup.com
Type of Payment: Civil Bond

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.