BRETT A. SHUMATE
Assistant Attorney General
CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
JOSEPH E. BORSON
Assistant Branch Director
R. CHARLIE MERRITT (VA Bar No. 89400)
Senior Counsel
    U.S. Department of Justice
    Civil Division, Federal Programs Branch
    Washington, D.C. 20005
    Tel.: (202) 616-8098
    robert.c.merritt@usdoj.gov

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7224
    Facsimile: (415) 436-6748
    jevechius.bernardoni@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF FRESNO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT TURNER, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-07070-RS <br><br> **DEFENDANTS' PARTIALLY OPPOSED MOTION TO STAY UPCOMING DEADLINES DUE TO LAPSE IN APPROPRIATIONS** |

      Pursuant to Local Rules 6 and 7-11, Defendants hereby move for a stay of upcoming case deadlines, including their October 24, 2025 deadline to respond to Plaintiffs' Complaint and the

deadlines set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines, ECF No. 15 ("August 22 Scheduling Order").

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the defendant agencies in this case. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the defendant agencies are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of Defendants' October 24, 2025 deadline to respond to Plaintiffs' Complaint, as well as the deadlines set forth in the Court's August 22 Scheduling Order, until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, Defendants' October 24, 2025 deadline to respond to Plaintiffs' Complaint, as well as the deadlines set forth in the Court's August 22 Scheduling Order, be extended commensurate with the duration of the lapse in appropriations from this point forward – *i.e.*, the deadlines would be extended by the total number of days that the lapse in appropriations lasts from this day forward.

5. To be clear, Defendants are not seeking a stay of the preliminary injunction and intend to continue complying with its terms.

6. Plaintiffs, through counsel, have stated that they consent to a stay of each deadline that lasts for the lesser of (A) 30 days in total from the initial deadline or (B) the duration of the lapse in appropriations from this day forward. Plaintiffs also reserve their right to file motions to enforce the preliminary injunction if needed.

| | |
|---|---|
| DATED:  October 16, 2025 | Respectfully submitted,<br><br>BRETT A. SHUMATE<br>Assistant Attorney General<br><br>CRAIG H. MISSAKIAN<br>United States Attorney<br><br>JOSEPH E. BORSON<br>Assistant Branch Director<br><br>JEVECHIUS D. BERNARDONI<br>Assistant United States Attorney<br><br>*/s/ R. Charlie Merritt*<br>R. CHARLIE MERRITT<br>Senior Counsel (VA Bar No. 89400)<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St. NW<br>Washington, D.C. 20005<br>(202) 616-8098<br>robert.c.merritt@usdoj.gov<br><br>*Attorneys for Defendants* |