BRETT A. SHUMATE
Assistant Attorney General
CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
JOSEPH E. BORSON
Assistant Branch Director
R. CHARLIE MERRITT (VA Bar No. 89400)
Senior Counsel
    U.S. Department of Justice
    Civil Division, Federal Programs Branch
    Washington, D.C. 20005
    Tel.: (202) 616-8098
    robert.c.merritt@usdoj.gov

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7224
    Facsimile:  (415) 436-6748
    jevechius.bernardoni@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF FRESNO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT TURNER, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-07070-RS <br><br> [PROPOSED] ORDER ON DEFENDANTS' MOTION TO STAY |

The Court, having considered Defendants' Partially Opposed Motion to Stay Upcoming Deadlines to Lapse in Appropriations, hereby **ORDERS** as follows:

Defendants' Motion is **GRANTED**. Defendants October 24, 2025 deadline to respond to Plaintiffs' Complaint, as well as the deadlines set forth in the Court's August 22 Scheduling Order, are **STAYED** and **EXTENDED** commensurate with the duration of the lapse in appropriations from this day forward.

**IT IS SO ORDERED**.

Dated: October 17, 2025

_____
RICHARD SEEBORG
Chief United States District Judge

~~PROPOSED~~ ORDER
No. 3:25-cv-07070-RS                    2