1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  JEVECHIUS D. BERNARDONI (CABN 281892)
   Assistant United States Attorney
4

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone:  (415) 436-7224
       Facsimile:  (415) 436-6748
7      jevechius.bernardoni@usdoj.gov

8
   Attorneys for Defendants
9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                              SAN FRANCISCO DIVISION

12  CITY OF FRESNO, *et al.*,                    Case No. 3:25-cv-07070-RS

13        Plaintiffs,                            **DEFENDANTS' NOTICE OF APPEAL
                                                 OF PRELIMINARY INJUNCTION**
14     v.

15  SCOTT TURNER, *et al.*,

16        Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' NOTICE OF APPEAL OF PRELIMINARY INJUNCTION
No. 3:25-cv-07070-RS                               1

1    PLEASE TAKE NOTICE that defendants Scott Turner; U.S. Department of Housing and Urban

2    Development; Sean Duffy; U.S. Department of Transportation; Marcus J. Molinaro; Federal Transit

3    Administration; Gloria M. Shepherd; Federal Highway Administration; Bryan Bedford; Federal Aviation

4    Administration; Robert F. Kennedy, Jr.; and U.S. Department of Health and Human Services hereby

5    appeal to the United States Court of Appeals for the Ninth Circuit from the Court's Order Granting Motion

6    for Preliminary Injunction dated September 23, 2025 (ECF Nos. 45 & 46).

7    DATED:  November 21, 2025                    Respectfully submitted,

8                                                CRAIG H. MISSAKIAN
                                                 United States Attorney
9
                                                 */s/ Jevechius D. Bernardoni*
10                                               JEVECHIUS D. BERNARDONI
                                                 Assistant United States Attorney
11
                                                 *Attorneys for Defendants*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' NOTICE OF APPEAL OF PRELIMINARY INJUNCTION
No. 3:25-cv-07070-RS                    2