1   ANDREW JANZ (SBN 287672)                JONATHAN V. HOLTZMAN (SBN 99795)
    Fresno City Attorney                    jholtzman@publiclawgroup.com
2   andrew.janz@fresno.gov                  JAMES R. ROSS (SBN 149199)
    CITY OF FRESNO                          jross@publiclawgroup.com
3   2600 Fresno Street                      RYAN P. McGINLEY-STEMPEL (SBN 296182)
    Fresno, CA 93721                        rmcginleystempel@publiclawgroup.com
4   Telephone: (559) 621-7500               JAKE D. FREITAS (SBN 341837)
    Facsimile:  (559) 457-1084              jfreitas@publiclawgroup.com
5   *Attorney for Plaintiff*                MARIBEL LOPEZ (SBN 340907)
    CITY OF FRESNO                          mlopez@publiclawgroup.com
6                                           RENNE PUBLIC LAW GROUP
                                            350 Sansome Street, Suite 300
7                                           San Francisco, California 94104
                                            Telephone:  (415) 848-7200
8                                           Facsimile:  (415) 848-7230
                                            *Attorneys for Plaintiffs*
9                                           CITY OF FRESNO; CITY OF EUREKA; CITY OF SOUTH
                                            LAKE TAHOE; COUNTY OF SACRAMENTO; COUNTY OF
10                                          MONROE; MONROE COUNTY AIRPORT AUTHORITY;
                                            COUNTY OF SAN DIEGO, COUNTY OF MARIN, CITY OF
11                                          ALAMEDA, CITY OF REDWOOD CITY

12  YIBIN SHEN (SBN 233545)                 MELISSA C. ALLISON (MA Bar No. 657470)*
    Alameda City Attorney                   mallison@andersonkreiger.com
13  yshen@alamedaca.gov                     CHRISTINA S. MARSHALL (MA Bar No. 688348)*
    CARA SILVER (SBN 136992)                cmarshall@andersonkreiger.com
14  Special Counsel                         ANDERSON & KREIGER LLP
    csilver@alamedaca.gov                   50 Milk Street, Floor 21
15  DANIEL J. TURNER (SBN 336499)           Boston, MA 02109
    Deputy City Attorney                    Telephone: (617) 621-6500
16  dturner@alamedaca.gov                   *Attorneys for Plaintiffs*
    2263 Santa Clara Avenue, Rm 280         COUNTY OF MONROE
17  Alameda, CA 94501                       MONROE COUNTY AIRPORT AUTHORITY
    Telephone: (510) 747-4750               * *Appearing pro hac vice*
18  *Attorneys for Plaintiff*
    CITY OF ALAMEDA
19
    BRIAN E. WASHINGTON (SBN 146807)        LYNDSEY OLSON (MN Lic. #0332288)*
20  Marin County Counsel                    Saint Paul City Attorney
    KATE K. STANFORD (SBN 302825)           Lyndsey.olsen@ci.stpaul.mn.us
21  Deputy County Counsel                   KELSEY MCELVEEN (MN Lic. #0396744)*
    kate.stanford@marincounty.gov           Assistant City Attorney
22  EDWARD F. SEARS (SBN 297775)            Kelsey.McElveen@ci.stpaul.mn.us
    Deputy County Counsel                   SAINT PAUL CITY ATTORNEY'S OFFICE
23  ned.sears@marincounty.gov               400 City Hall and Courthouse
    OFFICE OF THE COUNTY COUNSEL            15 Kellogg Boulevard West
24  COUNTY OF MARIN                         Saint Paul, Minnesota 55102
    3501 Civic Center Drive, Room 275       Telephone:  (651) 266-8710
25  San Rafael, CA 94903                    Facsimile:  (651) 298-5619
    Telephone:  (415) 473-6117              *Attorneys for Plaintiff*
26  Facsimile:  (415) 473-3796              CITY OF SAINT PAUL
    *Attorneys for Plaintiff*               * *Appearing pro hac vice*
27  COUNTY OF MARIN

28

RENNE PUBLIC LAW GROUP
Attorneys at Law

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO; CITY OF EUREKA; CITY OF SOUTH LAKE TAHOE; CITY OF SAINT PAUL; COUNTY OF SACRAMENTO; COUNTY OF MONROE; MONROE COUNTY AIRPORT AUTHORITY; COUNTY OF SAN DIEGO, COUNTY OF MARIN; CITY OF ALAMEDA; CITY OF REDWOOD CITY, | Case No.: 3:25-cv-07070-RS |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | Complaint Filed: August 20, 2025<br>FAC Filed: September 8, 2025 |
| SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development; the U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SEAN DUFFY in his official capacity as Secretary of the U.S. Department of Transportation; the U.S. DEPARTMENT OF TRANSPORTATION; MARCUS J. MOLINARO in his official capacity as the Administrator of the Federal Transit Administration ; the FEDERAL TRANSIT ADMINISTRATION; GLORIA M. SHEPHERD in her official capacity as the Executive Director of the Federal Highway Administration; the FEDERAL HIGHWAY ADMINISTRATION; BRYAN BEDFORD in his official capacity as the Administration of the Federal Aviation Administration; the FEDERAL AVIATION ADMINISTRATION; ROBERT F. KENNEDY, JR. in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; LEE ZELDIN in his official capacity as Administrator of the Environmental Protection Agency; and the U.S. ENVIRONMENTAL PROTECTION AGENCY, | Hon. Richard Seeborg |
| Defendants. | |

RENNE PUBLIC LAW GROUP
Attorneys at Law

1    TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2    Plaintiffs, City of Fresno et al. ("Plaintiffs"), and Defendants, Scott Turner et al. ("Defendants")

3    (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as

4    follows:

5    WHEREAS, the Initial Case Management Conference is currently scheduled for December 18,

6    2025, at 10:00 A.M.;

7    WHEREAS, Defendants filed a notice of appeal of the preliminary injunction order on November

8    21, 2025 (ECF No. 60) and thereafter filed a motion in the Ninth Circuit to hold the appeal in abeyance

9    pending the Ninth Circuit's resolution of the appeal in *County of King v. Turner*, No. 25-3664 (*see*

10   No. 25-7378 at Dkt. No. 6.1);

11   WHEREAS, the Parties met and conferred on December 5, 2025, regarding Defendants' request

12   for a stay of the district court proceedings and Plaintiffs' intention to file a second amended complaint;

13   WHEREAS, the Parties agree that a continuance of the Initial Case Management Conference and

14   continuance of Defendants' response to the operative first amended complaint will allow for further

15   discussion and consideration of these issues;

16   THEREFORE, the Parties hereby stipulate and respectfully request that the Court continue the

17   Initial Case Management Conference to February 12, 2026, at 10:00 am, or as soon thereafter as the

18   matter may be set.  The Parties further agree that Defendants should not be required to file a response to

19   the operative first amended complaint while they are negotiating the issues discussed above.

20

21

22

23

24

25

26

27

28

RENNE PUBLIC LAW GROUP
Attorneys at Law

-3-

RENNE PUBLIC LAW GROUP
Attorneys at Law

1

Dated:  December 9, 2025                    RENNE PUBLIC LAW GROUP

2

3                                           By:  _____/s/ Jonathan V. Holtzman_____
                                                 JONATHAN V. HOLTZMAN

4                                           Attorneys for Plaintiffs
                                            City of Fresno; City of Eureka; City of South
5                                           Lake Tahoe; County of Sacramento; County of
                                            Monroe; Monroe County Airport Authority;
6                                           County of San Diego; County of Marin; City of
                                            Alameda; City of Redwood City
7

8        Dated:  December 9, 2025           SAINT PAUL CITY ATTORNEY'S OFFICE

9

10                                          By:  _____/s/ Kelsey McElveen_____
                                                 LYNDSEY OLSON *
                                                 KELSEY MCELVEEN *
11                                          * Appearing pro hac vice

12                                          Attorneys for Plaintiff
                                            City of Saint Paul
13

        Dated:  December 9, 2025           CRAIG H. MISSAKIAN
14                                          United States Attorney

15

16                                          _____/s/ Jevechius D. Bernardoni_____
                                            JEVECHIUS D. BERNARDONI
17                                          Assistant United States Attorney

                                            *Attorney for Defendants*
18

19

20

21

22

23

24

25

26

27

28

-4-

1

**[PROPOSED] ORDER**

2    The Court, having considered the parties' submissions and for good cause shown, hereby

3 ORDERS as follows:

4        1.   The Initial Case Management Conference set for December 18, 2025, is continued to

5             February 12, 2026, 10:00 AM before Judge Richard Seeborg in San Francisco, held via a

6             Zoom webinar.

7        2.   The Parties shall file their Case Management Statement no later than February 5, 2026.

8        Defendants are not required to file a response to the operative first amended complaint until

9 further order of the Court.

10

11 IT IS SO ORDERED.

12

13 Dated: _____, 2025        _____

                                        Hon. Richard Seeborg

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO MOVE CASE MANAGEMENT CONFERENCE - CASE NO.: 3:25-CV-07070-RS

RENNE PUBLIC LAW GROUP
Attorneys at Law

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RENNE PUBLIC LAW GROUP
Attorneys at Law

**ECF ATTESTATION**

I, JONATHAN V. HOLTZMAN, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order to Move Case Management Conference. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.

Dated:  December 9, 2025                              RENNE PUBLIC LAW GROUP


By:     */s/ Jonathan V. Holtzman*
        JONATHAN V. HOLTZMAN

STIPULATION AND [PROPOSED] ORDER TO MOVE CASE MANAGEMENT CONFERENCE  - CASE NO.: 3:25-CV-07070-RS