| | |
|---|---|
| ANDREW JANZ (SBN 287672)<br>Fresno City Attorney<br>andrew.janz@fresno.gov<br>CITY OF FRESNO<br>2600 Fresno Street<br>Fresno, CA 93721<br>Telephone: (559) 621-7500<br>Facsimile:  (559) 457-1084<br>*Attorney for Plaintiff*<br>CITY OF FRESNO | JONATHAN V. HOLTZMAN (SBN 99795)<br>jholtzman@publiclawgroup.com<br>JAMES R. ROSS (SBN 149199)<br>jross@publiclawgroup.com<br>RYAN P. McGINLEY-STEMPEL (SBN 296182)<br>rmcginleystempel@publiclawgroup.com<br>JAKE D. FREITAS (SBN 341837)<br>jfreitas@publiclawgroup.com<br>MARIBEL LOPEZ (SBN 340907)<br>mlopez@publiclawgroup.com<br>RENNE PUBLIC LAW GROUP<br>350 Sansome Street, Suite 300<br>San Francisco, California 94104<br>Telephone:  (415) 848-7200<br>Facsimile:  (415) 848-7230<br>*Attorneys for Plaintiffs*<br>CITY OF FRESNO; CITY OF EUREKA; CITY OF SOUTH LAKE TAHOE; COUNTY OF SACRAMENTO; COUNTY OF MONROE; MONROE COUNTY AIRPORT AUTHORITY; COUNTY OF SAN DIEGO, COUNTY OF MARIN, CITY OF ALAMEDA, CITY OF REDWOOD CITY |
| YIBIN SHEN (SBN 233545)<br>Alameda City Attorney<br>yshen@alamedaca.gov<br>CARA SILVER (SBN 136992)<br>Special Counsel<br>csilver@alamedaca.gov<br>DANIEL J. TURNER (SBN 336499)<br>Deputy City Attorney<br>dturner@alamedaca.gov<br>2263 Santa Clara Avenue, Rm 280<br>Alameda, CA 94501<br>Telephone: (510) 747-4750<br>*Attorneys for Plaintiff*<br>CITY OF ALAMEDA | MELISSA C. ALLISON (MA Bar No. 657470)*<br>mallison@andersonkreiger.com<br>CHRISTINA S. MARSHALL (MA Bar No. 688348)*<br>cmarshall@andersonkreiger.com<br>ANDERSON & KREIGER LLP<br>50 Milk Street, Floor 21<br>Boston, MA 02109<br>Telephone: (617) 621-6500<br>*Attorneys for Plaintiffs*<br>COUNTY OF MONROE<br>MONROE COUNTY AIRPORT AUTHORITY<br>* *Appearing pro hac vice* |
| BRIAN E. WASHINGTON (SBN 146807)<br>Marin County Counsel<br>KATE K. STANFORD (SBN 302825)<br>Deputy County Counsel<br>kate.stanford@marincounty.gov<br>EDWARD F. SEARS (SBN 297775)<br>Deputy County Counsel<br>ned.sears@marincounty.gov<br>OFFICE OF THE COUNTY COUNSEL<br>COUNTY OF MARIN<br>3501 Civic Center Drive, Room 275<br>San Rafael, CA 94903<br>Telephone:  (415) 473-6117<br>Facsimile:  (415) 473-3796<br>*Attorneys for Plaintiff*<br>COUNTY OF MARIN | LYNDSEY OLSON (MN Lic. #0332288)*<br>Saint Paul City Attorney<br>Lyndsey.olsen@ci.stpaul.mn.us<br>KELSEY MCELVEEN (MN Lic. #0396744)*<br>Assistant City Attorney<br>Kelsey.McElveen@ci.stpaul.mn.us<br>SAINT PAUL CITY ATTORNEY'S OFFICE<br>400 City Hall and Courthouse<br>15 Kellogg Boulevard West<br>Saint Paul, Minnesota 55102<br>Telephone:  (651) 266-8710<br>Facsimile:  (651) 298-5619<br>*Attorneys for Plaintiff*<br>CITY OF SAINT PAUL<br>* *Appearing pro hac vice* |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO; CITY OF EUREKA; CITY OF SOUTH LAKE TAHOE; CITY OF SAINT PAUL; COUNTY OF SACRAMENTO; COUNTY OF MONROE; MONROE COUNTY AIRPORT AUTHORITY; COUNTY OF SAN DIEGO, COUNTY OF MARIN; CITY OF ALAMEDA; CITY OF REDWOOD CITY,<br><br>          Plaintiffs,<br><br>v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development; the U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SEAN DUFFY in his official capacity as Secretary of the U.S. Department of Transportation; the U.S. DEPARTMENT OF TRANSPORTATION; MARCUS J. MOLINARO in his official capacity as the Administrator of the Federal Transit Administration ; the FEDERAL TRANSIT ADMINISTRATION; GLORIA M. SHEPHERD in her official capacity as the Executive Director of the Federal Highway Administration; the FEDERAL HIGHWAY ADMINISTRATION; BRYAN BEDFORD in his official capacity as the Administration of the Federal Aviation Administration; the FEDERAL AVIATION ADMINISTRATION; ROBERT F. KENNEDY, JR. in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; LEE ZELDIN in his official capacity as Administrator of the Environmental Protection Agency; and the U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>          Defendants. | Case No.: 3:25-cv-07070-RS<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: August 20, 2025<br>FAC Filed: September 8, 2025<br><br>Hon. Richard Seeborg |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiffs, City of Fresno et al. ("Plaintiffs"), and Defendants, Scott Turner et al. ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Initial Case Management Conference is currently scheduled for December 18, 2025, at 10:00 A.M.;

WHEREAS, Defendants filed a notice of appeal of the preliminary injunction order on November 21, 2025 (ECF No. 60) and thereafter filed a motion in the Ninth Circuit to hold the appeal in abeyance pending the Ninth Circuit's resolution of the appeal in *County of King v. Turner*, No. 25-3664 (*see* No. 25-7378 at Dkt. No. 6.1);

WHEREAS, the Parties met and conferred on December 5, 2025, regarding Defendants' request for a stay of the district court proceedings and Plaintiffs' intention to file a second amended complaint;

WHEREAS, the Parties agree that a continuance of the Initial Case Management Conference and continuance of Defendants' response to the operative first amended complaint will allow for further discussion and consideration of these issues;

THEREFORE, the Parties hereby stipulate and respectfully request that the Court continue the Initial Case Management Conference to February 12, 2026, at 10:00 am, or as soon thereafter as the matter may be set.  The Parties further agree that Defendants should not be required to file a response to the operative first amended complaint while they are negotiating the issues discussed above.

Dated: December 9, 2025   RENNE PUBLIC LAW GROUP

By: _____*/s/ Jonathan V. Holtzman*_____
JONATHAN V. HOLTZMAN

Attorneys for Plaintiffs
City of Fresno; City of Eureka; City of South Lake Tahoe; County of Sacramento; County of Monroe; Monroe County Airport Authority; County of San Diego; County of Marin; City of Alameda; City of Redwood City

Dated: December 9, 2025   SAINT PAUL CITY ATTORNEY'S OFFICE

By: _____*/s/ Kelsey McElveen*_____
LYNDSEY OLSON *
KELSEY MCELVEEN *
* *Appearing pro hac vice*

Attorneys for Plaintiff
City of Saint Paul

Dated: December 9, 2025   CRAIG H. MISSAKIAN
United States Attorney

_____*/s/ Jevechius D. Bernardoni*_____
JEVECHIUS D. BERNARDONI
Assistant United States Attorney

*Attorney for Defendants*

**[PROPOSED] ORDER**

The Court, having considered the parties' submissions and for good cause shown, hereby ORDERS as follows:

1. The Initial Case Management Conference set for December 18, 2025, is continued to February 12, 2026, 10:00 AM before Judge Richard Seeborg in San Francisco, held via a Zoom webinar.

2. The Parties shall file their Case Management Statement no later than February 5, 2026.

Defendants are not required to file a response to the operative first amended complaint until further order of the Court.

IT IS SO ORDERED.

Dated: Dec. 10, 2025

_____
Hon. Richard Seeborg
Chief United States District Judge

**ECF ATTESTATION**

I, JONATHAN V. HOLTZMAN, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order to Move Case Management Conference. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.

Dated: December 9, 2025                     RENNE PUBLIC LAW GROUP


By:   */s/ Jonathan V. Holtzman*
         JONATHAN V. HOLTZMAN