IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO, et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.<br><br>　　　Defendants. | Case No.: 3:25-cv-07070-RS<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO FILE SECOND AMENDED COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

Having considered the Parties' Joint Stipulation and [Proposed] Order Permitting Filing of the Second Amended Complaint and to Continue the Case Management Conference and Related Deadlines, and good cause appearing, **IT IS HEREBY ORDERED**:

　　1.　Plaintiffs' request to file their Second Amended Complaint is **GRANTED**.

　　2.　Plaintiffs shall file the Second Amended Complaint within [5] court days of this Order.

　　3.　Defendants shall answer or otherwise respond to the Second Amended Complaint within twenty-one (21) days after filing thereof.

　　4.　The Initial Case Management Conference currently scheduled for February 12, 2026, is continued to ~~March 26, 2026~~ April 2, 2026, at 10:00 AM by Zoom.

　　5.　The deadline to file the Joint Case Management Statement is March ~~19~~ 26, 2026.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 9, 2026



_____
HON. RICHARD SEEBORG
Chief U.S. District Judge

---

-1-

[[PROPOSED] ORDER GRANTING JOINT STIPULATION TO FILE SECOND AMENDED COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES Case No.: 3:25-cv-07070-RS