1 CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
2 PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
3 JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7224
Facsimile: (415) 436-6748
jevechius.bernardoni@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF FRESNO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT TURNER, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-07070-RS<br><br>**STIPULATION AND [PROPOSED]<br>ORDER REGARDING DEADLINE TO<br>RESPOND TO SECOND AMENDED<br>COMPLAINT AND INITIAL CASE<br>MANAGEMENT CONFERENCE**<br><br>The Honorable Richard Seeborg |

Subject to the Court's approval, the parties stipulate as follows:

WHEREAS, on February 2, 2026, the parties filed a stipulation that, *inter alia*, permitted plaintiffs to file a second amended complaint and asked the Court to continue the then-scheduled February 12, 2026 initial case management conference and related deadlines (ECF No. 66);

WHEREAS, the Court's February 9, 2026 order on the stipulation requires defendants to respond to the second amended complaint within twenty-one days of plaintiffs' filing of the second amended complaint and set the initial case management conference for April 2, 2026 (ECF No. 67);

WHEREAS, plaintiffs filed the second amended complaint on February 9, 2026 (ECF No. 68), and defendants' response is thus due on March 2, 2026;

WHEREAS, counsel for defendants was on sick leave last week; and

WHEREAS, the parties have met and conferred and agree, subject to Court approval, that

defendants' response deadline should be extended by one week, up to and including March 9, 2026.  In the interest of judicial efficiency, the parties also suggest, again subject to Court approval, that the initial case management conference currently scheduled for April 2, 2026 be continued so that it can be heard on the same day and time as defendants' forthcoming motion to dismiss and transfer.

  NOW, THEREFORE, the parties hereby stipulate and consent to the Court's entry of the proposed order filed concurrently herewith.

| | |
|---|---|
| DATED:  March 2, 2026 | Respectfully submitted, |
| | CRAIG H. MISSAKIAN<br>United States Attorney |
| | */s/ Jevechius D. Bernardoni*\*<br>JEVECHIUS D. BERNARDONI<br>Assistant United States Attorney |
| | Attorneys for Defendants |
| Dated:  March 2, 2026 | RENNE PUBLIC LAW GROUP |
| | By: */s/ Jonathan V. Holtzman*<br>  JONATHAN V. HOLTZMAN |
| | Attorneys for Plaintiffs<br>City of Fresno; City of Eureka; City of South Lake Tahoe; County of Sacramento; County of Monroe; Monroe County Airport Authority; County of San Diego, County of Marin; City of Alameda; City of Redwood City; City of Atlanta; City of Beaverton; City of Corvallis; City of Hillsboro; City of Mountain View; City of Salem; City of San Mateo; City of Santa Clara; City of Santa Cruz; City of Stockton; City of Sunnyvale; City of Vacaville; County of Los Angeles; County of Santa Barbara |

| | | |
|---|---|---|
| 1 | Dated:  March 2, 2026 | SAINT PAUL CITY ATTORNEY'S OFFICE |
| 2 | | |
| 3 | | By: /s/ Lyndsey Olson |
| | | LYNDSEY OLSON * |
| 4 | | KELSEY MCELVEEN * |
| | | * Appearing pro hac vice |
| 5 | | |
| | | Attorneys for Plaintiff |
| 6 | | City of Saint Paul |

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

# [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS ORDERED THAT defendants' deadline to respond to the Second Amended Complaint is continued up to and including March 9, 2026. It is FURTHER ORDERED THAT the April 2, 2026 initial case management conference is continued to April 23, 2026 at 9:30 a.m. and will be held concurrently with defendants' forthcoming motion to dismiss and transfer. The deadline to file the joint case management statement is April 16, 2026.

IT IS SO ORDERED.

DATED: March 3, 2026

_____
THE HONORABLE RICHARD SEEBORG
Chief United States District Judge