UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO *et al.*,<br><br>Plaintiffs,<br>v.<br><br>SCOTT TURNER, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-07070-RS<br><br>**DECLARATION OF ROBERT HYMAN** |

I, Robert Hyman, pursuant to 28 U.S.C. Section 1746, hereby declare as follows:

1. I have been employed by the United States Department of Transportation (DOT), since December 20, 2010, and the Office of the Secretary of Transportation since May 26, 2019. Currently, I am the Acting Director of the Office of Infrastructure Deployment, within the Office of the Under Secretary for Transportation Policy, located in Washington, D.C. I make this declaration based upon personal knowledge and information made known to me in the course of my professional duties.

2. As the Acting Director of the Office of Infrastructure Deployment, my duties and responsibilities include overseeing several discretionary grant programs including BUILD/RAISE, INFRA, Rural, Mega, the Reconnecting Communities Pilot, and Safe Streets for All.

3. The Local and Regional Project Assistance Program, also known as the RAISE or BUILD grant program, is codified at 49 U.S.C. 6702, and provides capital investments in surface transportation infrastructure, with the goal to fund eligible projects that will have a significant local or regional impact and improve transportation infrastructure. The program is funded at $1.5 billion annually in advance appropriations from the Infrastructure Investments and Jobs Act (IIJA) for Fiscal Years (FYs) 2022 through 2026, as well as additional varying amounts provided by Congress in annual appropriations acts. The program is managed and overseen by the Office of the Under Secretary for Transportation Policy's Office of Infrastructure Deployment, with support from DOT's Operating Administrations, including the Federal Highway Administration, for administration of the grants. Selected recipients sign grant agreements.

4. DOT has been permanently enjoined from implementing or enforcing the immigration enforcement condition. *California v. Duffy*, 1:25-cv-208-JJM-PAS, ECF No. 74 (D.R.I.) (Nov. 4, 2025). Accordingly, DOT does not include any grant conditions requiring cooperation with federal civil immigration enforcement in any grant agreements presented to recipients for signature on or after November 4, 2025. To the extent any such conditions were included in any grant agreement that was executed or presented for signature prior to November 4, 2025, DOT will not enforce those conditions, the conditions have no legal effect, and the conditions should be considered stricken from the agreements.

5. DOT selected the City of Beaverton, Oregon, for a $2 million 2022 RAISE grant award for the "Beaverton Downtown Loop Complete Street Project," a planning project to design wider sidewalks, protected bike lanes, new bus stops, and signal and intersection improvements along several streets. As of the date of this declaration, the parties are working together to execute a grant agreement. On March 5, 2026, Beaverton informed DOT that it intended to submit its review of the grant agreement by the end of the month. This is not a DOT-imposed deadline; Beaverton may take the necessary time to submit the agreement.

6. DOT selected the Georgia Department of Transportation for a $25 million FY 2023 RAISE grant award for the "Trails to Transit – Reconnecting Atlanta Communities" project to construct Segment 3 and Connector Trails 1-4 of the Atlanta BeltLine Northeast Trail, which includes ramps, crosswalks, signage, lights and security cameras, environmental remediation, utility relocations, stormwater infrastructure, retaining walls, new bridge structures, and landscaping. The City of Atlanta is a designated subrecipient of this grant award. The grant agreement was signed and executed on January 30, 2026 with the Georgia Department of Transportation, obligating the full $25 million in federal funding for the project. The grant terms and conditions apply to the recipient, the Georgia Department of Transportation, and its subrecipients including Plaintiff City of Atlanta.

7. DOT selected the City of Atlanta, Georgia, for a $16 million FY 2024 RAISE grant award for the "Westside Park Multimodal Access Project" to plan and construct multi-use paths, buffered cycle tracks, sidewalk improvements, ADA bus stop enhancements, lighting, and stormwater updates along Johnson Road, West Marietta Street, Joseph E. Lowery Boulevard, Brady Avenue and 10th Street. The grant agreement was signed and executed on March 3, 2026, obligating $1,603,000 in federal funding for the Base Phase of the project to complete preliminary engineering and environmental review. The grant agreement, which the City of Atlanta signed, included the discrimination condition and follow executive orders condition. Option Phase 1, for final design and right-of-way ($2,430,000), and Option Phase 2, for construction and utilities ($11,967,000), may be executed and obligated upon confirmation that all federal requirements have been met to begin the work of the phase. The signed grant agreement lists the estimated completion

dates for the Base Phase, Option Phase 1, and Option Phase 2 to be June 30, 2027, June 30, 2029, and December 31, 2031, respectively.

8. The remaining grants that Plaintiffs raise in their motion and supporting declarations are addressed in the declarations submitted by FAA, FHWA, FRA, FTA and NHTSA.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of March 2026.

Robert Hyman
Acting Director of the
Office of Infrastructure
Deployment