UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT TURNER, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-07070-RS<br><br>**DECLARATION OF ARLAN FINFROCK** |

I, Arlan Finfrock, pursuant to 28 U.S.C. Section 1746, hereby declare as follows:

1. I am employed by the Federal Highway Administration ("FHWA"), an operating administration (OA) of the United States Department of Transportation ("DOT"), as the Associate Administrator for Administration. I make this declaration based upon personal knowledge and information made known to me in the course of my professional duties.

2. As the Associate Administrator for Administration, my duties include providing executive leadership to FHWA's mission support functions, which include the Office of Human Resources, the Office of Information Technology and Data Services, the Office of Competitive Grants and Workforce Programs, and the Office of Management Services. As part of my duties, I oversee the Competitive Grants Coordination Division, which develops and coordinates FHWA-wide discretionary grant policies. I make this declaration based on my personal knowledge, information conveyed by other FHWA and DOT employees, and FHWA and DOT records.

3. I understand that the above-captioned case involves projects funded through competitive grant programs and State Departments of Transportation (State DOT) using Congestion Mitigation and Air Quality Improvement (CMAQ) Program formula funds, Highway Safety Improvement (HSIP) Program formula funds, and Surface Transportation Block Grant (STBG) Program (formerly known as the Surface Transportation Program) formula funds.

4. Safe Streets and Roads for All (SS4A) is a competitive grant program that funds regional, local, and Tribal initiatives to prevent roadway fatalities and serious injuries. Reconnecting Communities Pilot (RCP) is a competitive grant program that provides funding to reconnect communities by removing, retrofitting, or mitigating highways or other transportation facilities that create barriers to community connectivity, including to

mobility, access, or economic development. The Neighborhood Access and Equity (NAE) competitive grant program provided technical assistance and grant funding to improve walkability, safety, and affordable transportation access through context-sensitive strategies for improving community connectivity; to mitigate or remediate negative impacts on the human or natural environment; and assist economically disadvantaged or underserved communities with planning and capacity building activities. This program has been rescinded by Congress. The SS4A, RCP, and NAE grant awards are selected by DOT's Office of the Secretary and are administered by FHWA.

5. The Bridge Investment Program (BIP) is a competitive grant program that provides funding to replace, rehabilitate, preserve, or protect a bridge on the National Bridge Inventory (NBI); and to replace or rehabilitate culverts on the NBI for the purpose of improving flood control and improved habitat connectivity for aquatic species. Promoting Resilient Operations for Transformative, Efficient, and Cost-saving Transportation (PROTECT) is a competitive grant program that provides funding to ensure surface transportation resilience to natural hazards including climate change, sea level rise, flooding, extreme weather events, and other natural disasters through support of planning activities, resilience improvements, community resilience and evacuation routes, and at-risk coastal infrastructure. The Charging and Fueling Infrastructure Program (CFI) is a competitive grant program that provides funding to strategically deploy publicly accessible electric vehicle charging infrastructure and other alternative fueling infrastructure. The Advanced Transportation and Congestion Management Technologies Deployment Program (ATCMTD) is a competitive grant program for the development of model deployment sites for large scale installation and operation of advanced transportation technologies to improve safety, efficiency, system performance, and infrastructure return on investment. BIP, PROTECT, CFI, and ATCMTD grant awards are selected by the Administrator of FHWA and are administered by FHWA.

6. CMAQ, HSIP, and STBG are FHWA formula fund programs. Formula funds are non-competitive funds apportioned to State DOTs each fiscal year based on fixed formulas provided in 23 U.S.C. § 104. State DOTs determine which projects to finance with their respective apportioned funds, as provided in 23 U.S.C. § 145(a). In deciding which projects to fund, State DOTs may subaward their formula funds to other local governmental entities within the State in accordance with 2 CFR 200.331.

7. The Caltrans Highway Bridge Program and One Bay Area Grant Program are California State programs. FHWA does not administer these programs, nor the projects funded through them.

8. In general, to apply for discretionary grants an eligible applicant must submit a proposal in response to a Notice of Funding Opportunity (NOFO). Once the application is

received, DOT conducts merit reviews and recommends which projects are selected. If an application is selected for award, the applicant must demonstrate that they have met certain pre-award requirements that vary based on the nature of the planned activities before DOT will proceed with the execution of the grant agreement. For example, an applicant may need to acquire a right-of-way for a planned project.

9. To accept a grant award, a recipient usually must accept the terms and conditions of the award by signing the grant agreement. In general, this document incorporates by reference General Terms and Conditions that impose obligations on the recipient, and the recipient is asked to acknowledge these General Terms and Conditions when signing the agreement.

10. DOT OAs routinely update the General Terms and Conditions that apply to their programs, approximately once per year, or as needed to reflect changes in applicable law and policy. When an OA updates its General Terms and Conditions, this information is made available to all applicants selected for award prior to grant agreement execution. A copy of the latest version of the Terms and Conditions is made available on the OA's public website before the OA begins incorporating the new version into new federal grants or grant agreement amendments.

11. Throughout the life of a grant, the recipient and OA can make certain small changes that do not require the execution of a grant agreement amendment. For example, under the RCP FY 2022 competitive grant program, the recipient may unilaterally update its point of contact in an executed grant agreement. OAs are required to execute a formal grant agreement modification or amendment for specific actions, such as obligating additional phases of funding or changes to the project scope.

12. In general, the Terms and Conditions of grant agreements require the OA to provide the recipient written notice of any perceived violation of the agreement, as do DOT's procedural requirements. *See,* Procedural Requirements for DOT Enforcement Actions Memorandum (Mar. 11, 2025).

13. The competitive grant programs at issue are generally administered on a reimbursement basis. To be eligible for reimbursement, a recipient must enter into a grant agreement with DOT that describes the project scope, schedule, and budget. After execution of the grant agreement and obligation of funds, the recipient will be required to pay project costs upfront using its own funds, and then request reimbursement for those costs by submitting invoices through the appropriate financial system. DOT approving officials then review and approve recipient invoice submissions to facilitate a fully electronic payment to recipients. DOT may, on a case-by-case basis, establish alternative funding arrangements if the recipient cannot complete the project on a reimbursement basis.

14. Absent pre-award authority, or advance construction authorization under 23 U.S.C. § 115, recipients will not be reimbursed for expenditures incurred before a grant agreement has been executed. Reimbursements are paid out under the terms and conditions set forth in the executed grant agreement.

15. FHWA has been permanently enjoined from implementing or enforcing the immigration enforcement condition. *California v. Duffy,* 1:25-cv-208-JJM-PAS, ECF No. 74 (D.R.I.) (Nov. 4, 2025). Accordingly, FHWA does not include any grant conditions requiring cooperation with federal civil immigration enforcement in any grant agreements presented to recipients for signature on or after November 4, 2025. To the extent any such conditions were included in any grant agreement that was executed or presented for signature prior to November 4, 2025, FHWA will not enforce those conditions, the conditions have no legal effect, and the conditions should be considered stricken from the agreements.

16. In January 2025, DOT awarded $2,000,000 to the City of Atlanta under the FY 2024 RCP competitive grant program. FHWA has engaged with the recipient to begin working on a grant agreement. Plaintiff and FHWA have not executed a grant agreement under this award as of the date of this filing.

17. Additional competitive grant awards to the City of Atlanta include an FY 2024 CFI Program award for $11,769,104; an FY 2023 NAE award for $157,645,161, of which $151,409,442 is no longer available for obligation due to rescission by Congress; an FY 2022 RCP award for $1,100,000; and an FY 2022 SS4A Program award for $30,000,000. None of these grant agreements included the challenged conditions.

18. To the extent that additional FHWA funds for the City of Atlanta involve formula funds, those funds are administered by the State DOT. As stated in paragraph 6, State DOTs determine how to use their apportioned formula funds.

19. In March 2024, DOT awarded $800,000 to the County of Los Angeles under the FY 2023 RCP competitive grant program. FHWA has engaged with the recipient to begin working on a grant agreement. Plaintiff and FHWA have not executed a grant agreement under this award as of the date of this filing.

20. In February 2023, DOT awarded $21,494,665 to the County of Los Angeles under the FY 2022 SS4A competitive grant program. A grant agreement was executed on May 21, 2024. An amended agreement was subsequently executed on November 22, 2024. $5,129,858 have been obligated under this agreement as of the date of this filing. Neither the original grant agreement nor the amended agreement contains the challenged conditions.

21. In December 2023, DOT awarded $3,949,076 to the County of Los Angeles under the FY 2023 SS4A competitive grant program. A grant agreement was executed on December 13, 2024. $3,373,076 have been obligated under this agreement as of the date of this filing. The grant agreement does not contain the challenged conditions.

22. In September 2024, DOT awarded $29,805,830 to the County of Los Angeles under the FY 2024 SS4A competitive grant program. FHWA has engaged with the recipient to work on a grant agreement. Plaintiff and FHWA have not executed a grant agreement under this award as of the date of this filing.

23. In April 2024, FHWA awarded $3,178,400 to the County of Los Angeles under the FY 2022-2023 PROTECT competitive grant program. FHWA has engaged with the recipient to begin working on a grant agreement. As of the date of this filing, the grant agreement is under FHWA review. PROTECT FY 2022 funds expired September 30, 2025. FY 2023 funds will expire September 30, 2026.

24. In August 2024, FHWA awarded $320,000 to the County of Los Angeles under the FY 2023-2024 BIP competitive grant program. FHWA has engaged with the recipient to begin working on a grant agreement. Plaintiff and FHWA have not executed a grant agreement under this award as of the date of this filing.

25. Additional competitive grant awards to the County of Los Angeles include an FY 2016 ATCMTD award for $3,000; an FY 2024 CFI award for $15,000,000; and an FY 2023 RCP award for $9,961,500.

26. To the extent that additional FHWA funds for the County of Los Angeles involve formula funds, those funds are administered by the State DOT. As stated in paragraph 6, State DOTs determine how to use their apportioned formula funds.

27. FHWA is not able to identify any competitive grants for the City of Mountain View. To the extent that FHWA funds for the City of Mountain View involve formula funds, those funds are administered by the State DOT. As stated in paragraph 6, State DOTs determine how to use their apportioned formula funds.

28. To the extent that additional FHWA funds for the City of Beaverton involve formula funds, those funds are administered by the State DOT. As stated in paragraph 6, State DOTs determine how to use their apportioned formula funds.

29. FHWA is not able to identify any competitive grants for the City of Sunnyvale. To the extent that additional FHWA funds for the City of Sunnyvale involve formula funds, those funds are administered by the State DOT. As stated in paragraph 6, State DOTs determine how to use their apportioned formula funds.

30. Competitive grant awards to the City of Vacaville includes an FY 2024 SS4A award for $11,020,000. FHWA records indicate that this grant agreement has not yet been executed.

31. To the extent that additional FHWA funds for the City of Vacaville involve formula funds, those funds are administered by the State DOT. As stated in paragraph 6, State DOTs determine how to use their apportioned formula funds.

32. Additional competitive grant awards to the City of Santa Cruz include an FY 2024-2025 CFI award for $14,346,751 and an FY 2023 SS4A award for $395,880. To the extent that additional FHWA funds for the City of Santa Cruz involve formula funds, those funds are administered by the State DOT. As stated in paragraph 6, State DOTs determine how to use their apportioned formula funds.

33. Competitive grant awards to the County of Santa Barbara includes an FY 2023 SS4A award for $192,000.

34. To the extent that additional FHWA funds for the County of Santa Barbara involve formula funds, those funds are administered by the State DOT. As stated in paragraph 6, State DOTs determine how to use their apportioned formula funds.

35. Competitive grant awards to the City of Salem includes an FY 2023 SS4A award for $2,800,000.

36. To the extent that additional FHWA funds for the City of Salem involve formula funds, those funds are administered by the State DOT. As stated in paragraph 6, State DOTs determine how to use their apportioned formula funds.

37. The Terms and Conditions applying to these awards provide the procedures under which the OA administers violations of the grant provisions, which include written notice of any perceived violation of their grant agreement, including any alleged violations of the general Terms and Conditions.

38. None of the funding for the awards mentioned in this declaration with the exception of certain PROTECT funds is expiring this fiscal year.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of March, 2026.

/s/
Arlan Finfrock
Associate Administrator for Administration
Federal Highway Administration
United States Department of Transportation