DUNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>SCOTT TURNER, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-07070-RS<br><br>**DECLARATION OF JAMIE PFISTER** |

I, Jamie Pfister, pursuant to 28 U.S.C. Section 1746, hereby declare as follows:

1. I have been employed by the United States Department of Transportation, Federal Transit Administration (FTA), since August 2002. Currently, I am the Associate Administrator of the Office of Regional Services. I make this declaration based upon personal knowledge and information made known to me in the course of my professional duties.

2. As the Associate Administrator of the Office of Regional Services, my duties and responsibilities include overseeing the work conducted in each of FTA's ten regional offices. This work includes the regional offices' review and execution of grants to ensure they are complete and includes all information required for FTA to award a grant to a recipient for a specific project.

3. Some FTA grants are discretionary, while others are "formula" grants, in which Congress designates amounts to be made available for transit projects in specific geographic areas based on statutory formulas.

4. All FTA's individual grant awards incorporate by reference the version of FTA's Master Agreement at the time of the award, as well as FTA's Certifications and Assurances document.

5. In general, FTA updates its Master Agreement approximately annually to reflect changes in law and policy, and places true and correct copies on its public website, which includes previous versions of the Master Agreement dating back to 2009: https://www.transit.dot.gov/funding/grantee-resources/sample-fta-agreements/fta-grant-agreements. After FTA publishes a new version of the Master Agreement on its website, FTA begins incorporating the new version by reference into federal financial assistance awards and amendments to awards executed after publication.

6. In Fiscal Year 2022, FTA updated the Master Agreement twice. In 2023, it did not update it at all. In 2024, FTA updated the Master Agreement twice. In 2025, FTA again updated the Master Agreement three times, in March, April, and November, and followed the procedure in the preceding paragraph each time.

7. FTA's Master Agreement has long required recipients to certify they comply with federal antidiscrimination laws and that their grant applications, certifications, and assurances are subject to the Program Fraud Civil Remedies Act and potential criminal liability for false statements. Specifically, under section 4(e), entitled *False or Fraudulent Statements or Claims*, which has been in FTA's Master Agreement since at least 2009, grant recipients agree that: (i) federal laws, including executive orders, apply to them; (ii) by executing the agreement, they certify the truthfulness and accuracy of any statements or representations; and (iii) the federal government may impose penalties for any false information the recipients provide.

8. For several years at least, FTA's Master Agreement has stated that grant recipients will comply with applicable federal requirements, including any applicable federal law, regulation, or executive order.

9. The Master Agreement requires FTA to provide the recipient written notice of any perceived violation of the agreement.

10. FTA also requires all its recipients to sign a separate annual "Certifications and Assurances" document. *See* 49 U.S.C. § 5323(n). This document compiles both universal provisions that all FTA recipients must agree to, and certifications and assurances that only apply to some recipients depending on the nature of the recipient, grant program or specific project. *See* 49 U.S.C. § 5323(n). True and correct copies of Certifications and Assurances documents dating back to 2009 are publicly available at https://www.transit.dot.gov/funding/grantee-resources/certifications-and-assurances/certifications-assurances.

11. In the universal provisions applicable to all recipients, FTA's Certifications and Assurances have long included: (i) a specific certification that the recipient agrees to comply with all Federal statutes relating to nondiscrimination (*see* Certification 1.1(f)); and (ii) an acknowledgment that all the recipient's certifications and assurances are made subject to the Program Fraud Civil Remedies Act and criminal provisions of 18 U.S.C. § 1001.

12. To accept a grant award, a recipient executes a grant document electronically through FTA's grant awards system. Again, that grant document incorporates by reference the annual Certifications and Assurances document as well as the current version of the

Master Agreement. Any grants that FTA awards (or amendments made to previously awarded grants) after the publication of a new version of the Master Agreement are made subject to the terms and conditions of that newest version.

13. DOT has been permanently enjoined from implementing or enforcing the immigration enforcement condition. *California v. Duffy*, 1:25-cv-208-JJM-PAS, ECF No. 74 (D.R.I.) (Nov. 4, 2025). Accordingly, FTA's Master Agreement does not include any grant conditions requiring cooperation with federal civil immigration enforcement in any grant agreements presented to recipients for execution on or after November 4, 2025. To the extent any such conditions were included in a previous Master Agreement that was executed or presented for signature prior to November 4, 2025, DOT will not enforce those conditions, the conditions have no legal effect, and the conditions should be considered stricken from the agreements.

14. The City of Atlanta (Atlanta) is a recipient of federal funds. In its Declaration, Atlanta stated information regarding six grants. Based on FTA records the following is the status of the six grants:
    a. GA-2026-003 5307 Lee Street Trail - Pedestrian Mobility Improvements STBG Urban - City of Atlanta (identified as 2879-2022-1 in Atlanta's Declaration). This grant, which included challenged conditions, was executed on March 11, 2026. The City of Atlanta did not object to the conditions.
    **b.** 2879-2018-1 City of Atlanta Pedestrian Accessibility Improvements FY2015 and 2016 Transportation Alternatives (Section 133(h)) Urban. This grant is under development. It is undergoing final review by FTA Region 4 staff prior to transmittal to the Department of Labor for review and certification pursuant to 49 U.S.C. 5333(b).
    c. GA-2017-027 City of Atlanta Bike-Ped Mobility Improvements Program. This grant was executed on August 9, 2017 and was most recently amended on January 29, 2026. The grant amendment incorporates by reference the current Master Agreement.
    d. GA-2017-007 Moores Mill Rd. Multimodal Improvements and Transit Layover Facility. This grant was executed on February 9, 2017 and was most recently amended on November 11, 2025. The grant amendment incorporates by reference the current Master Agreement.
    e. GA-2018-004 Atlanta Streetcar Downtown Crosstown Extension. This grant was executed on May 3, 2018 and most recently amended on February 12, 2026. The grant amendment incorporates by reference the current Master Agreement.
    f. GA-2020-023 FLEX to 5307; Boulevard Pedestrian Mobility Improvement. This grant was executed on August 20, 2020 and most recently amended on January 29, 2026. The grant amendment incorporates by reference the current Master Agreement.

15. The City of Vacaville (Vacaville) is a recipient of federal funds. In its Declaration, Vacaville stated it was awarded three DOT grants. Based on FTA records the following is the status of the Vacaville grants mentioned in its Declaration:
    a. CA-2022-011 Bus Electric Charging Station Infrastructure. This grant was executed on January 5, 2022.
    b. CA-2024-140 FY19-FY21 5307 Operating Assistance. This grant was executed on August 21, 2024.
    c. CA-2022-012 | Transit Building Expansion. This grant, which included the challenged conditions, was executed on July 14, 2025.

16. The City of Corvallis, OR (Corvallis) is a recipient of federal funds. In its Declaration, Corvallis states it received Urbanized Area Formula Grants and Low or No Emission Grants for Buses and Bus Facilities.
    a. FTA cannot determine the exact grant or grants Corvallis is referring to in its Declaration. The following are all Corvallis grants under development or executed and active.
        i. OR-2026-005 FY 2025 Section 5307 - Fixed Route Operations, Preventive Maintenance, Safety and Security, ADA Paratransit Operations is under development and has not been executed.
        ii. OR-2021-003-00 FY 2020 Sec 5307 - Battery Electric Buses, Project Administration. This grant was executed on March 15, 2021. There is a grant amendment under development that has not been executed.
        iii. OR-2023-027-00 FY 2022 Section 5307 - Fixed-Route Operating Assistance, Preventive Maintenance, Safety and Security, ADA Paratransit Operations. This grant was executed on September 1, 2023. There is a grant amendment under development that has not been executed.
        iv. OR-2023-027-01 FY 2022 Section 5307 - Fixed-Route Operating Assistance, Preventive Maintenance, Safety and Security, ADA Paratransit Operations. This grant, which included the challenged conditions, was executed on August 15, 2025.
        v. OR-2021-025-00|ARP Act - FY 2021 Section 5307 - Operating Assistance for Corvallis Transit System. This grant was executed on August 16, 2021.
        vi. OR-2025-058 FY 2022 5339(c) - Replacement Bus Purchases. This grant, which included the challenged conditions, was executed on September 25, 2025.

17. The Second Amended Complaint also lists the City of Santa Cruz and the County of Santa Barbara as "FTA Plaintiffs". *See* SAC ¶232. In the City of Santa Cruz Declaration, they list "$4,852,609 in DOT funding for Rail Trail Segments." *See* Cabell Decl. ¶12. However, FTA does not have any grants with the City of Santa Cruz, either executed or under development, that match that description. In addition, the County of Santa Barbara has not submitted a declaration stating that it receives any FTA funds.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of March, 2026.

JAMIE DURHAM PFISTER Digitally signed by JAMIE DURHAM PFISTER Date: 2026.03.19 16:28:17 -04'00'

/s/___________
Jamie Pfister
Associate Administrator
Office of Regional Services
Federal Transit Administration