ANDREW JANZ (SBN 287672)
Fresno City Attorney
andrew.janz@fresno.gov
CITY OF FRESNO
2600 Fresno Street
Fresno, CA 93721
Telephone: (559) 621-7500
Facsimile: (559) 457-1084
*Attorney for Plaintiff*
CITY OF FRESNO

KELSEY MCELVEEN (MN BN 0396744)*
Assistant City Attorney
Kelsey.McElveen@ci.stpaul.mn.us
SAINT PAUL CITY ATTORNEY'S OFFICE
400 City Hall and Courthouse
15 Kellogg Boulevard West
Saint Paul, Minnesota 55102
Telephone: (651) 266-8710
Facsimile: (651) 298-5619
*Attorneys for Plaintiff*
CITY OF SAINT PAUL
* *Appearing pro hac vice*

MELISSA C. ALLISON (MA BN 657470)*
mallison@andersonkreiger.com
CHRISTINA S. MARSHALL
(MA BN 688348)*
cmarshall@andersonkreiger.com
ANDERSON & KREIGER LLP
50 Milk Street, Floor 21
Boston, MA 02109
Telephone: (617) 621-6500
*Attorneys for Plaintiffs*
COUNTY OF MONROE
MONROE COUNTY AIRPORT
AUTHORITY
* *Appearing pro hac vice*

JONATHAN V. HOLTZMAN (SBN 99795)
jholtzman@publiclawgroup.com
JAMES R. ROSS (SBN 149199)
jross@publiclawgroup.com
RYAN P. McGINLEY-STEMPEL (SBN 296182)
rmcginleystempel@publiclawgroup.com
JAKE D. FREITAS (SBN 341837)
jfreitas@publiclawgroup.com
MARIBEL LOPEZ (SBN 340907)
mlopez@publiclawgroup.com
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Facsimile: (415) 848-7230
*Attorneys for Plaintiffs*
CITY OF FRESNO; CITY OF EUREKA; CITY OF
SOUTH LAKE TAHOE; COUNTY OF
SACRAMENTO; COUNTY OF MONROE;
MONROE COUNTY AIRPORT AUTHORITY;
COUNTY OF SAN DIEGO, COUNTY OF MARIN;
CITY OF ALAMEDA; CITY OF REDWOOD
CITY; CITY OF ATLANTA; CITY OF
BEAVERTON; CITY OF CORVALLIS; CITY OF
HILLSBORO; CITY OF MOUNTAIN VIEW; CITY
OF SALEM; CITY OF SAN MATEO; CITY OF
SANTA CLARA; CITY OF SANTA CRUZ; CITY
OF STOCKTON; CITY OF SUNNYVALE; CITY
OF VACAVILLE; COUNTY OF LOS ANGELES;
COUNTY OF SANTA BARBARA

BRIAN E. WASHINGTON (SBN 146807)
Marin County Counsel
KATE K. STANFORD (SBN 302825)
Deputy County Counsel
kate.stanford@marincounty.gov
EDWARD F. SEARS (SBN 297775)
Deputy County Counsel
ned.sears@marincounty.gov
OFFICE OF THE COUNTY COUNSEL
COUNTY OF MARIN
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Telephone: (415) 473-6117
Facsimile: (415) 473-3796
*Attorneys for Plaintiff*
COUNTY OF MARIN

RENNE PUBLIC LAW GROUP
Attorneys at Law

ALLEGRA J. LAWRENCE
(GA BN 439797)**
lawrence@khlawfirm.com
MICHELLE McCLAFFERTY
(ASB-0880-N10I)**
McClafferty@khlawfirm.com
KREVOLIN & HORST, LLC
1201 West Peachtree St., Suite 3500
Atlanta, GA 30309
Telephone: (404) 400-3350
*Attorneys for Plaintiff*
CITY OF ATLANTA
**Application for pro hac vice forthcoming*

YIBIN SHEN (SBN 233545)
Alameda City Attorney
yshen@alamedaca.gov
CARA SILVER (SBN 136992)
Special Counsel
csilver@alamedaca.gov
DANIEL J. TURNER (SBN 336499)
Deputy City Attorney
dturner@alamedaca.gov
2263 Santa Clara Avenue, Rm 280
Alameda, CA 94501
Telephone: (510) 747-4750
*Attorneys for Plaintiff*
CITY OF ALAMEDA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CITY OF FRESNO et al.,

    Plaintiffs,

v.

SCOTT TURNER in his official capacity as
Secretary of the U.S. Department of Housing and
Urban Development et al.,

    Defendants.

Case No.: 3:25-cv-07070-RS

**SUPPLEMENTAL DECLARATION OF
RICKY SMITH IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY
INJUNCTION**

Complaint Filed: August 20, 2025
FAC Filed: September 8, 2025
SAC Filed: February 9, 2026

Hon. Richard Seeborg

My name is Ricky Smith. I am over the age of eighteen and competent to testify to the matters set forth herein.

1. Based on my review of documents and information available to me, I have personal knowledge of the facts set forth in this Supplemental Declaration and am otherwise competent to testify to the matters contained herein.

2. I am providing this Supplemental Declaration to provide updated information about the status of the federal grants sought and received by Hartsfield-Jackson Atlanta International Airport (hereafter, "the Airport" or "ATL"), which has developed since I executed my previous

-1-

RENNE PUBLIC LAW GROUP
Attorneys at Law

Declaration on February 26, 2026.

**Active Grants**

3. ATL currently has twelve active grants from the Federal Aviation Administration ("FAA") under three programs: the Airport Terminal Program, the Airport Infrastructure Grants, and the Airport Improvement Program. Since the time I executed my previous Declaration, two of the Airport's active grants have concluded. The Airport's twelve active grants total $234,140,295 in funding.

4. Active grants are those for which ATL has an executed grant agreement pursuant to which ATL is expending federal funds by drawing down available grant funds or seeking reimbursement.

5. Although ATL did not receive *new* FAA grants during FY 2025, throughout FY 2025, ATL received and used FAA funding awarded under FY 2022, FY 2023 and FY 2024 grants. Additionally, ATL intends to pursue funds available through FY 2025 entitlement grants that carried over to FY 2026.

**Application Process**

6. Preapplications are a crucial step in the ATL's process of seeking and procuring FAA funds. At the preapplication phase of the grant process, the Airport provides details to the FAA regarding total estimated project costs, the scope of work for grant projects, construction plans and specifications, grant payments, and reporting requirements. Thus, preapplications present the Airport's general assessment of its need for federal funding, and they afford the FAA the opportunity to respond and plan its financial commitments.

7. In my experience, participation in the preapplication process is essential to the effective pursuit and receipt of FAA grants.

8. In November 2025, ATL submitted preapplications for three grants as the first of several steps in the grant application process. The funding for which ATL applied in November 2025 totaled $48,933,406 (broken down into three separate preapplications of $30,685,345, $8,248,057, and $10,000,000), and it is intended for Reconstruction of Runway 9L/27R.

9. In December 2025, ATL submitted one preapplication for the Airport Terminal Program (ATP) as the first step in the grant application process. The funding for which ATL applied in December 2025 was $36,257,204 and is intended for Central Pre-Conditioned Air for Concourses B and E

-2-

SMITH SUPP DEC ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION – CASE NO. 3:25-cv-07070-RS

RENNE PUBLIC LAW GROUP
Attorneys at Law

project.

10. In March 2026, ATL updated its November 2025 preapplications and previous FY 2025 preapplications at the invitation of the FAA. These updated applications reflect revised financial projections totaling $149,821,279.

11. In addition to submitting preapplications in November 2025 and March 2026, ATL participated in pre-grant conferences to provide the FAA with the information necessary to evaluate the Airport's funding needs and planned projects.

12. Absent additional requests from the FAA related to ATL's preapplications or otherwise, the next step of the grant process is submitting a final application on or around May 1, 2026.

13. The federal funding that the Airport is seeking in its preapplications, as well as the funding upon which it relies from its twelve currently active FAA grants, is a vital source of revenue and helps ensure that the Airport's critical infrastructure needs are met.

In accordance with 28 U.S.C. Section 1746, I declare that the foregoing is true and correct.

Executed at ___, on March __, 2026.

3/26/2026

Signed by:

*Ricky Smith*

A0DF3A02E663435...

Ricky Smith

RENNE PUBLIC LAW GROUP
Attorneys at Law

-3-

SMITH SUPP DEC ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION – CASE NO. 3:25-cv-07070-RS