UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO, et al., | Case No.  25-cv-07070-RS |
| Plaintiffs, | |
| v. | **AMENDED PRELIMINARY INJUNCTION** |
| SCOTT TURNER, et al., | |
| Defendants. | |

For the reasons set forth in the Court's accompanying Order Granting Preliminary Injunction, Dkt. 89, it is hereby ORDERED that the initial preliminary injunction, Dkt. 46, is extended to the newly added parties in the Second Amended Complaint. A preliminary injunction is entered as follows:

(1) The U.S. Department of Housing and Urban Development (HUD), the U.S. Department of Transportation (DOT), including the Federal Transit Administration (FTA), Federal Highway Administration (FHWA), Federal Aviation Administration (FAA), Federal Railway Administration (FRA), and the National Highway Traffic Safety Administration (NHTSA), and the U.S. Department of Health and Human Services (HHS), and their officers, agents, servants, employees, and attorneys, and any other persons who are in active concert or participation with them (collectively "Enjoined Parties"), are enjoined from, as to the Plaintiffs, (1) imposing or enforcing the Grant Conditions or any materially similar terms or

conditions with respect to any grants awarded to Plaintiffs; (2) requiring the Plaintiffs to make any "certification" or other representation related to compliance with such terms or conditions; or (3) refusing to issue, process, or sign grant agreements based on Plaintiffs' participation in this lawsuit.

(2) The Enjoined Parties shall immediately take every step necessary to effectuate this order, including clearing any administrative, operational, or technical hurdles.

(3) By the second day after entry of this Order, Enjoined Parties shall serve and file a declaration(s) verifying that (1) Plaintiffs are not subject to the Grant Conditions and (2) they have complied with this Order, including serving a copy of this order on every defendant agency head, and detailing what additional steps, if any, they have taken to comply.

(4) The amended preliminary injunction shall remain in effect pending further orders from this Court.

**IT IS SO ORDERED**.

Dated: April 28, 2026

RICHARD SEEBORG
Chief United States District Judge