CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

　　　450 Golden Gate Avenue, Box 36055
　　　San Francisco, California 94102-3495
　　　Telephone: (415) 436-7224
　　　Facsimile: (415) 436-6748
　　　jevechius.bernardoni@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF FRESNO, *et al.*, <br><br>　　　Plaintiffs, <br><br>　　v. <br><br> SCOTT TURNER, *et al.*, <br><br>　　　Defendants. | Case No. 3:25-cv-07070-RS <br><br> **DEFENDANTS' NOTICE OF FILING OF AGENCY DECLARATIONS** <br><br> The Honorable Richard Seeborg |

On April 28, 2026, this Court issued an amended preliminary injunction in this case. ECF No. 90. Among other things, the Order requires certain Defendants, by April 30, 2026, to "serve and file a declaration(s) verifying that (1) Plaintiffs are not subject to the Grant Conditions and (2) they have complied with this Order, including serving a copy of this order on every defendant agency head, and detailing what additional steps, if any, they have taken to comply." ECF No. 90. Defendants hereby submit the required declarations as attachments to this notice.

//

//

//

//

//

DEFENDANTS' NOTICE OF FIING OF AGENCY DECLARATIONS
No. 3:25-cv-07070-RS　　　　　　　　　　　　1

DATED:  April 30, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Jevechius D. Bernardoni*
JEVECHIUS D. BERNARDONI
Assistant United States Attorney

Attorneys for Defendants