UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF FRESNO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT TURNER, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-07070-RS<br><br>**DECLARATION OF WILMA ROBINSON REGARDING DEFENDANTS' COMPLIANCE WITH AMENDED PRELIMINARY INJUNCTION ORDER_____** |

I, Wilma Robinson, declare as follows:

1. I am the Deputy Executive Secretary of the U.S. Department of Health and Human Services (HHS). In this capacity, I am responsible for managing the Department's development and review of regulations, correspondence, reports to Congress, and other policy documents, and for mediating issues among HHS Divisions, communicating Secretarial decisions, and ensuring the implementation of those decisions.

2. I make this declaration based on my personal knowledge and information provided to me in my official capacity.

3. I am aware of the above-captioned lawsuit filed against HHS and Robert F. Kennedy, Jr., Secretary of HHS, and I am aware of the Amended Preliminary Injunction Order ("Order") that was entered in this case on April 28, 2026. Among other things, the Order requires HHS to serve and file a declaration verifying that it has complied with the Order, including serving a copy of the Order on its agency head, and detailing what additional steps it has taken to comply.

4. On April 29, 2026, a copy of the Order was provided to Secretary Kennedy.

5. The Order prevents HHS from imposing upon or enforcing against any Plaintiff certain grant conditions that either require compliance with executive orders identified by the Court—including Executive Order No. 14151, 90 Fed. Reg. 8339 (Jan. 29, 2025) (Ending Radical and Wasteful Government DEI Programs and Preferencing); Executive Order No. 14168, 90 Fed. Reg. 8615 (Jan. 30, 2025) (Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal

Government); Executive Order No. 14173, 90 Fed. Reg. 8633 (Jan. 31, 2025) (Ending Illegal Discrimination and Restoring Merit-Based Opportunity); Executive Order No. 14182, 90 Fed. Reg. 8751 (Jan. 31, 2025) (Enforcing the Hyde Amendment); Executive Order No. 14218, 90 Fed. Reg. 10581 (Feb. 19, 2025) (Ending Taxpayer Subsidization of Open Borders); Executive Order No. 14287, 90 Fed. Reg. 18761 (Apr. 28, 2025) (Protecting American Communities From Criminal Aliens); and Executive Order No. 14332, 90 Fed. Reg. 38929 (Aug. 12, 2025) (Improving Oversight of Federal Grantmaking)—or otherwise require a Plaintiff grantee to certify that it does not promote DEI activities that violate anti-discrimination laws; that it does not promote gender ideology or elective abortion; or that it is required to cooperate with federal immigration enforcement.

6.     Plaintiffs will not be subject to the enjoined grant conditions while the Order is in effect.

7.     On April 29, 2026, a copy of the Order and accompanying compliance instructions were provided to the heads of all HHS Operating Divisions; to the office of the Assistant Secretary for Financial Resources (ASFR); and, through ASFR, to all HHS Chief Grants Management Officers (CGMOs). CGMOs are the individuals responsible for coordinating the imposition and enforcement of terms and conditions of HHS grants for their respective Operating Divisions, and, accordingly, for ensuring that actions enjoined by the Order will not be taken against the Plaintiffs.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed on April 30, 2026.


Wilma Robinson
Deputy Executive Secretary
U.S. Department of Health and Human Services

ROBINSON DECL. REGARDING DEFENDANTS' COMPLIANCE WITH AMENDED PRELIMINARY INJUNCTION
No. 3:25-cv-07070-RS                                2