CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7224
Facsimile: (415) 436-6748
jevechius.bernardoni@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF FRESNO, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>SCOTT TURNER, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-07070-RS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE TO ANSWER SECOND AMENDED COMPLAINT**<br><br>The Honorable Richard Seeborg |

Subject to the Court's approval, the parties stipulate as follows:

WHEREAS, on April 28, 2026, the Court issued an order denying Defendants' motion to dismiss the second amended complaint (ECF No. 89);

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendants' deadline to file an answer to the second amended complaint is currently May 12, 2026;

WHEREAS, on May 8, 2026, Defendants filed a motion to stay the above-captioned action pending resolution of the appeal in *County of King v. Turner*, No. 25-3664 (9th Cir.) (ECF No. 93); and

WHEREAS, the parties are currently engaged in negotiations regarding case scheduling and, in order to facilitate those negotiations, wish to continue Defendants' response deadline up to and including May 22, 2026.

NOW, THEREFORE, the parties hereby stipulate and agree, subject to Court approval, that the deadline for Defendants to file an answer to the second amended complaint should be continued up to and

including May 22, 2026.

DATED:  May 12, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Jevechius D. Bernardoni\**
JEVECHIUS D. BERNARDONI
Assistant United States Attorney

Attorneys for Defendants

Dated:  May 12, 2026

RENNE PUBLIC LAW GROUP

By: */s/ James R. Ross*
JAMES R. ROSS

Attorneys for Plaintiffs
City of Fresno; City of Eureka; City of South
Lake Tahoe; County of Sacramento; County of
Monroe; Monroe County Airport Authority;
County of San Diego, County of Marin; City of
Alameda; City of Redwood City; City of Atlanta;
City of Beaverton; City of Corvallis; City of
Hillsboro; City of Mountain View; City of Salem;
City of San Mateo; City of Santa Clara; City of
Santa Cruz; City of Stockton; City of Sunnyvale;
City of Vacaville; County of Los Angeles;
County of Santa Barbara

Dated:  May 12, 2026

SAINT PAUL CITY ATTORNEY'S OFFICE

By: */s/ Kelsey McElveen*
KELSEY MCELVEEN *
* *Appearing pro hac vice*

Attorneys for Plaintiff
City of Saint Paul

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS ORDERED THAT Defendants' deadline to file an answer to the second amended complaint is continued up to and including May 22, 2026.

IT IS SO ORDERED.

DATED:

_____
THE HONORABLE RICHARD SEEBORG