CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7224
Facsimile: (415) 436-6748
jevechius.bernardoni@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF FRESNO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT TURNER, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-07070-RS<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE TO ANSWER SECOND AMENDED COMPLAINT**<br><br>The Honorable Richard Seeborg |

Subject to the Court's approval, the parties stipulate as follows:

WHEREAS, on April 28, 2026, the Court issued an order denying Defendants' motion to dismiss the second amended complaint (ECF No. 89);

WHEREAS, on May 8, 2026, Defendants filed a motion to stay the above-captioned action pending resolution of the appeal in *County of King v. Turner*, No. 25-3664 (9th Cir.) (ECF No. 93);

WHEREAS, on May 12, 2026, the parties filed a stipulation continuing Defendants' deadline to file an answer to the second amended complaint to May 22, 2026; and

WHEREAS, the parties are continuing to negotiate regarding case scheduling and, in order to facilitate those negotiations, wish to continue Defendants' response deadline up to and including May 29, 2026.

NOW, THEREFORE, the parties hereby stipulate and agree, subject to Court approval, that the deadline for Defendants to file an answer to the second amended complaint should be continued up to and

including May 29, 2026.

DATED:  May 20, 2026                                    Respectfully submitted,


                                                                CRAIG H. MISSAKIAN
                                                                United States Attorney

                                                                */s/ Jevechius D. Bernardoni*
                                                                JEVECHIUS D. BERNARDONI
                                                                Assistant United States Attorney

                                                                Attorneys for Defendants


Dated:  May 20, 2026                                   RENNE PUBLIC LAW GROUP


                                                                By: */s/ James R. Ross*
                                                                    JAMES R. ROSS

                                                                Attorneys for Plaintiffs
                                                                City of Fresno; City of Eureka; City of South
                                                                Lake Tahoe; County of Sacramento; County of
                                                                Monroe; Monroe County Airport Authority;
                                                                County of San Diego, County of Marin; City of
                                                                Alameda; City of Redwood City; City of Atlanta;
                                                                City of Beaverton; City of Corvallis; City of
                                                                Hillsboro; City of Mountain View; City of Salem;
                                                                City of San Mateo; City of Santa Clara; City of
                                                                Santa Cruz; City of Stockton; City of Sunnyvale;
                                                                City of Vacaville; County of Los Angeles;
                                                                County of Santa Barbara

Dated:  May 20, 2026                                   SAINT PAUL CITY ATTORNEY'S OFFICE


                                                                By: */s/ Kelsey McElveen*
                                                                        KELSEY MCELVEEN *
                                                                * *Appearing pro hac vice*

                                                                Attorneys for Plaintiff
                                                                City of Saint Paul

**In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury*
*that all signatories have concurred in the filing of this document.*

[PROPOSED] **ORDER**

Pursuant to stipulation, IT IS ORDERED THAT Defendants' deadline to file an answer to the second amended complaint is continued up to and including May 29, 2026.

IT IS SO ORDERED.

DATED:

_____
THE HONORABLE RICHARD SEEBORG