CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7224
Facsimile: (415) 436-6748
jevechius.bernardoni@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CITY OF FRESNO, *et al.*,

Plaintiffs,

v.

SCOTT TURNER, *et al.*,

Defendants.

Case No. 3:25-cv-07070-RS

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT'S CERTIFIED ADMINISTRATIVE RECORD**

The Honorable Richard Seeborg

Defendants Scott Turner, in his official capacity ("Turner"), and the United States Department of Housing and Urban Development ("HUD") file the attached Certified Administrative Record for the above-captioned case.

DATED: August 17, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Jevechius D. Bernardoni*
JEVECHIUS D. BERNARDONI
Assistant United States Attorney

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CITY OF FRESNO, *et al.*,

Plaintiffs,

v.

SCOTT TURNER, *et al.*,

Defendants.

Case No. 3:25-cv-07070-RS

**HUD's CERTIFICATION OF THE ADMINISTRATIVE RECORD**

I, James G. Bartolotto, hereby declare as follows:

1. I am the Associate General Counsel for Litigation, Office of General Counsel at the U.S. Department of Housing and Urban Development ("HUD"). I have served in this position since June 30, 2024.

2. In my capacity as Associate General Counsel, I am responsible for providing oversight and supervision related to all defensive litigation matters and cases in which HUD has been named a party or is otherwise involved directly or indirectly. The facts attested to herein are based upon my personal knowledge or information made available to me in the course of my official duties.

3. I certify that the attached administrative record is, to the best of my knowledge and belief, a true, correct, and complete copy of the non-privileged information for this matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this **12th** day of August, 2026, in Alexandria, Virginia.

JAMES BARTOLOTTO Digitally signed by JAMES BARTOLOTTO Date: 2026.08.12 11:50:40 -04'00'

JAMES G. BARTOLOTTO

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7224
Facsimile: (415) 436-6748
jevechius.bernardoni@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CITY OF FRESNO, *et al.*,

Plaintiffs,

v.

SCOTT TURNER, *et al.*,

Defendants.

Case No. 3:25-cv-07070-RS

**INDEX TO U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT'S CERTIFIED ADMINISTRATIVE RECORD**

The Honorable Richard Seeborg

| **Filename** | **Begin Bates** | **End Bates** | **Time and Date** |
|---|---|---|---|
| Sanford, FL - Action Plan 9.18.25.docx | HUD-AR-00001 | HUD-AR-00182 | 9/18/2025 15:43 |
| Hot Springs, AR - Action Plan 9.18.25.pdf | HUD-AR-00183 | HUD-AR-00269 | 9/18/2025 220:22 |
| Salt Lake City, UT- Consolidated Plan 09-23-25.pdf | HUD-AR-00270 | HUD-AR-00657 | 9/23/2025 19:22 |
| 25.09.03 Maryland MD Consolidated Plan.docx | HUD-AR-00658 | HUD-AR-00873 | 9/5/2025 13:47 |
| 25.08.14 Mississippi Consolidated Plan 2025 v3.docx | HUD-AR-00874 | HUD-AR-01141 | 8/14/2025 21:00 |
| 25.07.10 Normal IL Action Plan.docx | HUD-AR-01142 | HUD-AR-01176 | 7/10/2025 21:02 |
| <External Message> revised and resubmitted - Clackamas County, OR FY25 Action Plan | HUD-AR-01177 | HUD-AR-01179 | 7/31/2025 20:07 |

| | | | |
|---|---|---|---|
| <External Message> revised and resubmitted - Clackamas County, OR FY25 Action Plan | HUD-AR-01180 | HUD-AR-01182 | 7/31/2025 20:07 |
| <External Message> RE: NOTIFICATION: Greeley, CO FY25 Consolidated Plan/Action Plan | HUD-AR-01183 | HUD-AR-01185 | 9/16/2025 20:08 |
| <External Message> Re: NOTIFICATION: Lawrence, MA FY25 Consolidated Plan/Action Plan | HUD-AR-01186 | HUD-AR-01188 | 9/17/2025 13:26 |
| <External Message> RE: NOTIFICATION: Goldsboro, NC FY25 Consolidated Plan/Action Plan | HUD-AR-01189 | HUD-AR-01191 | 9/19/2025 18:22 |
| <External Message> Re: NOTIFICATION: Hot Springs, AR FY25 Consolidated Plan/Action Plan | HUD-AR-01192 | HUD-AR-01194 | 9/22/2025 19:39 |
| <External Message> RE: NOTIFICATION: Sanford, FL FY25 Consolidated Plan/Action Plan | HUD-AR-01195 | HUD-AR-01198 | 9/22/2025 17:57 |
| RE: <External Message> Re: NOTIFICATION: Mission, TX FY25 Consolidated Plan/Action Plan | HUD-AR-01199 | HUD-AR-01200 | 9/22/2025 22:13 |
| <External Message> RE: NOTIFICATION: Salt Lake City, UT FY25 Consolidated Plan/Action Plan | HUD-AR-01201 | HUD-AR-01202 | 9/23/2025 16:59 |
| Salt Lake City Assurance Page 292 of Con Plan.pdf | HUD-AR-01203 | HUD-AR-01203 | 9/23/2025 16:29 |
| Salt Lake City AAP change - page 370.pdf | HUD-AR-01204 | HUD-AR-01204 | 9/23/2025 16:37 |
| RE: <External Message> RE: NOTIFICATION: Sherman, TX FY25 Consolidated Plan/Action Plan | HUD-AR-01205 | HUD-AR-01207 | 9/5/2025 17:36 |
| <External Message> RE: NOTIFICATION: Palm Beach County, FL FY25 Consolidated Plan/Action Plan | HUD-AR-01208 | HUD-AR-01209 | 9/9/2025 20:21 |
| <External Message> RE: NOTIFICATION: Skokie, IL FY25 Consolidated Plan/Action Plan | HUD-AR-01210 | HUD-AR-01212 | 9/9/2025 13:51 |
| Re: <External Message> Re: NOTIFICATION: Springfield, OH FY25 Consolidated Plan/Action Plan | HUD-AR-01213 | HUD-AR-01216 | 9/14/2025 3:06 |
| <External Message> Re: NOTIFICATION: Baton Rouge, | HUD-AR-01217 | HUD-AR-01220 | 9/15/2025 20:52 |

| | | | |
|---|---|---|---|
| LA FY25 Consolidated Plan/Action Plan | | | |
| <External Message> RE: NOTIFICATION: Laredo, TX FY25 Consolidated Plan/Action Plan | HUD-AR-01221 | HUD-AR-01223 | 9/15/2025 20:48 |
| <External Message> RE: NOTIFICATION: Barnstable County, MA Consortium FY25 Consolidated Plan/Action Plan | HUD-AR-01224 | HUD-AR-01226 | 9/3/2025 19:47 |
| <External Message> RE: NOTIFICATION: El Paso, TX FY25 Consolidated Plan/Action Plan | HUD-AR-01227 | HUD-AR-01229 | 8/19/2025 20:56 |
| <External Message> RE: NOTIFICATION: San Diego County, CA Consortium (including all entitlement members) FY25 Consolidated Plan/Action Plan | HUD-AR-01230 | HUD-AR-01232 | 8/21/2025 16:18 |
| <External Message> RE: NOTIFICATION: Contra Costa County, CA Consortium (including all entitlement members) FY25 Consolidated Plan/Action Plan | HUD-AR-01233 | HUD-AR-01235 | 8/21/2025 15:54 |
| <External Message> RE: NOTIFICATION: Tacoma, WA FY25 Consolidated Plan/Action Plan | HUD-AR-01236 | HUD-AR-01238 | 8/21/2025 15:25 |
| <External Message> Re: NOTIFICATION: Lancaster, PA FY25 Consolidated Plan/Action Plan | HUD-AR-01239 | HUD-AR-01240 | 8/21/2025 14:52 |
| <External Message> Re: NOTIFICATION: Hamilton County, OH FY25 Consolidated Plan/Action Plan | HUD-AR-01241 | HUD-AR-01243 | 8/14/2025 13:36 |
| <External Message> RE: NOTIFICATION: State of Mississippi FY25 Consolidated Plan/Action Plan | HUD-AR-01244 | HUD-AR-01246 | 8/14/2025 21:09 |
| State Assurance Statments.pdf | HUD-AR-01247 | HUD-AR-01247 | 8/14/2025 19:30 |
| <External Message> Re: NOTIFICATION: Hamilton County, OH FY25 Consolidated Plan/Action Plan | HUD-AR-01248 | HUD-AR-01250 | 8/14/2025 13:36 |
| <External Message> Re: NOTIFICATION: New Brunswick, NJ FY25 Consolidated Plan/Action Plan | HUD-AR-01251 | HUD-AR-01252 | 7/25/2025 18:26 |

| | | | |
|---|---|---|---|
| <External Message> revised and resubmitted - Clackamas County, OR FY25 Action Plan | HUD-AR-01253 | HUD-AR-01255 | 7/31/2025 20:07 |
| <External Message> RE: NOTIFICATION: Paterson, NJ FY25 Consolidated Plan/Action Plan - Correction Made | HUD-AR-01256 | HUD-AR-01258 | 8/6/2025 19:17 |
| Paterson 2025-2029 ConPlan Final Draft (HUD EO Review edits 8.06.2025).docx | HUD-AR-01259 | HUD-AR-01484 | 8/6/2025 18:29 |
| <External Message> RE: NOTIFICATION: City of Mankato, MN FY25 Consolidated Plan/Action Plan | HUD-AR-01485 | HUD-AR-01487 | 7/9/2025 20:48 |
| <External Message> RE: NOTIFICATION: City of Manchester NH FY25 Consolidated Plan/Action Plan | HUD-AR-01488 | HUD-AR-01489 | 7/9/2025 16:58 |
| <External Message> RE: [EXT]NOTIFICATION: San Luis Obispo County, CA FY25 Consolidated Plan/Action Plan | HUD-AR-01490 | HUD-AR-01493 | 7/21/2025 19:08 |
| <External Message> Re: NOTIFICATION: Ithaca, NY FY25 Consolidated Plan/Action Plan - Notice of Resubmitted Plan | HUD-AR-01494 | HUD-AR-01496 | 7/22/2025 15:01 |
| FW: <External Message> RE: NOTIFICATION: City of Rocklin FY25 Consolidated Plan/Action Plan | HUD-AR-01497 | HUD-AR-01501 | 6/26/2025 21:27 |
| <External Message> Re: NOTIFICATION: Lawrence, MA FY25 Consolidated Plan/Action Plan | HUD-AR-01502 | HUD-AR-01504 | 9/17/2025 13:26 |
| <External Message> Re: NOTIFICATION: Malden MA (and consortium members) FY25 Consolidated Plan/Action Plan | HUD-AR-01505 | HUD-AR-01508 | 8/5/2025 16:02 |
| <External Message> FW: NOTIFICATION: Malden MA (and consortium members) FY25 Consolidated Plan/Action Plan | HUD-AR-01509 | HUD-AR-01512 | 8/5/2025 13:33 |
| <External Message> RE: NOTIFICATION: City of Framingham (MA) FY25 Consolidated Plan/Action Plan | HUD-AR-01513 | HUD-AR-01515 | 6/27/2025 16:01 |
| <External Message> RE: NOTIFICATION: State of Vermont FY25 Consolidated Plan/Action Plan | HUD-AR-01516 | HUD-AR-01517 | 7/9/2025 16:50 |
| <External Message> RE: NOTIFICATION: City of | HUD-AR-01518 | HUD-AR-01519 | 7/9/2025 16:58 |

| | | | |
|---|---|---|---|
| Manchester NH FY25 Consolidated Plan/Action Plan | | | |
| <External Message> RE: NOTIFICATION: City of Pittsfield MA FY25 Consolidated Plan/Action Plan | HUD-AR-01520 | HUD-AR-01522 | 7/10/2025 15:07 |
| Pittsfield CDBG Con Plan_ 7-10-25 Fixes.pdf | HUD-AR-01523 | HUD-AR-01903 | 7/10/2025 15:04 |
| 2025-21120 PROWRA.pdf | HUD-AR-01904 | HUD-AR-01906 | 11/26/2025 16:36 |
| 2025.02.05_AG_Memo_Sanctuary_ Jurisdiction_Directives.pdf | HUD-AR-01907 | HUD-AR-01909 | 2/6/2025 16:13 |
| 20250711-AG-Order-Limiting-Exceptions-to-PRWORA_0.pdf | HUD-AR-01910 | HUD-AR-01918 | 7/11/2025 21:16 |
| 20250729-AG-Bondi-Memo-Guidance-for-Recipients-of-Federal-Funding-Regarding-UnlawfulDiscrimination_0.pdf | HUD-AR-01919 | HUD-AR-01927 | 7/30/2025 16:26 |
| 6-5-2025-HUD-Response-to-COSCDA-NCDA.pdf | HUD-AR-01928 | HUD-AR-01931 | 6/6/2025 14:44 |
| Administrative-Requirements-Addendum-FY2025.pdf | HUD-AR-01932 | HUD-AR-01942 | 4/22/2025 17:07 |
| DEC Report Final from DEC.PDF | HUD-AR-01943 | HUD-AR-01951 | 11/13/2025 22:20 |
| EO 14159 Protecting th e American People Against Invasion.pdf | HUD-AR-01952 | HUD-AR-01957 | 1/29/2025 15:33 |
| EO 14218 Ending Taxpayer Subsidization of Open Borders.pdf | HUD-AR-01958 | HUD-AR-01959 | 2/25/2025 4:39 |
| EO 14287 Protecting American Communities From Criminal Aliens.pdf | HUD-AR-01960 | HUD-AR-01962 | 5/2/2025 2:51 |
| Office of Public Affairs _ Justice Department Publishes List of Sanctuary Jurisdictions _ United States Department of Justice 2025.08.04.pdf | HUD-AR-01963 | HUD-AR-01967 | 1/14/2026 19:43 |
| Office of the Attorney General _ U.S. Sanctuary Jurisdiction List Following Executive Order 14287_ Protecting American Communities From Criminal Aliens.pdf | HUD-AR-01968 | HUD-AR-01970 | 1/14/2026 19:31 |
| Worst Case Housing Needs 2025 Report to Congress.pdf | HUD-AR-01971 | HUD-AR-02097 | 1/22/2026 14:44 |
| 2023-AHAR-Part-1.pdf | HUD-AR-02098 | HUD-AR-02214 | 1/5/2024 16:32 |
| 2024-AHAR-Part-1.pdf | HUD-AR-02215 | HUD-AR-02331 | 12/24/2024 16:12 |
| AHAR-Part-2-2022.pdf | HUD-AR-02332 | HUD-AR-02440 | 8/1/2024 16:25 |
| AHS TABLE8A 5_19_2026.pdf | HUD-AR-02441 | HUD-AR-02446 | 6/5/2026 18:35 |
| An-Evaluation-of-the-CDBG-Formulas-Targeting-to-Community-Development-Need-2023.pdf | HUD-AR-02447 | HUD-AR-02513 | 12/6/2023 15:30 |
| Assisted Housing National and Local Stats | HUD-AR-02514 | HUD-AR-02520 | |

| | | | |
|---|---|---|---|
| Assisted Housing National and Local Stats.pdf | HUD-AR-02521 | HUD-AR-02522 | 6/5/2026 18:03 |
| BFI_WP_2025-49.pdf | HUD-AR-02523 | HUD-AR-02543 | 4/8/2025 2:47 |
| camarota-welfare-excel_0.pdf | HUD-AR-02544 | HUD-AR-02567 | 6/16/2026 19:01 |
| CoC_AwardComp_NatlTerrDC_2024.pdf | HUD-AR-02568 | HUD-AR-02568 | 9/24/2025 17:51 |
| Consequences of Illegal Immigration for Housing Affordability, Government Budgets, and American Workers | HUD-AR-02569 | HUD-AR-02589 | 9/25/2024 |
| DHS-HUD-MOU-032425.pdf | HUD-AR-02590 | HUD-AR-02591 | 3/24/2025 21:09 |
| Exploring-Homelessness-Among-People.pdf | HUD-AR-02592 | HUD-AR-02669 | 3/9/2021 15:24 |
| Family-Options-Study-Full-Report.pdf | HUD-AR-02670 | HUD-AR-02944 | 10/19/2016 18:54 |
| FamilyOptionsStudy-LongTerm tracking.pdf | HUD-AR-02945 | HUD-AR-03097 | 7/28/2020 18:22 |
| FamilyOptionsStudy_final.pdf | HUD-AR-03098 | HUD-AR-03405 | 8/7/2015 21:15 |
| FINAL 9-3-25 FY25 CDBG Grant Agreement Template.pdf | HUD-AR-03406 | HUD-AR-03413 | 6/5/2026 17:21 |
| FINAL 9-3-25 FY25 ESG Grant Agreement Template.pdf | HUD-AR-03414 | HUD-AR-03420 | 6/5/2026 17:21 |
| FINAL 9-3-25 FY25 HOME Grant Agreement Template.pdf | HUD-AR-03421 | HUD-AR-03428 | 6/5/2026 17:22 |
| FINAL 9-3-25 FY25 HOPWA Grant Agreement Template.pdf | HUD-AR-03429 | HUD-AR-03436 | 6/5/2026 17:22 |
| FINAL 9-3-25 FY25 HTF Grant Agreement Template.pdf | HUD-AR-03437 | HUD-AR-03443 | 6/5/2026 17:23 |
| FINAL 9-3-25 FY25 RHP Grant Agreement Template.pdf | HUD-AR-03444 | HUD-AR-03450 | 6/5/2026 17:24 |
| Rental Counseling and Evictions Survey Report | HUD-AR-03451 | HUD-AR-03486 | 10/2024 |
| FY25 CoC Grant Agreement MSTR with Addendum 1.pdf | HUD-AR-03487 | HUD-AR-03497 | 6/5/2026 17:25 |
| FY25 YHDP Renewal Grant Agreement MSTR with Addendum 1.pdf | HUD-AR-03498 | HUD-AR-03507 | 6/5/2026 17:24 |
| HOME_Prod_Natl_20250131.pdf | HUD-AR-03508 | HUD-AR-03516 | 2/3/2025 4:57 |
| How-Congress-Can-Reform-Governments-Misguided-Homelessness-Policies-20221011.pdf | HUD-AR-03517 | HUD-AR-03546 | 10/7/2022 22:42 |
| HUD PRWORA Notice and Interpretation.pdf | HUD-AR-03547 | HUD-AR-03549 | 11/26/2025 16:36 |
| HUD Jobs Plus Outcomes Evaluation | HUD-AR-03550 | HUD-AR-03670 | 9/24/2021 |
| 2024 Mixed-households Data | HUD-AR-03671 | HUD-AR-03672 | |
| New HUD Study Exposes Impact of Biden B .pdf | HUD-AR-03673 | HUD-AR-03675 | 6/5/2026 15:50 |

| | | | |
|---|---|---|---|
| NOFO-Content_CPD-2600-DC-0035 FY 24 and 25 COC.pdf | HUD-AR-03676 | HUD-AR-03761 | 6/10/2026 20:37 |
| PHA-Letter-on-EIV-Report.pdf | HUD-AR-03762 | HUD-AR-03763 | 2/24/2026 20:01 |
| SAVE Enrollment is Free HUD helps.pdf | HUD-AR-03764 | HUD-AR-03764 | 7/19/2018 15:03 |
| System-Performance-Measures-Data.pdf | HUD-AR-03765 | HUD-AR-03791 | 6/5/2026 18:12 |
| the-future-of-housing-for-the-homeless Manhattan Institute 062025.pdf | HUD-AR-03792 | HUD-AR-03809 | 6/25/2025 20:23 |
| Welfare Use by Immigrants and the U.S.pdf | HUD-AR-03810 | HUD-AR-03833 | 6/10/2026 16:19 |
| NOFO Updates and Grants Solution Access | HUD-AR-03834 | HUD-AR-03837 | 4/25/2025 |
| DOJ Civil Rights Fraud Initiative | HUD-AR-03838 | HUD-AR-03838 | 5/20/2025 20:58 |
| 5-19-25USDOJ-dag-blanche-memo-civil-rights-fraud-initiative - FCA as tool for DEI certification falsity when using Federal funds.pdf | HUD-AR-03839 | HUD-AR-03840 | 5/19/2025 20:08 |
| OLHCHH response to OCFO Updates and forms clearance needed re FY25 NOFOs | HUD-AR-03841 | HUD-AR-03843 | 4/24/2025 16:35 |
| FW: Attorney General Bondi Memorandum for All Federal Agencies - Implementation of Executive Order 14168 Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government | HUD-AR-03844 | HUD-AR-03846 | 5/6/2025 13:17 |
| Attorney General Bondi Memorandum for All Federal Agencies - Implementation of Executive Order 14168 Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government.pdf | HUD-AR-03847 | HUD-AR-03856 | 4/29/2025 22:10 |
| RE: Revised Grant Agreement | HUD-AR-03857 | HUD-AR-03859 | 3/20/2025 17:37 |
| RE: Introduction and request | HUD-AR-03860 | HUD-AR-03862 | 2/20/2025 22:54 |
| Fw: <External Message> Initial DEI EO Monthly Meeting | HUD-AR-03863 | HUD-AR-03864 | 2/21/2025 17:04 |
| Questions for Agencies on DEI EO Implementation.docx | HUD-AR-03865 | HUD-AR-03866 | 2/21/2025 16:48 |
| Items needing Decisions TODAY (1/30) and TOMORROW (1/31) | HUD-AR-03867 | HUD-AR-03871 | 1/30/2025 17:22 |
| <External Message> Domestic EO Implementation Call | HUD-AR-03872 | HUD-AR-03874 | 1/30/2025 20:49 |
| Re: CoC Funds | HUD-AR-03875 | HUD-AR-03877 | 5/9/2025 22:26 |
| FW: <External Message> NOFO Template Update | HUD-AR-03878 | HUD-AR-03882 | 4/22/2025 18:57 |

| | | | |
|---|---|---|---|
| Administrative-Requirements-Addendum-FY2025.docx | HUD-AR-03883 | HUD-AR-03895 | 4/22/2025 17:05 |
| Re: CoC Grant Agreement | HUD-AR-03896 | HUD-AR-03898 | 3/7/2025 14:10 |
| RE: Update: Continuum of Care Award Letter Distribution | HUD-AR-03899 | HUD-AR-03907 | 3/12/2025 22:59 |
| Fw: CoC Grant Agreement Rescissions | HUD-AR-03908 | HUD-AR-03908 | 3/19/2025 13:12 |
| FW: <External Message> M-25-13 | HUD-AR-03909 | HUD-AR-03910 | 1/27/2025 22:27 |
| M-25-13 Temporary Pause to Review Agency Grant Loan and Other Financial Assistance Programs.pdf | HUD-AR-03911 | HUD-AR-03912 | 1/27/2025 21:11 |
| FOR REVIEW: Gender Ideology (DUE COB Feb 6) | HUD-AR-03913 | HUD-AR-03914 | 2/5/2025 18:24 |
| OPM Memo Initial Guidance Regarding Trump Executive Order Defending Women 1-29-2025 FINAL (1).pdf | HUD-AR-03915 | HUD-AR-03916 | 1/30/2025 16:45 |
| Re: Defending Women Guidance and Required Actions | HUD-AR-03917 | HUD-AR-03920 | 2/7/2025 0:57 |
| Fw: Introduction and request | HUD-AR-03921 | HUD-AR-03923 | 2/22/2025 2:12 |
| Fw: Grant Agreement | HUD-AR-03924 | HUD-AR-03924 | 2/27/2025 22:19 |
| RE: Grant Agreement | HUD-AR-03925 | HUD-AR-03926 | 3/13/2025 16:48 |
| FW: COSCDA-NCDA Response Letter | HUD-AR-03927 | HUD-AR-03931 | 6/5/2025 16:15 |
| HUD Response to COSCDA NCDA_FINAL2.pdf | HUD-AR-03932 | HUD-AR-03935 | 6/5/2025 16:13 |
| FW: Final CoC Grant Agreement | HUD-AR-03936 | HUD-AR-03938 | 3/19/2025 15:44 |
| CoC Grant Agreement FINAL Version Rev. 03-19-2025.docx | HUD-AR-03939 | HUD-AR-03949 | 3/19/2025 15:26 |
| CPD Grant Agreement Issues | HUD-AR-03950 | HUD-AR-03950 | 3/27/2025 15:53 |
| RE: FY23 CoCs | HUD-AR-03951 | HUD-AR-03954 | 3/27/2025 20:56 |
| RE: Question on FY24 CoC Awards | HUD-AR-03955 | HUD-AR-03955 | 3/3/2025 18:54 |
| FW: FYI CoC grant agreement | HUD-AR-03956 | HUD-AR-03957 | 3/3/2025 18:55 |
| RE: CoC Grant Agreement | HUD-AR-03958 | HUD-AR-03958 | 3/6/2025 22:54 |
| COSCDA-NCDA Response Letter | HUD-AR-03959 | HUD-AR-03959 | 6/2/2025 12:57 |
| COSCDA_NCDA Action Plan Letter_04.04.25.pdf | HUD-AR-03960 | HUD-AR-03962 | 4/24/2025 12:20 |
| Action Plans & Executive Orders | HUD-AR-03963 | HUD-AR-03963 | 5/15/2025 21:58 |
| CPD Grant Alignment with Executive Orders.docx | HUD-AR-03964 | HUD-AR-03965 | 5/15/2025 21:50 |
| Re: <External Message> Re: CoC Grant Agreement Template | HUD-AR-03966 | HUD-AR-03967 | 4/24/2025 23:09 |
| RE: Grants TEP | HUD-AR-03968 | HUD-AR-03969 | 3/18/2025 16:47 |
| FW: FY24 CoC Grant Agreement | HUD-AR-03970 | HUD-AR-03970 | 3/5/2025 19:18 |
| RE: CPD Leaders: Update to M-25-13 Prohibition on Obligations and Disbursements | HUD-AR-03971 | HUD-AR-03974 | 1/30/2025 16:33 |
| ACTION: Gender Ideology | HUD-AR-03975 | HUD-AR-03976 | 2/5/2025 18:01 |

| | | | |
|---|---|---|---|
| RE: 2024 CoC Grant Agreements | HUD-AR-03977 | HUD-AR-03977 | 2/24/2025 19:53 |
| OPM Guidances - Hiring Freeze, Probationary, and DEIA | HUD-AR-03978 | HUD-AR-03978 | 1/22/2025 16:00 |
| OPM Memo Initial Guidance Regarding DEIA Executive Orders.pdf | HUD-AR-03979 | HUD-AR-03982 | 1/21/2025 22:45 |
| Re: Grants TEP | HUD-AR-03983 | HUD-AR-03984 | 2/28/2025 0:06 |
| New guidance issued 1/29 | HUD-AR-03985 | HUD-AR-03985 | 1/30/2025 18:19 |
| FW: New Executive Order | HUD-AR-03986 | HUD-AR-03987 | 1/30/2025 20:16 |
| COSCDA-NCDA Response Letter | HUD-AR-03988 | HUD-AR-03988 | 6/2/2025 21:32 |
| COSCDA-NCDA Action Plan Letter | HUD-AR-03989 | HUD-AR-03989 | 6/5/2025 16:48 |