ANDREW JANZ (SBN 287672)
Fresno City Attorney
andrew.janz@fresno.gov
CITY OF FRESNO
2600 Fresno Street
Fresno, CA 93721
Telephone: (559) 621-7500
Facsimile: (559) 457-1084
*Attorney for Plaintiff*
CITY OF FRESNO

KELSEY MCELVEEN (MN BN 0396744)*
Assistant City Attorney
Kelsey.McElveen@ci.stpaul.mn.us
AARON WINTER (MN BN 0390914)*
Assistant City Attorney
aaron.winter@ci.stpaul.mn.us
SAINT PAUL CITY ATTORNEY'S OFFICE
400 City Hall and Courthouse
15 Kellogg Boulevard West
Saint Paul, Minnesota 55102
Telephone: (651) 266-8781
Facsimile: (651) 298-5619
*Attorneys for Plaintiff*
CITY OF SAINT PAUL
* *Appearing pro hac vice*

MELISSA C. ALLISON (MA BN 657470)*
mallison@andersonkreiger.com
CHRISTINA S. MARSHALL
(MA BN 688348)*
cmarshall@andersonkreiger.com
ANDERSON & KREIGER LLP
50 Milk Street, Floor 21
Boston, MA 02109
Telephone: (617) 621-6500
*Attorneys for Plaintiffs*
COUNTY OF MONROE
MONROE COUNTY AIRPORT
AUTHORITY
* *Appearing pro hac vice*

JONATHAN V. HOLTZMAN (SBN 99795)
jholtzman@publiclawgroup.com
JAMES R. ROSS (SBN 149199)
jross@publiclawgroup.com
RYAN P. McGINLEY-STEMPEL (SBN 296182)
rmcginleystempel@publiclawgroup.com
JAKE D. FREITAS (SBN 341837)
jfreitas@publiclawgroup.com
MARIBEL LOPEZ (SBN 340907)
mlopez@publiclawgroup.com
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Facsimile: (415) 848-7230
*Attorneys for Plaintiffs*
CITY OF FRESNO; CITY OF EUREKA; CITY OF SOUTH LAKE TAHOE; COUNTY OF SACRAMENTO; COUNTY OF MONROE; MONROE COUNTY AIRPORT AUTHORITY; COUNTY OF SAN DIEGO, COUNTY OF MARIN; CITY OF ALAMEDA; CITY OF REDWOOD CITY; CITY OF ATLANTA; CITY OF BEAVERTON; CITY OF CORVALLIS; CITY OF HILLSBORO; CITY OF MOUNTAIN VIEW; CITY OF SALEM; CITY OF SAN MATEO; CITY OF SANTA CLARA; CITY OF SANTA CRUZ; CITY OF STOCKTON; CITY OF SUNNYVALE; CITY OF VACAVILLE; COUNTY OF LOS ANGELES; COUNTY OF SANTA BARBARA

BRIAN E. WASHINGTON (SBN 146807)
Marin County Counsel
KATE K. STANFORD (SBN 302825)
Deputy County Counsel
kate.stanford@marincounty.gov
EDWARD F. SEARS (SBN 297775)
Deputy County Counsel
ned.sears@marincounty.gov
OFFICE OF THE COUNTY COUNSEL
COUNTY OF MARIN
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Telephone: (415) 473-6117
Facsimile: (415) 473-3796
*Attorneys for Plaintiff*
COUNTY OF MARIN

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO et al.<br>Plaintiffs,<br>v.<br>SCOTT TURNER et al.<br>Defendants. | Case No.: 3:25-cv-07070-RS<br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE AND AGREEMENT TO INCREASE PAGE LIMITS**<br>Complaint Filed: August 20, 2025<br>FAC Filed: September 8, 2025<br>SAC Filed: February 9, 2026 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Honorable Richard Seeborg's order filed June 2, 2026 (*see* Dkt. 105), Plaintiffs City of Fresno et al. ("Plaintiffs") and Defendants Scott Turner et al. ("Defendants") (collectively, the "Parties") jointly submit the below proposed briefing schedule for cross motions for summary judgment. The Parties by and though their respective counsel of record, hereby agree and stipulate as follows:

**WHEREAS**, the Parties have met and conferred regarding the briefing schedule for cross motion for summary judgment;

**NOW AND THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs and Defendants, through their respective counsel of record:

The Parties hereby stipulate and request that Plaintiffs' Motion for Summary Judgment be filed by November 23, 2026.

The Parties further stipulate and request that Defendants' Opposition and Cross Motion for Summary Judgment be filed by January 11, 2027.

The Parties further stipulate and request that Plaintiffs' Reply in support of their Motion for Summary Judgment and Opposition to Defendants' Cross Motion for Summary Judgment be filed by February 15, 2026.

The Parties further stipulate and request that Defendants' Reply in support of their Cross Motion for Summary Judgment be filed by March 8, 2026

The Parties further stipulate and request that the hearing on the Parties' Cross Motions for Summary Judgment be scheduled for April 1, 2026 at 2:00pm, subject to the Court's availability and convenience.

The Parties further stipulate and request that the page limits allowed for the Parties' briefs be extended to a 45-page limit for the Plaintiffs' Motions for Summary Judgment, a 45-page limit for the Defendants' Opposition and Cross Motion for Summary Judgment, a 30-page limit for Plaintiffs' Reply in support of their Motion for Summary Judgment and Opposition to Defendants' Cross Motion for Summary Judgment, and a 30-page limit for Defendants' Reply in support of their Cross Motion for Summary Judgment.

IT IS SO STIPULATED.

Dated: September 30, 2026

RENNE PUBLIC LAW GROUP

By: *\/s/ James R. Ross*
JAMES R. ROSS

*Attorneys for Plaintiffs*
CITY OF FRESNO; CITY OF EUREKA; CITY OF SOUTH LAKE TAHOE; COUNTY OF SACRAMENTO; COUNTY OF MONROE; MONROE COUNTY AIRPORT AUTHORITY; COUNTY OF SAN DIEGO, COUNTY OF MARIN; CITY OF ALAMEDA; CITY OF REDWOOD CITY; CITY OF ATLANTA; CITY OF BEAVERTON; CITY OF CORVALLIS; CITY OF HILLSBORO; CITY OF MOUNTAIN VIEW; CITY OF SALEM; CITY OF SAN MATEO; CITY OF SANTA CLARA; CITY OF SANTA CRUZ; CITY OF STOCKTON; CITY OF SUNNYVALE; CITY OF VACAVILLE; COUNTY OF LOS ANGELES; COUNTY OF SANTA BARBARA

Dated: September 30, 2026

SAINT PAUL CITY ATTORNEY'S OFFICE

By: */s/ Aaron Winter*
AARON WINTER

*Attorneys for Plaintiff*
CITY OF SAINT PAUL

Dated: September 30, 2026

US DEPARTMENT OF JUSTICE

By: *[/s/ Jevechius D. Bernardoni]*
JEVECHIUS D. BERNARDONI
Assistant United States Attorney

*Attorney for Defendants*

**[~~PROPOSED~~] ORDER**

The Court approves the Stipulation to Briefing Schedule and Agreement to Increase Page Limits and orders the following schedule and page limits:

- Plaintiffs' Motion for Summary Judgment be filed by November 23, 2026.
- Defendants' Opposition and Cross Motion for Summary Judgment be filed by January 11, 2027.
- Plaintiffs' Reply in support of their Motion for Summary Judgment and Opposition to Defendants' Cross Motion for Summary Judgment be filed by February 15, ~~2026.~~ [2027.]
- Defendants' Reply in support of their Cross Motion for Summary Judgment be filed by March 8, ~~2026~~ [2027.]
- The hearing on the Parties' Cross Motions for Summary Judgment be scheduled for April 1, ~~2026~~ [2027] at ~~2:00~~ [1:30]pm, subject to the Court's availability and convenience.
- The page limits allowed for the Parties' briefs be extended to a 45-page limit for the Plaintiffs' Motions for Summary Judgment, a 45-page limit for the Defendants' Opposition and Cross Motion for Summary Judgment, a 30-page limit for Plaintiffs' Reply in support of their Motion for Summary Judgment and Opposition to Defendants' Cross Motion for Summary Judgment, and a 30-page limit for Defendants' Reply in support of their Cross Motion for Summary Judgment.

IT IS SO ORDERED.

Dated: October 1, 2026

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED AS MODIFIED

Judge Richard Seeborg

Hon. Richard Seeborg
United States District Judge

**ECF ATTESTATION**

I, JAMES R. ROSS, am the ECF user whose identification and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE AND AGREEMENT TO INCREASE PAGE LIMITS. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.

Dated: September 30, 2026

RENNE PUBLIC LAW GROUP

By: *\/s/ James R. Ross*
JAMES R. ROSS