ANDREW JANZ (SBN 287672)
Fresno City Attorney
andrew.janz@fresno.gov
CITY OF FRESNO
2600 Fresno Street
Fresno, CA 93721
Telephone: (559) 621-7500
Facsimile: (559) 457-1084

*Attorney for Plaintiff*
CITY OF FRESNO

KELSEY MCELVEEN (MN BN 0396744)*
Assistant City Attorney
Kelsey.McElveen@ci.stpaul.mn.us
AARON WINTER (MN BN 0390914)*
Assistant City Attorney
aaron.winter@ci.stpaul.mn.us
SAINT PAUL CITY ATTORNEY'S OFFICE
400 City Hall and Courthouse
15 Kellogg Boulevard West
Saint Paul, Minnesota 55102
Telephone: (651) 266-8710
Facsimile: (651) 298-5619

*Attorneys for Plaintiff*
CITY OF SAINT PAUL
* *Appearing pro hac vice*

MELISSA C. ALLISON (MA BN 657470)*
mallison@andersonkreiger.com
CHRISTINA S. MARSHALL
(MA BN 688348)*
cmarshall@andersonkreiger.com
ANDERSON & KREIGER LLP
50 Milk Street, Floor 21
Boston, MA 02109
Telephone: (617) 621-6500

*Attorneys for Plaintiffs*
COUNTY OF MONROE
MONROE COUNTY AIRPORT AUTHORITY
* *Appearing pro hac vice*

JONATHAN V. HOLTZMAN (SBN 99795)
jholtzman@publiclawgroup.com
JAMES R. ROSS (SBN 149199)
jross@publiclawgroup.com
RYAN P. McGINLEY-STEMPEL (SBN 296182)
rmcginleystempel@publiclawgroup.com
MAXWELL S. PELTZ (SBN 183662)
mpeltz@publiclawgroup.com
JAKE D. FREITAS (SBN 341837)
jfreitas@publiclawgroup.com
MARIBEL LOPEZ (SBN 340907)
mlopez@publiclawgroup.com
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Facsimile: (415) 848-7230

*Attorneys for Plaintiffs*
CITY OF FRESNO; CITY OF EUREKA; CITY OF SOUTH LAKE TAHOE; COUNTY OF SACRAMENTO; COUNTY OF MONROE; MONROE COUNTY AIRPORT AUTHORITY; COUNTY OF SAN DIEGO; COUNTY OF MARIN; CITY OF ALAMEDA; CITY OF REDWOOD CITY; CITY OF ATLANTA; CITY OF BEAVERTON; CITY OF CORVALLIS; CITY OF HILLSBORO; CITY OF MOUNTAIN VIEW; CITY OF SALEM; CITY OF SAN MATEO; CITY OF SANTA CLARA; CITY OF SANTA CRUZ; CITY OF SUNNYVALE; CITY OF VACAVILLE; COUNTY OF LOS ANGELES; COUNTY OF SANTA BARBARA

BRANDON W. HALTER (SBN 289687)
Marin County Counsel
KATE K. STANFORD (SBN 302825)
Deputy County Counsel
kate.stanford@marincounty.gov
EDWARD F. SEARS (SBN 297775)
Deputy County Counsel
ned.sears@marincounty.gov
OFFICE OF THE COUNTY COUNSEL
COUNTY OF MARIN
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Telephone: (415) 473-6117
Facsimile: (415) 473-3796

*Attorneys for Plaintiff*
COUNTY OF MARIN

ALLEGRA J. LAWRENCE
(GA BN 439797)*
lawrence@khlawfirm.com
MICHELLE McCLAFFERTY
(ASB-0880-N10I)*
McClafferty@khlawfirm.com
KREVOLIN & HORST, LLC
1201 West Peachtree St., Suite 3500
Atlanta, GA 30309
Telephone: (404) 400-3350

*Attorneys for Plaintiff*
CITY OF ATLANTA
* *Appearing pro hac vice*

DANIEL J. TURNER (SBN 336499)
Deputy City Attorney
dturner@alamedaca.gov
2263 Santa Clara Avenue, Rm 280
Alameda, CA 94501
Telephone: (510) 747-4750

*Attorneys for Plaintiff*
CITY OF ALAMEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CITY OF FRESNO et al.,

Plaintiffs,

v.

SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, et al.,

Defendants.

Case No. 3:25-cv-07070-RS

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION SUMMARY JUDGMENT**

Judge: Hon. Richard Seeborg
Hearing Date: April 1, 2027
Hearing Time: 1:30 p.m.
Location: 450 Golden Gate Avenue
San Francisco, CA 94102
Courtroom 12, 19th Floor

Complaint Filed: August 20, 2025
FAC Filed: September 8, 2025
SAC Filed: February 9, 2026



RENNE PUBLIC LAW GROUP

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs' motion for summary judgment came on regularly for hearing before this Court on April 1, 2027 at 1:30 p.m., Ryan P. McGinley-Stempel appearing as attorney for Plaintiffs and Jevechius Bernardoni appearing as attorney for Defendants. After considering the moving and opposition papers, arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED THAT the motion is GRANTED.

For the reasons set forth in this Order, this Court finds that the "Challenged Conditions," as designated in the Appendix supplied by the Plaintiffs, exceed Defendants' statutory authority, are arbitrary and capricious, and are contrary to the Constitution because they are impermissibly vague under the Due Process Clause, violate the Spending Clause, and violate the separation of powers and are thus invalid under the Administrative Procedure Act. For the foregoing reasons and for good cause shown, the Court vacates the Challenged Conditions under 5 U.S.C. § 706(2) and enters a permanent injunction against Defendants as set forth below:

The Court hereby ORDERS as follows:

1. The Court declares unlawful, vacates, and sets aside the Challenged Conditions and Defendants' policies of imposing those conditions.

2. Defendants U.S. Department of Housing and Urban Development (HUD), U.S. Department of Transportation (DOT), including the Federal Transit Administration (FTA), Federal Highway Administration (FHWA), Federal Aviation Administration (FAA), Federal Railroad Administration (FRA), and National Highway Traffic Safety Administration (NHTSA), and U.S. Department of Health and Human Services (HHS), and their officers, agents, servants, employees, and attorneys, and any other persons who are in active concert or participation with them (collectively "Enjoined Parties"), are PERMANENTLY ENJOINED as to the Plaintiffs from (1) imposing or enforcing the Challenged Grant Conditions or any materially similar terms or conditions with respect to any agreement that any Plaintiff has already signed or from otherwise treating any such Challenged Condition as effective in grants awarded to any Plaintiff; (2) requiring any Plaintiff to make any



RENNE PUBLIC LAW GROUP

"certification" or other representation related to compliance with such terms or conditions; (3) refusing to issue, process, or sign grant agreements based on any Plaintiff's participation in this lawsuit; and (4) imposing or enforcing the Challenged Conditions or any substantially similar conditions against any Plaintiff via any new agency action.

3. The Enjoined Parties, their officers, agents, employees, attorneys, and all those in active concert or participation with them, shall immediately treat any actions taken to implement or enforce the challenged Grant Conditions or any materially similar terms or conditions as to Plaintiffs, or their subrecipients, including but not limited to any delays or withholding of funds based on such conditions, as null, void, and rescinded; shall treat any such conditions included in any grant agreement executed by Plaintiffs or their subrecipients as null and void; and may not retroactively apply such conditions to grant agreements.

4. The Enjoined Parties shall immediately take every step necessary to effectuate this order, including clearing any administrative, operational, or technical hurdles. The Enjoined Parties shall provide notice of this Order within 72 hours of entry to their employees, and anyone acting in concert with them. The Enjoined Parties shall file a copy of the notice on the docket within 72 hours of its dissemination.

DATED: ___________

_____________________________

HON. RICHARD SEEBORG
Chief United States District Judge

RENNE PUBLIC LAW GROUP